# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WHITMAN-WALKER CLINIC, INC., *et al.*,

   *Plaintiffs,*

  v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

   *Defendants*.

Case No. 1:20-cv-01630

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

  Whitman-Walker Clinic, Inc. d/b/a Whitman-Walker Health, by and through counsel of record, hereby states as follows:  Whitman-Walker Clinic, Inc. is a non-profit corporation that does not have a parent corporation.  No publicly held corporation owns 10% or more of its stock.

Dated:  June 22, 2020

Respectfully submitted,

By:  /s/ Johanna Dennehy
JOHANNA DENNEHY
(D.C. Bar No. 1008090)
*jdennehy@steptoe.com*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC  20036
Phone: (202) 429-3000
Fax:    (202) 429-3902

*Attorney of Record for Whitman-Walker
Clinic, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of June, 2020, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record and a copy of the foregoing was mailed, postage pre-paid to:

> U.S. Department of Health and Human Services
> Hubert H. Humphrey Building
> 200 Independence Avenue SW
> Washington, D.C.  20201
>
> Alex M. Azar II
> United States Secretary of Health and Human Services
> U.S. Department of Health and Human Services
> Hubert H. Humphrey Building
> 200 Independence Avenue SW
> Room 120F
> Washington, D.C.  20201
>
> Roger Severino. Director
> Office for Civil Rights
> U.S. Department of Health and Human Services
> Hubert H. Humphrey Building
> 200 Independence Avenue SW
> Room 515F
> Washington, D.C.  20201
>
> Seema Verma
> Administrator
> Centers for Medicare and Medicaid Services
> Hubert H. Humphrey Building
> 200 Independence Avenue SW
> Washington, D.C.  20201

 /s/ Johanna Dennehy
Johanna Dennehy