IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-01630 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA J. EDELSTEIN**

Pursuant to Local Civil Rule 83.2(d), Johanna Dennehy, a member of the bar of this Court and counsel for plaintiffs, hereby moves for the admission *pro hac vice* of Laura J. Edelstein in the above-captioned case. In support of this motion, the undersigned states as follows:

1. Laura J. Edelstein is a partner with Steptoe & Johnson LLP and maintains her office at One Market Plaza, Spear Tower, Suite 3900, San Francisco, CA 94105.

2. As set forth in the attached declaration, Laura J. Edelstein is an active member in good standing of the state bars of the State of California (#164466) and the State of New York (#2706091), as well as the bars of the U.S. Courts of Appeals for the Sixth and Ninth Circuits; and the U.S. District Courts for the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the Southern District of New York, and the Eastern District of New York.

3. Laura J. Edelstein does not seek to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Laura J. Edelstein to appear *pro hac vice* in the above-captioned case.

Dated:  June 22, 2020                                          Respectfully submitted,

By: /s/ Johanna Dennehy
JOHANNA DENNEHY
(D.C. Bar No. 1008090)
*jdennehy@steptoe.com*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC  20036
Phone: (202) 429-3000
Fax:    (202) 429-3902

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of June, 2020, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record and a copy of the foregoing was mailed, postage pre-paid to:

U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Washington, D.C. 20201

Alex M. Azar II
United States Secretary of Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Room 120F
Washington, D.C. 20201

Roger Severino. Director
Office for Civil Rights
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Room 515F
Washington, D.C. 20201

Seema Verma
Administrator
Centers for Medicare and Medicaid Services
Hubert H. Humphrey Building
200 Independence Avenue SW
Washington, D.C. 20201

                                                /s/ Johanna Dennehy
                                                Johanna Dennehy