IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-01630 |

## DECLARATION OF LAURA J. EDELSTEIN

Pursuant to Local Rule 83.2(d), I, Laura J. Edelstein, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*:

1. My full name is Laura J. Edelstein.

2. I am a partner with the law firm Steptoe & Johnson LLP.

3. My office is located at One Market Plaza, Spear Tower, Suite 3900, San Francisco, California 94105.  My office telephone number is (415) 365-6700.

4. I am admitted to practice law by the following bars and courts: the State of California (#164466) and the State of New York (#2706091), as well as the bars of the U.S. Courts of Appeals for the Sixth and Ninth Circuits; and the U.S. District Courts for the Northern District of California, the Eastern District of California, the Central District of California, the Southern District of California, the Southern District of New York, and the Eastern District of New York.

5. I am currently in good standing with all bars to which I have been admitted.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. I currently practice law in an office located in San Francisco, California.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of June, 2020.

*Laura Edelstein*
Laura J. Edelstein