# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-01630 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Laura J. Edelstein, it is hereby ORDERED that the Motion is GRANTED.  Laura J. Edelstein is admitted *pro hac vice* and may appear on behalf of plaintiffs in the above-captioned case.

Dated: _____       _____

United States District Judge