IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-1630 |

### DECLARATION OF OMAR GONZALEZ-PAGAN

Pursuant to Local Rule 83.2(d), I, Omar Gonzalez-Pagan, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*:

1. My full name is Omar Francisco Gonzalez-Pagan.

2. I am a Senior Attorney with Lambda Legal Defense and Education Fund, Inc.

3. My office is located at 120 Wall Street, 19th Floor, New York, NY 10005-3919. My office telephone number is (212) 809-8585.

4. I am admitted to practice law by the following bars and courts: Commonwealth of Massachusetts (#678517) and the State of New York (#5294616); U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, and Eleventh Circuits; and the U.S. District Courts for the District of Colorado, the District of Massachusetts, the Northern District of New York, and the Southern District of New York.

5. I am currently in good standing with all bars to which I have been admitted.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. I currently practice law in an office located in New York, New York.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of June, 2020.

_____
Omar González-Pagán