IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-1630 |

### DECLARATION OF KAREN L. LOEWY

Pursuant to Local Rule 83.2(d), I, Karen L. Loewy, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*:

1. My full name is Karen Lee Loewy.

2. I am Senior Counsel with Lambda Legal Defense and Education Fund, Inc.

3. My office is located at 120 Wall Street, 19th Floor, New York, NY 10005-3919. My office telephone number is (212) 809-8585.

4. I am admitted to practice law by the following bars and courts: Commonwealth of Massachusetts (#647447) and the State of New York (#5145883); the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third Fourth, Fifth, and Seventh Circuits; the U.S. District Court for the District of Colorado, the District of Massachusetts, the Northern District of Illinois, and the Southern District of New York; and the U.S. Tax Court.

5. I am currently in good standing with all bars to which I have been admitted.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. I currently practice law in an office located in New York, New York.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of June, 2020.

_____
Karen L. Loewy

2