IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-1630 |

### DECLARATION OF CARL S. CHARLES

Pursuant to Local Rule 83.2(d), I, Carl S. Charles, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*:

1. My full name is Carl Solomon Charles.

2. I am a Staff Attorney with Lambda Legal Defense and Education Fund, Inc.

3. My office is located at 120 Wall Street, 19th Floor, New York, NY 10005-3919. My office telephone number is (212) 809-8585.

4. I am admitted to practice law by the following bars and courts: the Commonwealth of Massachusetts (#692307) and the State of New York (#5427026); the U.S. Court of Appeals for the Ninth Circuit; and the U.S. District Courts for the Southern District of New York and the Eastern District of New York.

5. I am currently in good standing with all bars to which I have been admitted.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. I currently practice law in an office located in New York, New York.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of June, 2020.

*Carl S. Charles*
Carl S. Charles