AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Whitman-Walker Clinic, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-1630-JEB |
| U.S. Department of Health and Human Services, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                    .

Date:  06/30/2020

/s/ Omar Gonzalez-Pagan
*Attorney's signature*

Omar Gonzalez-Pagan (NY Bar No. 5294616)
*Printed name and bar number*

Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, New York 10005
*Address*

ogonzalez-pagan@lambdalegal.org
*E-mail address*

(212) 809-8585
*Telephone number*

(212) 809-0055
*FAX number*