AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Whitman-Walker Clinic, Inc., d/b/a Whitman-Walker Health, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-1630-JEB |
| U.S. Department of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 06/30/2020

/s/ Laura J. Edelstein
*Attorney's signature*

Laura J. Edelstein (CA Bar No. 164466)
*Printed name and bar number*

Steptoe & Johnson LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA  94105
*Address*

ledelstein@steptoe.com
*E-mail address*

(415) 365-6700
*Telephone number*

(415) 365-6699
*FAX number*