CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Whitman-Walker Clinic, Inc., d/b/a Whitman-Walker Health, et al.

Plaintiff(s)

vs.

Civil Action No. 1:20-cv-1630-JEB

U.S. Department of Health and Human Services, et al.

Defendant(s)

## AFFIDAVIT OF MAILING

I, Johanna Dennehy, hereby state that:

On the 24th day of June, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Alex M. Azar II
United States Secretary of Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW, Room 120F
Washington, D.C. 20201

I have received the receipt for the certified mail, No. 70192970000131377065 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25th day of June, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

July 7, 2020                                   /s/ Johanna Dennehy
(Date)                                          (Signature)

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20201
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0234 |
| $ | $2.85 | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $10.20 | |
| $ | | 06/24/2020 |
| Total Postage and Fees | $16.60 | |

Sent To: Alex M. Azar II
United States Secretary of
   Health and Human Services
Street: U.S. Department of Health and Human Services
Hubert H. Humphrey Building
City: 200 Independence Avenue SW, Room 120F
Washington, D.C. 20201

Article tracking: 7019 2970 0001 3137 7065

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alex M. Azar II
United States Secretary of
   Health and Human Services
U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue SW, Room 120F
Washington, D.C. 20201

9590 9402 3118 7166 1569 51

2. Article Number (Transfer from service label)

7019 2970 0001 3137 7065

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000131377065

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:31 am on June 25, 2020 in ZIP Code 20281.

## ✓ Delivered

June 25, 2020 at 11:31 am
Delivered, Front Desk/Reception/Mail Room
20281

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**