CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Whitman-Walker Clinic, Inc., d/b/a Whitman-Walker Health, et al.

Plaintiff(s)

Civil Action No. 1:20-cv-1630-JEB

vs.

U.S. Department of Health and Human Services, et al.

Defendant(s)

## AFFIDAVIT OF MAILING

I, Johanna Dennehy, hereby state that:

On the 24th day of June, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> William P. Barr
> Attorney General Office of the Attorney General
> U.S. Department of Justice
> Robert F. Kennedy Building
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, D.C. 20530-0001

I have received the receipt for the certified mail, No. 70192970000131377072 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 26th day of June, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

| July 7, 2020 | /s/ Johanna Dennehy |
|---|---|
| (Date) | (Signature) |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0234 |
| $ $2.85 | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $10.20 | |
| Total $ | 06/24/2020 |

Sent To: William P. Barr, Attorney General
Office of the Attorney General
U.S. Department of Justice
Street: Robert F. Kennedy Building
U.S. Department of Justice
City, S: 950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

7019 2970 0001 3137 7072

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William P. Barr, Attorney General
Office of the Attorney General
U.S. Department of Justice
Robert F. Kennedy Building
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

9590 9403 0287 5155 8218 18

2. Article Number (Transfer from service label)

7019 2970 0001 3137 7072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_      ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 26 2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt