**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WHITMAN-WALKER CLINIC, INC., *et al.*,

      *Plaintiffs,*

      v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

      *Defendants.*

Case No. 1:20-cv-01630 (JEB)

**INDEX OF DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OR, IN THE
ALTERNATIVE, A STAY PENDING JUDICIAL REVIEW
PURSUANT TO 5 U.S.C. § 705**

1.     Naseema Shafi, CEO of Whitman-Walker Clinic, Inc. d/b/a Whitman-Walker Health.

2.     Dr. Sarah Henn, Chief Health Officer of Whitman-Walker Health.

3.     Dr. Randy Pumphrey, Senior Director of Behavioral Health at Whitman-Walker Health.

4.     Bamby Salcedo, President and CEO of the TransLatin@ Coalition.

5.     Arianna Inurritegui-Lint, Executive Director of Arianna's Center.

6.     Darrel Cummings, Chief of Staff of the Los Angeles LGBT Center.

7.     Dr. Robert Bolan, Chief Medical Officer and Director of Clinical Research for the Los Angeles LGBT Center.

8.     Dr. Ward Carpenter, Co-Director of Health Services for the Los Angeles LGBT Center.

9.     Adrian Shanker, Founder and Executive Director of the Bradbury-Sullivan LGBT Community Center.

10.     Hector Vargas, Executive Director of American Association of Physicians for Human Rights d/b/a GLMA: Health Professionals Advancing LGBTQ Equality.

11.     Roy Harker, Executive Director of AGLP: The Association of LGBTQ+ Psychiatrists.

12.     Dr. Deborah Fabian, Member of GLMA: Health Professionals Advancing LGBTQ Equality.

13.     Dr. Randi Ettner.

14.     Elena Rose Vera, Executive Director of the Trans Lifeline.

15.     Carrie Davis, Chief Community Officer of The Trevor Project.