**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No. 1:20-cv-1630 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| *Defendants.* | |

**EXPERT DECLARATION OF DR. RANDI C. ETTNER, Ph.D.**

I, Dr. Randi C. Ettner, declare as follows:

1.     I am a licensed clinical and forensic psychologist with expertise concerning the diagnosis and treatment of gender dysphoria.

2.     I have been retained by counsel for Plaintiffs Whitman-Walker Clinic, Inc. d/b/a Whitman-Walker Health, The TransLatin@ Coalition, Los Angeles LGBT Center, Bradbury-Sullivan LGBT Community Center, American Association of Physicians for Human Rights d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, AGLP: The Association of LGBTQ+ Psychiatrists, Dr. Sarah Henn, Dr. Randy Pumphrey, Dr. Robert Bolan, and Dr. Ward Carpenter as an expert in connection with the above-captioned matter.

3.     I submit this declaration in support of Plaintiffs' motion for a preliminary injunction to prevent the revised regulation under Section 1557, published by the U.S. Department of Health and Human Services ("HHS") on June 19, 2020 (the "Revised Rule"), from taking effect.

4.     I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

5.      I prepared this declaration to set forth the opinions to which I may testify in this case and the bases for my opinions. The opinions expressed in this declaration are based on the information that I have reviewed to date.  I reserve the right to revise and supplement this report if any new information becomes available in the future.

6.      A copy of my curriculum vitae is attached to this declaration as **Exhibit A**. Materials that I considered in forming my opinions are listed in **Exhibit B** or referenced in this report.

7.      The content and opinions set forth in this declaration reflect in large part information I conveyed to Defendant Roger Severino, Director of the Office of Civil Rights of HHS, and other members of his staff in November 2017 in a "listening session" Mr. Severino held regarding the health care needs of transgender people and the medical treatment of gender dysphoria.  Documentation of my participation in this listening session is attached hereto as **Exhibit C**.

## I.      BACKGROUND AND QUALIFICATIONS

### Qualifications and Basis for Opinion

8.      I received my doctorate in psychology (with honors) from Northwestern University in 1979.  I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Posttraumatic Stress Disorder (PTSD).

9.      I was the chief psychologist at the Chicago Gender Center from 2005 to 2016, when it moved to Weiss Memorial Hospital.  Since that time, I have held the sole psychologist position at the Center for Gender Confirmation Surgery at Weiss Memorial Hospital.  The center specializes in the treatment of individuals with gender dysphoria.

10.     I have been involved in the treatment of patients with gender dysphoria since 1977, when I was an intern at Cook County Hospital in Chicago.  Over the course of my career, I have evaluated, diagnosed, and treated between 2,500 and 3,000 individuals with gender dysphoria and mental health issues related to gender variance.

11.     I have published four books related to the treatment of individuals with gender dysphoria, including the medical text entitled *Principles of Transgender Medicine and Surgery* first edition (Ettner, Monstrey & Eyler, 2007) and second edition (Ettner, Monstrey & Coleman, 2016). I have also authored numerous articles in peer-reviewed journals regarding the provision of health care to this population. I serve as a member of the editorial boards for the International Journal of Transgenderism and Transgender Health.

12.     I am the Secretary and member of the Executive Board of Directors of the World Professional Association for Transgender Health ("WPATH") and an author of the *WPATH Standards of Care for the Health of Transsexual, Transgender and Gender-nonconforming People* (7th version), published in 2011. The WPATH-promulgated *Standards of Care* ("*Standards of Care*") are the internationally recognized guidelines for the treatment of persons with gender dysphoria and serve to inform medical treatment in the United States and throughout the world.

13.     I have lectured throughout North America, South America, Europe, and Asia on topics related to gender dysphoria and present grand rounds on gender dysphoria at university hospitals.  I have been an invited guest at the National Institute of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and I received a commendation from the United States Congress House of Representatives on February 5, 2019 recognizing my work for WPATH and on gender dysphoria in Illinois.

14.     I have been retained as an expert regarding gender dysphoria and its treatment in multiple court cases in both state and federal courts as well as administrative proceedings, and have repeatedly qualified as an expert.  I have also been a consultant regarding appropriate care for incarcerated transgender people and for transgender people enrolled in Medicaid in the state of Illinois.

15.     My Curriculum Vitae, attached hereto as **Exhibit A**, further documents my education, training, research, and years of experience in this field.

16.     A bibliography of the materials reviewed in connection with this declaration is attached hereto as **Exhibit B**. The sources cited therein are authoritative, scientific peer-reviewed publications. I generally rely on these materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration. The materials I have relied on in preparing this declaration are the same type of materials that experts in my field of study regularly rely upon when forming opinions on the subject.

## <u>Compensation</u>

17.     I am being compensated for my work on this matter at a rate of $375.00 per hour for preparation of declarations and expert reports.  I will be compensated $500.00 per hour for any pre-deposition and/or pre-trial preparation and any deposition testimony or trial testimony.  I will receive a flat fee of $2,500.00 for any travel time to attend deposition or trial, and will be reimbursed for reasonable out-of-pocket travel expenses incurred for the purpose of providing expert testimony in this matter.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**Previous Testimony**

18.    In the last four years, I have testified as an expert at trial or by deposition in the following cases:  *Eller v. Prince George's Cty. Public Sch.*, No. 8:18-cv-03649-TDC (D. Md. 2020); *Ray v. Acton*, No. 2:18-cv-00272 (S.D. Ohio 2019); *Monroe v. Jeffreys*, No. 3:18-cv-00156-NJR-MAB (S.D. Ill. 2019); *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass. 2019); *Edmo v. Idaho Dep't of Correction*, No. 1:17-CV-00151-BLW, 2018 WL 2745898 (D. Idaho 2018); *Carillo v U.S. Dep't of Justice Exec.* (Office of Immig. Rev. 2017); *Broussard v. First Tower Loan, LLC*, 135 F. Supp. 3d 540 (E.D. La. 2016); *Faiella v. American Medical Response of Connecticut, Inc.*, No. HHD-CV15-6061263-S (Conn. Super. Ct. 2015).

## II.    EXPERT OPINIONS

**Gender Identity and Gender Dysphoria**

19.    A person's sex is comprised of a number of components including, *inter alia*: chromosomal composition (detectible through karyotyping); gonads and internal reproductive organs (detectible by ultrasound, and occasionally by a physical pelvic exam); external genitalia (which are visible at birth); sexual differentiations in brain development and structure (detectible by functional magnetic resonance imaging studies and autopsy); and gender identity.

20.    Gender identity is a well-established concept in medicine.  Gender identity refers to a person's inner sense of belonging to a particular sex, such as male or female.  It is a deeply felt and core component of human identity.  All human beings develop this elemental internal view:  the conviction of belonging to a particular gender, such as male or female.  Gender identity is innate, has biological underpinnings, and is firmly established early in life.

21.    When there is divergence between anatomy and identity, one's gender identity is paramount and the primary determinant of an individual's sex designation. Developmentally, it is

the overarching determinant of the self-system, influencing personality, a sense of mastery, relatedness, and emotional reactivity, across the life span. It is also the foremost predictor of satisfaction and quality of life. Efforts to change an individual's gender identity are harmful, futile, and unethical.

22.     At birth, individuals are assigned a sex, typically male or female, based solely on the appearance of their external genitalia. For most people, that assignment turns out to be accurate, and their birth-assigned sex matches that person's actual sex. However, for transgender individuals, this is not the case.

23.     For transgender individuals, the sense of one's self—one's gender identity—differs from the sex they were assigned at birth, giving rise to a sense of being "wrongly embodied."

24.     The medical diagnosis for that feeling of incongruence and accompanying distress is gender dysphoria, a serious medical condition, formerly known as gender identity disorder ("GID"). Gender Dysphoria is a diagnosis codified in the fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-5").

25.     The critical element of the Gender Dysphoria diagnosis is the presence of symptoms that meet the threshold for clinical impairment.  This represents a change from GID, which focused on an individual's *identity* being disordered.  This new diagnostic term, Gender Dysphoria, is also an acknowledgment that gender incongruence, in and of itself, does not constitute a mental disorder.  As recently as June 16, 2018, the World Health Organization ("WHO") likewise announced it was reclassifying the gender incongruence diagnosis in the forthcoming International Classification of Diseases-11 ("ICD-11").  This is significant because it removes "gender identity disorder" from the chapter on mental and behavioral disorders,

recognizing that gender incongruence is not a mental illness, and instead incorporates it within a new chapter dedicated to sexual health.

26.     Gender dysphoria is characterized by incongruence between one's experienced/expressed gender and assigned sex at birth, and clinically significant distress or impairment of functioning that results.   Gender dysphoria is manifested by symptoms such as preoccupation with ridding oneself of the primary and/or secondary sex characteristics associated with one's birth-assigned sex.   Untreated gender dysphoria can result in significant clinical distress, debilitating depression, and suicidality.

27.     The diagnostic criteria for gender dysphoria in adults are as follows:

    a.   A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 month's duration, as manifested by at least two of the following:

        i.   A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics.

        ii.   A strong desire to be rid of one's primary and/or secondary sex characteristics.

        iii.   A strong desire for the primary and/or secondary sex characteristics of the other gender.

        iv.   A strong desire to be of the other gender.

        v.   A strong desire to be treated as the other gender.

        vi.   A strong conviction that one has the typical feelings and reactions of the other gender.

b.   The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

28.   Gender dysphoria is a highly treatable condition.   Without treatment, however, individuals with gender dysphoria experience anxiety, depression, suicidality, and other attendant mental health issues.   They are also frequently isolated because they carry a burden of shame and low self-esteem, attributable to the feeling of being inherently "defective."   This leads to stigmatization, and over time, ravages healthy personality development and interpersonal relationships.   As a result, without treatment many such individuals are unable to function effectively in daily life.   Studies show a 41%-43% rate of suicide attempts among this population, far above the baseline for North America (Haas et al., 2014).

29.   Gender dysphoric patients who are assigned a male sex at birth but identify as female and lack access to appropriate care are often so desperate for relief that they may resort to life-threatening attempts at auto-castration—removal of the testicles—in the hopes of eliminating the major source of testosterone that kindles the distress (Brown, 2010; Brown & McDuffie, 2009).

30.   Gender dysphoria generally intensifies with age.   As gender dysphoric individuals approach middle age, they experience an exacerbation of symptoms (Ettner, 2013; Ettner & Wiley, 2013).

## Treatment of Gender Dysphoria

31.   The standards of care for treating gender dysphoria are set forth in the WPATH *Standards of Care*, first published in 1979.   The *Standards of Care* are the internationally recognized guidelines for the treatment of persons with gender dysphoria, and inform medical treatment throughout the world, and in this country.   The American Medical Association, the Endocrine Society, the American Psychological Association the American Psychiatric

8

Association, the World Health Organization, the American Academy of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology and the American Society of Plastic Surgeons all endorse protocols in accordance with the WPATH standards. *See, e.g.*, American Medical Association (2008) Resolution 122 (A-08); *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline* (2017); American Psychological Association Policy Statement on Transgender, Gender Identity & Gender Expression Non-discrimination (2008).

32.     The Standards of Care identify the following evidence-based protocols for the treatment of individuals with gender dysphoria:

- Changes in gender expression and role, consistent with one's gender identity (social role transition)

- Psychotherapy for purposes such as addressing the negative impact of stigma, alleviating internalized transphobia, enhancing social and peer support, improving body image, promoting resiliency, etc.

- Hormone therapy to feminize or masculinize the body

- Surgery to alter primary and/or secondary sex characteristics (e.g., breasts, external genitalia, facial features, body contouring)

33.     The ability to live in a manner consistent with one's gender identity is critical to a person's health and well-being and is a key aspect in the treatment of gender dysphoria. The process by which transgender people come to live in a manner consistent with their gender identity, rather than the sex they were assigned at birth, is known as transition. The steps that each

transgender person takes to transition are not identical.  Whether any particular treatment is medically necessary or even appropriate depends on the medical needs of the individual.

34.     Once a diagnosis is established, a treatment plan should be developed based on the individualized assessment of the medical needs of the patient.  WPATH specifies that treatment plans and provision of care must be undertaken by qualified professionals, with established competencies in the treatment of gender dysphoria.

35.     **Psychotherapy:**  Psychotherapy can provide support and help with many issues that arise in tandem with gender dysphoria.  However, psychotherapy alone is not a substitute for medical intervention when medical interventions are required, nor is it a precondition for medically indicated treatment.  By analogy, counseling can be useful for patients with diabetes by providing psychoeducation about living with chronic illness and nutritional information, but counseling does not obviate the need for insulin.

36.     **Social Role Transition:**    The *Standards of Care* establish the therapeutic importance of changes in gender expression and presentation—the ability to feminize or masculinize one's appearance—as a critical component of treatment.  Known as the "real life experience," it requires dressing, grooming, and otherwise conveying, via social signifiers, a public face and role consistent with one's gender identity.  This is an appropriate and essential part of identity consolidation.  Through this experience, the transgender individual can begin to address the shame some experience of growing up living as a "false self" and the grief of being born in the "wrong body."  (Greenberg and Laurence, 1981; Ettner, 1999; Devor, 2004; Bockting, 2007.)

37.     **Hormone Therapy:**    For individuals with persistent, well-documented gender dysphoria, hormone therapy is an essential, medically indicated treatment to alleviate the distress of the condition.  Cross sex hormone administration is a well-established and effective treatment

modality for gender dysphoria.  The American Medical Association, the Endocrine Society, the American Psychiatric Association and the American Psychological Association all concur that hormone therapy, provided in accordance with the WPATH *Standards of Care*, is the medically necessary, evidence-based, best practice care for most patients with gender dysphoria.

38.     The goals of hormone therapy are (1) to significantly reduce hormone production associated with the person's birth sex, causing the unwanted secondary sex characteristics to recede, and (2) to replace the natal, circulating sex hormones with either feminizing or masculinizing hormones, using the principles of hormone replacement treatment developed for hypogonadal patients (i.e. those born with insufficient sex steroid hormones).  *See Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline* (2017); *Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline* (2009).

39.     The therapeutic effects of hormone therapy are twofold:  (1) with endocrine treatment, the patient acquires congruent secondary sex characteristics, i.e., breast development, redistribution of body fat, cessation of male pattern baldness, and reduction of body hair; and (2) hormones act directly on the brain, via receptor sites, attenuating the dysphoria and attendant psychiatric symptoms, and promoting a sense of well-being.

40.     For many patients, hormones alone will not provide sufficient breast development to approximate the female torso.  For these patients, breast augmentation has a dramatic, irreplaceable, and permanent effect on reducing gender dysphoria, and thus unquestionable therapeutic results.

41.     **Surgical Treatment:**  For individuals with severe gender dysphoria, hormone therapy alone is insufficient.  In these cases, dysphoria does not abate without surgical intervention.

For transgender women, genital confirmation surgery has two therapeutic purposes.  First, removal of the testicles eliminates the major source of testosterone in the body.  Second, the patient attains body congruence resulting from the normal appearing and functioning female uro-genital structures.   Both outcomes are crucial in attenuating or eliminating gender dysphoria. Additionally, breast augmentation procedures play the critical role in treatment mentioned in the paragraph immediately above.

42.    Decades of methodologically sound and rigorous scientific research have demonstrated that gender confirmation surgery is a safe and effective treatment for severe gender dysphoria and, indeed, for many, it is the only effective treatment.  The American Medical Association, the Endocrine Society, the American Psychological Association, and the American Psychiatric Association all endorse surgical therapy, in accordance with the WPATH *Standards of Care*, as medically necessary treatment for individuals with severe gender dysphoria.   *See* American Medical Association (2008), Resolution 122 (A-08); *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline* (2017) ("For many transgender adults, genital gender-affirming surgery may be the necessary step toward achieving their ultimate goal of living successfully in their desired gender role."); American Psychological Association *Policy Statement on Transgender, Gender Identity and Gender Expression Nondiscrimination* (2009) (recognizing "the efficacy, benefit and medical necessity of gender transition treatments" and referencing studies demonstrating the effectiveness of sex-reassignment surgeries).

43.    Surgeries are considered "effective" from a medical perspective, if they "have a therapeutic effect" (Monstrey et al. 2007).  More than three decades of research confirms that gender confirmation surgery is therapeutic and therefore an effective treatment for gender

dysphoria.  Indeed, for many patients with severe gender dysphoria, gender confirmation surgery is the only effective treatment.

44.     In a 1998 meta-analysis, Pfafflin and Junge reviewed data from 80 studies, from 12 countries, spanning 30 years.  They concluded that "reassignment procedures were effective in relieving gender dysphoria.  There were few negative consequences and all aspects of the reassignment process contributed to overwhelmingly positive outcomes" (Pfafflin & Junge 1998).

45.     Numerous subsequent studies confirm this conclusion.  Researchers reporting on a large-scale prospective study of 325 individuals in the Netherlands concluded that after surgery there was "a virtual absence of gender dysphoria" in the cohort and "results substantiate previous conclusions that sex reassignment is effective" (Smith et al. 2005).  Indeed, the authors of the study concluded that the surgery "appeared therapeutic and beneficial" across a wide spectrum of factors and "[t]he main symptom for which the patients had requested treatment, gender dysphoria, had decreased to such a degree that it had disappeared."

46.     As a general matter, patient satisfaction is a relevant measure of effective treatment. Achieving functional and normal physical appearance consistent with gender identity alleviates the suffering of gender dysphoria and enables the patient to function in everyday life.  Studies have shown that by alleviating the suffering and dysfunction caused by severe gender dysphoria, gender confirmation surgery improves virtually every facet of a patient's life.  This includes satisfaction with interpersonal relationships and improved social functioning (Rehman et al., 1999; Johansson et al., 2010; Hepp et al.; 2002; Ainsworth & Spiegel, 2010; Smith et al., 2005); improvement in self-image and satisfaction with body and physical appearance (Lawrence, 2003; Smith et al., 2005; Weyers et al., 2009); and greater acceptance and integration into the family (Lobato et al., 2006).

47.     Studies have also shown that surgery improves patients' abilities to initiate and maintain intimate relationships (Lobato et al., 2006; Lawrence, 2005; Lawrence, 2006; Imbimbo et al., 2009; Klein & Gorzalka, 2009; Jarolim et al., 2009; Smith et al., 2005; Rehman et al., 1999; DeCuypere et al., 2005).

48.     Given the decades of extensive experience and research supporting the effectiveness of gender confirmation surgery, it is clear that reconstructive surgery is a medically necessary, not experimental, treatment for gender dysphoria.  Therefore, decades of peer-reviewed research and a medical consensus support the inclusion of gender confirmation surgery as a medically necessary treatment in the WPATH *Standards of Care*.

49.     In 2016 WPATH issued a "Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A." ("Position Statement"), affirming a statement originally issued in 2008.  As the Position Statement explains, "These medical procedures and treatment protocols are not experimental: Decades of both clinical experience and medical research show they are essential to achieving well-being for the transsexual patient."

50.     Similarly, Resolution 122 (A-08) of the American Medical Association states: "Health experts in GID, including WPATH, have rejected the myth that these treatments are 'cosmetic' or 'experimental' and have recognized that these treatments can provide safe and effective treatment for a serious health condition."

51.     On May 30, 2014, the Appellate Division of the Departmental Appeals Board of HHS issued decision number 2576, in which the Board determined that Medicare's policy barring coverage for transition-related surgeries was not valid under the "reasonableness standard."  The Board found that the ban "was based principally on" a report from 1981 that has been rendered obsolete by numerous "medical studies published in the more than 32 years since issuance of the

1981 report."  The Board specifically concluded that transition-related surgeries are "safe and effective and not experimental."  As a result, Medicare's exclusion was struck down and Medicare was directed to consider surgeries on a case-by-case basis.

52.     Transition-related health care (also known as gender-affirming health care), such a cross sex hormones or gender confirmation surgery (previously known as gender reassignment surgery), *are not* sterilization procedures because they are not performed for the purpose of contraception.

53.     The overwhelming scientific evidence indicates that transition-related care, including gender confirmation surgery, is medically necessary for the treatment of gender dysphoria in some patients.

### The Harmful Effects of the Revised Rule on Transgender People

54.     On June 19, 2020, HHS issued that the Revised Rule, which removes robust regulatory nondiscrimination protections for LGBTQ people, particularly transgender people, in the provision of health care and health insurance.

55.     The Revised Rule attempts to diminish nondiscrimination protections in health care and health insurance for vulnerable patients, which will result in both specific denials of medically-necessary care, including gender affirming health care, and more general discrimination against LGBTQ people in health care settings.   In so doing, the Revised Rule poses lifelong health risks to transgender and gender nonconforming individuals, including depression, posttraumatic stress disorder, cardiovascular and other disease, premature death, and suicide.

56.     In addition, the Revised Rule directly and negatively affects the health and wellbeing of LGBTQ people, particularly transgender people, by sending a governmental message that they are not worthy of protection, that their identities need not be recognized, and that their

health care needs may be disregarded. The governmental message directly communicated through the Revised Rule is likely to result in significant distress, hopelessness, hypervigilance, depression, generalized anxiety disorder, and trauma for LGBTQ people, and more specifically for transgender people (Brown & Keller, 2018; Gonzalez et al., 2018; Rostosky, 2010; Russell, et al., 2011; Veldhuis et al., 2017).

57.     The overarching goal of treatment for gender dysphoria is to eliminate clinically significant distress by aligning an individual patient's body and presentation with their internal sense of self, thereby consolidating identity.  Developing and integrating a positive sense of self-identity formation is a fundamental undertaking for all human beings.  Denial of medically-indicated care to transgender people, whether based on moral or religious objections or on other animus toward transgender people, signals that such people are "inferior" or "unworthy," and triggers shame.

58.     Denying gender affirming care not only frustrates those treatment goals, but exacerbates gender dysphoria and its associated depression and suicidality. Conversely, Bauer et al. found a 62% reduction in risk of suicide ideation with the completion of medical transition. That corresponds to a potential prevention of 240 suicide attempts per 1,000 per year.  Longitudinal studies have also shown that gender confirmation surgery has been linked with a reduction in the need for mental health treatment for transgender patients (Branstrom, et al., 2019). Withholding this care results in serious negative health outcomes for transgender patients.

59.     More broadly, the negative effects of discrimination impacts transgender people throughout their lives. A wealth of research establishes that transgender people suffer from discrimination, stigma, and shame. The "minority stress model" explains that the negative impact of the stress attached to being stigmatized is socially based. The stress process can be both external,

*i.e.*, actual experiences of rejection and discrimination (enacted stigma), and because of such experiences, internal, *i.e.*, perceived rejection and the expectation of being rejected or discriminated against (felt stigma). A 2015 study of 28,000 transgender and gender nonconforming individuals found that 30% reported being fired, discriminated or otherwise experiencing mistreatment in the workplace (James, et al., 2016). Similarly, 31% of respondents had been mistreated in a public place, including 14% who were denied service, 24% who were verbally harassed and 2% who were physically attacked.

60.     Experiencing discrimination, including in health care settings, has negative impacts on patients' mental health and wellbeing. This discrimination, which often occurs in the form of violence, abuse, or harassment, as well as the fear thereof, is thus directly related to negative health outcomes. A 2012 study of transgender adults found fear of discrimination increased the risk of developing hypertension by 100%, owing to the intersectionality of shame and cardiovascular reactivity. Another 2012 study of discrimination and implications for health concluded that "living in states with discriminatory policies … was associated with a statistically significant increase in the number of psychiatric disorder diagnoses." And a 2019 study found that experiencing discrimination in health care settings posed a unique risk factor for heightened suicidality among transgender individuals, a population already at heightened risk compared with the general population (Herman et al., 2019). These negative outcomes are exacerbated when people experience discrimination based on intersectional identities, such as LGBTQ Latinx individuals (Schmitz et al., 2019).

61.     Until recently, it was not fully understood that these experiences of shame and discrimination could have serious and enduring consequences. But it is now known that marginalization, stigmatization, and victimization are some of the most powerful predictors of

current and future mental health problems, including the development of psychiatric disorders. The social problems that young transgender people face actually create the blueprint for future mental health, life satisfaction, and even physical health. A recent study of 245 gender-nonconforming adults found that stress and victimization during childhood and adolescence was associated with a greater risk for post-traumatic stress disorder, depression, life dissatisfaction, anxiety, and suicidality in adulthood. A 2011 Institute of Medicine (IOM) report concurs: "the marginalization of transgender people from society is having a devastating effect on their physical and mental health." And the American Journal of Public Health recently reported that more than half of transgender women "struggle with depression from the stigma, shame and isolation caused by how others treat them."

62.     While a growing body of research documents that structural forms of stigma (namely, policies sanctioning discrimination) harm the health of transgender people, a 2010 study was the first to show that structural stigma is associated with *all-cause mortality* (i.e. deaths from any cause). In other words, stigma—a chronic source of psychological stress—disrupts physiological pathways, increasing disease vulnerability, and leading to premature death.

63.     Adding to the corpus of research in this area is a relatively new approach to the investigation of the relationship between discrimination and health. Neuroscientists have discovered that, in addition to causing serious emotional difficulties and physical harms, discrimination, harassment, and verbal abuse permanently alter the architecture of the brain. Deviations in the myelin sheathing of the corpus callosum and damage to the hippocampus cause cognitive difficulties in individuals who have been routinely subjected to humiliation and ostracism (Nickel, 2018; Ohashi et al., 2017; Teicher et al., 2010).

64.     Transgender individuals currently face significant discrimination in health care settings and barriers to care. Forty percent (40%) fear accessing care, and forego routine screening and preventative care. A 2017 report by the Center for American Progress of 7,500 transgender adults found 29 % were refused treatment based on their gender identity and 21 % were verbally abused when seeking healthcare.  The report also found that transgender individuals often had to travel to other states to find medical providers. A 2018 survey of 6,450 participants found 24% were denied treatment in doctor's offices or hospitals, 13% in emergency rooms, 11% in mental health clinics and 5% for ambulance or emergency medical services. As a result, transgender individuals have poorer health, greater stress, and higher rates of obesity, even when compared to lesbian and gay populations. Indeed, 23% of respondents to a 2015 study did not see a doctor when they needed to because of fear of being mistreated as a transgender person. These findings led to the Association of American Medical Colleges to convene an advisory committee to develop curricula based on competencies for medical education.

65.     By contrast, the existence of nondiscrimination protections for transgender patients results in better health outcomes. A newly released, multi-year study of nearly 29,000 transgender and gender diverse people found that in the year immediately following the implementation of nondiscrimination policies in private health insurance, both suicidality and inpatient mental health hospitalization rates decreased across the survey population (McDowell, et al., 2020). Maintaining nondiscrimination protections for transgender patients is critical for their health and wellbeing.

## III.    **CONCLUSION**

66.     The Revised Rule endangers the health and wellbeing of LGBTQ people, particularly transgender people. Should it become effective, the Revised Rule will cause distress on these vulnerable populations, as well as increased fear, hopelessness, trauma, and

hypervigilance. These negative health consequences can become intractable. In addition, by diminishing protections from discrimination in health care and health insurance, the Revised Rule exposes transgender people to increased discrimination which negatively affects health, exacerbates minority stress, and results in the denial medically-necessary and life-saving health care.  The harms that will befall transgender people are predictable and dire:  the exacerbation of symptoms of gender dysphoria, grave damage to mental and physical health, and the undermining of clearly established, evidence-based treatment protocols.

*      *      *      *      *

*Signature on next page*

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated on this 2nd day of July, 2020.

Randi C Ettner PhD

Randi C. Ettner, Ph.D.

21

# EXHIBIT A
*Curriculum Vitae of Randi C. Ettner, Ph.D.*

**RANDI ETTNER, PHD**
**1214 Lake Street**
**Evanston, Illinois 60201**
**847-328-3433**

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
    Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Secretary, World Professional Association for Transgender Health
    (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
    Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
    appearances)
Internationally syndicated columnist
Private practitioner
Medical adjunct staff; Department of Medicine: Weiss Memorial Hospital,
    Chicago IL
Advisory Council, National Center for Gender Spectrum Health

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

2016-present    Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery

                        Consultant: Walgreens; Tawani Enterprises
                        Private practitioner

2011    Instructor, Prescott College: Gender-A multidimensional approach

2000    Instructor, Illinois Professional School of Psychology

1995-present    Supervision of clinicians in counseling gender non conforming clients

1993    Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota

1992    Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy

1983-1984    Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois

1981-1984    Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology

1976-1978    Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry

1975-1977    Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry

1971    Research Associate, Department of Psychology, Indiana University

1970-1972    Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University

1969-1971    Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University

## INVITED PRESENTATIONS AND HOSPITAL GRAND ROUNDS

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients; Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating Transference and Countertransference Issues,* WPATH global education initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017.

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017.

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016.

*Tomboys Revisited: Replication and Implication; Models of Care; Orange Isn't the New Black Yet-* WPATH symposium, Amsterdam, Netherlands, 2016.

*Foundations in mental health; role of the mental health professional in legal and policy issues, healthcare for transgender inmates; children of transgender parents; transfeminine genital surgery assessment:* WPATH global education initiative, Chicago, IL, 2015; Atlanta, GA, 2016; Columbia, MO, 2016; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018

*Pre-operative evaluation in gender-affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy; Assessment and referrals for surgery-Standards of Care-*Fenway Health Clinic, Boston, 2015*Gender reassignment surgery-* Midwestern Association of Plastic Surgeons, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*Healthcare for transgender inmates-* American Academy of Psychiatry and the Law, 2014

*Supporting transgender students: best school practices for success-* American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus-* Prescott College, 2014

*The role of the behavioral psychologist in transgender healthcare –* Gay and Lesbian Medical Association, 2013

*Understanding transgender-* Nielsen Corporation, Chicago, Illinois, 2013

*Role of the forensic psychologist in transgender care*; *Care of the aging transgender patient-*University of California San Francisco, Center for Excellence, 2013

*Evidence-based care of transgender patients-* North Shore University Health Systems, University of Chicago, Illinois, 2011; Roosevelt-St. Vincent Hospital, New York; Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Children of Transsexuals*-International Association of Sex Researchers, Ottawa, Canada, 2005; Chicago School of Professional Psychology, 2005

*Gender and the Law*- DePaul University College of Law, Chicago, Illinois, 2003; American Bar Association annual meeting, New York, 2000

*Gender Identity, Gender Dysphoria and Clinical Issues* –WPATH Symposium, Bangkok, Thailand, 2014; Argosy College, Chicago, Illinois, 2010; Cultural Impact Conference, Chicago, Illinois, 2005; Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005; Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005; Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009; Rush North Shore Hospital, Skokie, Illinois, 2004; Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003; James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002; Sixth European Federation of Sexology, Cyprus, 2002; Fifteenth World Congress of Sexology, Paris, France, 2001; Illinois School of Professional Psychology, Chicago, Illinois 2001; Lesbian Community Cancer Project, Chicago, Illinois 2000; Emory University Student Residence Hall, Atlanta, Georgia, 1999; Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998; In the Family Psychotherapy Network National Convention, San Francisco, California, 1998; Evanston City Council, Evanston, Illinois 1997; Howard Brown Community Center, Chicago, Illinois, 1995; YWCA Women's Shelter, Evanston, Illinois, 1995; Center for Addictive Problems, Chicago, 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984

*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984

*Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1980

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2018) A survey study of surgeons' experience with regret and reversal of gender-confirmation surgeries as a basis for a multidisciplinary approach to a rare but significant clinical occurrence, submitted.

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation in Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in <u>Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism.</u> Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in <u>Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide</u>. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in <u>Principles of Transgenger Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007.

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) <u>Principles of Transgender Medicine and Surgery</u>. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in <u>Principles of Transgender Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in <u>Diseases and Disorders</u>, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in <u>Transgender Subjectives: A Clinician's Guide</u> Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. <u>Encyclopeida of Sex and Gender</u>. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. <u>Gender Loving Care: A Guide to Counseling Gender Variant Clients</u>. WW Norton, 2000.

"Social and Psychological Issues of Aging in Transsexuals," proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

"The Role of Psychological Tests in Forensic Settings," *Chicago Daily Law Bulletin,* 1997.

<u>Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender</u>. Chicago Spectrum Press. 1996.

"Post-traumatic Stress Disorder," *Chicago Daily Law Bulletin*, 1995.

"Compensation for Mental Injury," *Chicago Daily Law Bulletin*, 1994.

"Workshop Model for the Inclusion and Treatment of the Families of Transsexuals," Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

"Transsexualism- The Phenotypic Variable," Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

"The Work of Worrying: Emotional Preparation for Labor," <u>Pregnancy as Healing. A Holistic Philosophy for Prenatal Care</u>, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## PROFESSIONAL AFFILIATIONS

University of Minnesota Medical School–Leadership Council
American College of Forensic Psychologists
World Professional Association for Transgender Health
World Health Organization (WHO) Global Access Practice Network
TransNet national network for transgender research
American Psychological Association
American College of Forensic Examiners
Society for the Scientific Study of Sexuality
Screenwriters and Actors Guild
Phi Beta Kappa

## AWARDS AND HONORS

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019
WPATH Distinguished Education and Advocacy Award, 2018
*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016
Phi Beta Kappa, 1972
Indiana University Women's Honor Society, 1970-1972
Indiana University Honors Program, 1970-1972
Merit Scholarship Recipient, 1970-1972
Indiana University Department of Psychology Outstanding Undergraduate Award
     Recipient, 1970-1972
Representative, Student Governing Commission, Indiana University, 1970

## LICENSE

Clinical Psychologist, State of Illinois, 1980

# EXHIBIT B
*Bibliography*

# BIBLIOGRAPHY

Ainsworth, T. & Spiegel, J. (2010). Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research* 19(7): 1019-1024.

Amend, B., Seibold, J., Toomey, P., Stenzl, A., & Sievert, K. (2013). Surgical reconstruction for male-to-female sex reassignment. *European Urology* 64(1): 141-149.

American Medical Association (2008). Resolution 122 (A-08).

American Psychiatric Association (2013). Diagnostic and statistical manual of mental disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychological Association (2012). Position Statement on Discrimination Against Transgender and Gender Variant Individuals.

American Psychological Association (2008). Transgender, gender identity, & gender expression non-discrimination.

Anton, B. (2009). Proceedings of the American Psychological Association for the legislative year 2008.

Bauer, G., Scheim, A., Pyne, J., et al (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health* 15:525.

Benjamin, H. (1966). The Transsexual Phenomenon. New York: Julian Press.

Bentz, E.K., Hefler, L.A., Kaufman, U. et al (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertility and Sterility* 90(1): 56-59.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (eds.) American Psychological Association's Handbook of Sexuality and Psychology. Washington, D.C.: American Psychological Association.

Bockting, W., Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. (2016). Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes* 23(2): 188-197.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (eds). Gender dysphoria

and disorders of sex development: Progress in care and knowledge. New York: Springer.

Bockting, W. & Coleman, E. (2007). Developmental stages of the transgender coming out process: Toward an integrated identity.  Ettner, Monstrey &  Eyler (eds.) Principles of Transgender Medicine and Surgery. New York: Haworth Press.

Bradford, J., Reisner, S., Honnold, J., Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: Results from the Virginia transgender health initiative study. *American Journal of Public Health* 103 (10).

Brown, C. & Keller, C. (2018) The 2016 Presidential Outcome: Fears, Tension, and Resiliency of GLBTQ Communities. *Journal of GLBT Family Studies* 14:1-2, 101-129, DOI: 10.1080/1550428X.2017.1420847.

Brown, G. (2010). Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity disorder. *International Journal of Transgenderism* 12: 31-39.

Brown, G., & McDuffie, E. (2009). Health care policies addressing transgender inmates in prison systems in the United States. *Journal of Correctional Health Care*, 15, 280–291.

Budge, S., Adelson, J. & Howard, K. (2013). Anxiety and depression in transgender individuals: The role of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology* 81(3): 545.

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience* 22(3): 1027-1033.

Cohen-Kettenis, P. & Gooren, L. (1992). The influence of hormone treatment on psychological functioning of transsexuals. In Gender Dysphoria: Interdisciplinary Approaches in Clinical Management. Bocting & Coleman (eds). Haworth Press.

Colizzi, M. et al. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: Results from a longitudinal study. *Psychoneuroendocrinology* 39: 65-73.

Colton Meier, S., Fitzgerald, K., Pardo, S. & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health* 15(3): 281-299.

Crocker, J., Major, B. & Steele, C. (1998). Social Stigma in Fiske & Gilbert (eds.) Handbook of Social Psychology, Vol 11.

DeCuypere, G, T'Sjoen, G. et al. (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior* 34(6): 679-690.

Devor, A. (2004). Witnessing and mirroring:  A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy* 8(1/2): 41-67.

Dhejne, C., Oberg, K., Arver, S., & Landen, M. (2013). Increasing incidence of sex reassignment applications but few regrets: A complete analysis of all applications during 50 years. *Journal of Sexual Medicine* 11: 8-9.

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism* 14: 24-28.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz et al. (eds.) Handbook of Identity Theory and Research: Springer.

Eldh, J., Berg, A., Gustafsson, M. (1997). Long term follow up after sex reassignment surgery, *Scandinavian Journal of Plastic and Reconstructive Surgery and Hand Surgery* 31: 39-45.

Ettner, R. (1999). Gender loving care: A guide to counseling gender-variant clients. New York, NY, US: W W Norton & Co.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*: 2012.

Ettner, R. (2013). Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. (2013). Psychological and social adjustment in older transsexual people. *Maturitas* 74, (3), 226-229.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (eds.) Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism. Italy: Springer.

3

Ettner, R., Guillamon, A. (2016). Theories of the etiology of transgenderism. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (eds.). New York: Routledge.

Fernandez, R., Esteva, I., Gomez-Gil, E., Rumbo, T. et al. (2014). The (CA) in polymorphism of ER*b* gene is associated with FtM transsexualism. *Journal of Sexual Medicine* 11:720-728.

Frost, D., Lehavot, K. Meyer, I. (in press). Minority stress and physical health among sexual minority individuals. *Journal of Behavioral Medicine*. DOI: 10.1007/s10865-013-9523-8.

Galis, F., Ten Broek, C., Van Dongen, S., et al. (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of Sexual Behavior* 39(1):57-62.

Gonzalez, K., Ramirez, J., Paz Galupo, M. (2018) *Increase in GLBTQ Minority Stress Following the 2016 US Presidential Election, Journal of GLBT Family Studies*, 14:1-2, 130-151. DOI: 10.1080/1550428X.2017.1420849

Garcia-Falgueras, A. & Swaab, D. A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. *Brain* 131: 3132-3146.

Gijs, L., & Brewayes, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: Recent developments, effectiveness, and challenges. *Annual Review of Sex Research* 18, 178-224.

Goffman, E. (1969). The Presentation of Self in Everyday Life. London: Allen Lane.

Gomez-Gil, E., Esteva, I., Almaraz, M,C. et al. (2010). Familiarity of gender identity disorder in non-twin siblings. *Archives of Sexual Behavior* 39(2): 265-269.

Gomez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A. et al. (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology* 37(5): 662-670.

Gorin-Lazard et al. (2011). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine* 9: 531-541.

Green, R. (2000). Family co-occurrence of "gender dysphoria": ten siblings or parent-child pairs. *Archives of Sexual Behavior* 29(5): 499-507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease* 169(5): 320-323.

Hare, L., Bernard, P., Sanchez, F. et al (2009). Androgen receptor length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry* 65(1): 93-96.

Haas, A., Rodgers, P., Herman, J. (2014). Suicide Attempts among Transgender and Gender Non-Conforming Adults, *American Foundation for Suicide Prevention.*

Hatzenbuehler, M., Bellatorre, A., Lee, Y., et al (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social Science and Medicine* 103:33-41.

Hembree, W., Cohen-Kettenis, P., Delemarre-van de Waal, H. Goorin, L., Meyer, W., Spack, N., Montori, V. (2009). Endocrine treatment of transsexual persons: An endocrine society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism* 94(9), 3132-3154.

Hembre, W. et al (2017). Endocrine treatment of gender-dysphoric/gender incongruent persons: an endocrine society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism* 102(11), 3869-3903.

Henningsson, S., Westberg, L, Nilsson, S. et al (2005). Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology* 30(7): 657-664.

Hepp, U., Klaghofer, R., Burkhard-Kubler, R., Buddeberg, C. (2002). Treatment follow-up of transsexual patients: A catamnestic study. *Nervenarzt* 73(3): 283-288.

Herman, J. et al. The Williams Institute, *Suicide Thoughts and Attempts Among Transgender Adults* (2019), https://williamsinstitute.law.ucla.edu/publications/suicidality-transgender-adults/.

Horbach, S. et al. (2015). Outcome of vaginoplasty in male-to-female transgenders: A systematic review of surgical techniques. *Journal of Sexual Medicine* 12(6): 1499-512.

Imbimbo, C. (2009). A report from a single institute's 14-year experience in treatment of male-female transsexuals. *Journal of Sexual Medicine*, 6(10): 2736-45.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The Report of the 2015 U.S. Transgender Survey*. Washington, DC: National Center for Transgender Equality.

Jarolim, L. et al. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *Journal of Sexual Medicine*, 6(6): 1635-44.

Johansson, A., Sundbom, E., Hojerback, T. & Bodlund, O. (2010). A five-year follow up study of Swedish adults with gender identity disorder. *Archives of Sexual Behavior*, 39(6): 1429-37.

Jokic-Begic, N., Korajlija, A., & Jurin, T. (2014). Psychosocial adjustment to sex reassignment surgery: A qualitative examination and personal experiences of six transsexual persons in Croatia. *The Scientific World Journal*: 2014.

Klein, C & Gorzalka, B. (2009). Sexual functioning in transsexuals following hormone therapy and genital surgery: A review. *Journal of Sexual Medicine* 6(11): 2922-2939.

Kockott, G., & Fahrner, E. (1987). Transsexuals who have not undergone surgery: A follow-up study. *Archives of Sexual Behavior* 16(6): 511-522.

Landen, M., Bodlund, O. Ekselius, L., Hambert, G., & Lundstrom, B. (2001). Done is done-and gone is gone: Sex reassignment is presently the best cure for transsexualism. *Lakartidningen* 98(30-31): 3322-26.

Lane, M. et al. (2018). Trends in gender-affirming surgery in insured patients in the United States. *PRS Global Open.*

Lawrence, A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior* 32(4): 299-315.

Lawrence, A. (2005). Sexuality before and after male-to-female sex reassignment surgery. *Archives of Sexual Behavior*, 34: 147-66.

Lawrence, A. (2006). Patient-reported complications and functional outcomes of male-to-female reassignment surgery. *Archives of Sexual Behavior* 35(6): 717-27.

Lindqvist, E., et al. (2017). Quality of life improves early after gender reassignment surgery in transgender women, *European Journal of Plastic Surgery* 40(3): 223-226.

Lobato, M. et al. (2006). Follow-up of sex reassignment surgery in transsexuals: A Brazilian cohort. *Archives of Sexual Behavior* 33: 711-15.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: body representation beyond primary somatosensory cortex. *Neuropsychologia* 48: 665-668.

Luders, E., Narr, K., Thompson, P., Rex, D. et al (2006). Gender effects on cortical thickness and the influence of scaling. *Human Brain Mapping* 27: 314-324.

Matt-Kole, C., Freschi, M., & Robin, A. (1990). A controlled study of psychological and social change after surgical gender reassignment in selected male transsexuals. *British Journal of Psychiatry* 157, 261-264.

McDowell, A. et al., *Association of Nondiscrimination Policies with Mental Health Among Gender Minority Individuals*, JAMA Psych. (May 6, 2020), https://jamanetwork.com/journals/jamapsychiatry/article-abstract/2765490.

Monstrey, S., De Cuypere, G., & Ettner, R. (2007). Surgery: General principles. In Ettner, R., Monstrey, S., Eyler, A. (eds.). Principles of Transgender Medicine and Surgery. New York: Haworth Press.

Murad, M. et al (2010). Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes, *Clinical Endocrinology* 72(2): 214-31.

NCCHC Policy Statement, Transgender Health Care in Correctional Settings. (October 18, 2009).

Newfield, E., Hart, S., Dibble, S. & Kohler, L. (2006). Female-to-male transgender quality of life. *Quality of Life Research* 15(9) 1447-1457.

Nickel, M. & Gu, C. (2018). Regulation of central nervous system myelination in higher brain functions. *Neural Plasticity.* Published 2018 Mar 5. doi:10.1155/2018/6436453.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism* 6(4).

Ohashi, K., Anderson, C., Bolder, E., et al. (2017). Childhood maltreatment is associated with alteration in global network fiber-tract architecture independent of history of depression and anxiety. *Neuroimage* 150: 50-59.

Pauly, I. (1992). Terminology and classification of gender identity disorders. In Bockting & Coleman (eds.) <u>Gender Dysphoria: Interdisciplinary Approaches in Clinical Management</u>. New York: Haworth.

Padula, W. et al. (2015). Societal implications of health insurance coverage for medically necessary services in the U.S. transgender population: a cost effective analysis. *Journal of Internal Medicine*, 31(4): 394-401.

Pfafflin, F, & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rametti, G., Carillo, B., Gomez-Gil, E., Junque, C. et al (2011). White matter microstructure in female to male transsexuals before cross-sex hormonaltreatment: A diffusion tensor imaging study. *Journal of Psychiatric Research* 45:199-204.

Rehman, J., Lazer, S., Benet, A., Schaefer, L. & Melman, A. (1999). The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. *Archives of Sexual Behavior* 28(1): 71-89.

Rostosky, S. S., Riggle, E. D. B., Horne, S. G., Denton, F. N., & Huellemeier, J. D. (2010). Lesbian, gay, and bisexual individuals' psychological reactions to amendments denying access to civil marriage. *American Journal of Orthopsychiatry*, 80, 302–310.

Ruppin, U., Pfafflin, F. (2015). Long-term follow-up of adults with Gender Identity disorder, *Archives of Sexual Behavior* 44(5): 1321-1329.

Russell, G. M., Bohan, J. S., McCarroll, M. C., & Smith, N. G. (2011). Trauma, recovery, and community: Perspectives on the long-term impact of anti-LGBT politics. *Traumatology*, 17, 14–23.

Salim ,A., Poh, M. (2018). Gender affirming penile inversion vaginoplasty, *Clinics in Plastic Surgery* 45(3): 343-350.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex* 23: 2855-2862.

Schaefer, A. et al. (2016). Assessing the implications of allowing transgender personnel to serve openly, Rand Corporation.

Schmitz, R. M., Robinson, B. A., Tabler, J., Welch, B., & Rafaqut, S. (2019). LGBTQ+ Latino/a Young People's Interpretations of Stigma and Mental Health: An Intersectional Minority Stress Perspective. *Society and Mental Health*. https://doi.org/10.1177/2156869319847248

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd - 4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology* 31(2):265-269.

Shaw, P., Kabani, N., Lerch, J. Eckstrand, K. et al. (2008). Neurodevelopmental trajectories of the human cerebral cortex. *Journal of Neuroscience* 28: 3586-3594.

Singh, A., Hays, D. & Watson (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development* 89(1): 20-27.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Spehr, C. (2007). Male to female sex reassignment surgery in transsexuals. *International Journal of Transgenderism* 10(1): 25-37.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system in the human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism* 97(12) 2010-2020.

Teicher, M., Samson, J., Sheu, Y., et al. (2010). Hurtful words: Exposure to peer verbal aggression is associated with elevated psychiatric symptom scores ancorpus callosum abnormalities. *American Journal of Psychiatry* 167(12): 1464-1471.

Van de Grift, T. et al. (2017). Surgical satisfaction, quality of life, and their association after gender-affirming surgery: a follow-up study, *Journal of Sex & Marital Therapy* 44(2): 138-148.

Veldhuis, C. B., Drabble, L., Riggle, E. D. B., Wootton, A. R., & Hughes, T. L. (2017). "We won't go back into the closet now without one hell of a fight": Effects of the 2016 Presidential election on sexual minority women's and gender minorities' stigma-related concerns. *Sexuality Research and Social Policy*, online first publication.

Vujovic, S., Popovic, S., Sbutega-Milosevic, G., Djordjevic, M., & Gooren, L. (2009). Transsexualism in Serbia: A twenty-year follow-up study. *The Journal of Sexual Medicine* 6(4): 1018-1023.

Weyers, S. et al. (2009). Long-term assessments of the physical, mental and sexual health among transsexual women. *Journal of Sexual Medicine* 6(3): 752-60.

Whittle, S. et al. (2008). Medical necessity statement: WPATH clarification on medical necessity of treatment, sex reassignment, and insurance coverage in the U.S.A.

Wiepjes, C. et al (2018). The Amsterdam cohort of Gender Dysphoria study, *Journal of Sexual Medicine* 15(4): 582-590.

World Health Organization (1992). International Classification of Diseases, 10th ed.

World Professional Association for Transgender Health (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.

World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, 7th version (2012).

Yuksel, S., et al. (2017). Effects of gender reassignment on quality of life and mental health in people with gender dysphoria, *Turkish Journal of Psychiatry* 29(1): 11-21.

Zhou, J., Hofman, M., Gooren, L., et al (1995). A sex difference in the human brain and its relation to transsexuality. *Nature* 378(6552): 68-70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects of cross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine* 11: 1248-1261.

# EXHIBIT C
*Documentation of Meeting with HHS*

| | |
|---|---|
| **From:** | Frohboese, Robinsue (HHS/OCR) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=57B8853F66DA4CB99818C9E2632F77F8-FROHBOESE,> |
| **To:** | Severino, Roger (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=47bbbf66a9ec4d4b8b74ed8cb2029b31-Severino, R>; Bell, March (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b058f58ea03648bfbb1631467db5ff6d-Bell, March>; Brown, Louis (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b54bffae1d54fe7b32b8e7d91223d0b-Brown, Loui>; Hanrahan, Eileen (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user81e42d7e> |
| **Subject:** | 2 new additions to listening session |
| **Date:** | 2017/11/14 14:54:51 |
| **Importance:** | High |
| **Priority:** | Urgent |
| **Type:** | Note |

In addition to Dr. Hall and Dr. Levine, Dr. Levine's assistant, Parker Beene, as well as Dr. Randi Ettner are here. (Dr Leveine and Parker Beene were attending an Opiod event in DC this morning).

Randi Ettner, Ph.D., is a clinical and forensic psychologist based in Chicago, IL. Ettner specializes in treatment of gender conditions and has seen ~2500 persons who have been diagnosed with gender dysphoria.

**Dr. Alexandra Hall** is an adjunct faculty member and staff physician at the University of Wisconsin-Stout.  Dr. Hall is a family physician who has been working in college health for over a decade and teaching undergraduates for the past four years. She is the author of the 2013 journal article, "Electronic medical records and the transgender patient: recommendations from the World Professional Association for Transgender Health EMR Working Group, *Journal of the American Medical Informatics Association* , *20*(4), 700-703. Her presentations include several on transgender health including: Transgender Care at the Student Health Center, half-day workshop for professionals, (2015); The Role of the Mental Health Provider in Transgender Health. Half-day workshop for area professionals, (2014), and Transgender Health: Tools to Providing Health Care and Advocacy on College Campuses, (2011). She is a member of the World Professionals for Transgender Health (WPATH).

**Dr. Rachel Levine** is currently the Acting Secretary of Health and Physician General for the Commonwealth of Pennsylvania and Professor of Pediatrics and Psychiatry at the Penn State College of Medicine. As Physician General, Dr. Levine has made significant strides combating the opioid epidemic and advocating on behalf of the LGBTQ population. She spearheaded the efforts to establish opioid prescribing guidelines and establish opioid prescribing education for medical students. She has also led an LGBTQ workgroup for the governor's office which has worked to create programs and processes that are fair and inclusive in healthcare, insurance, and many other areas. Her previous posts included: Vice -Chair for Clinical Affairs for the Department of Pediatrics and Chief of the Division of Adolescent Medicine and Eating Disorders at the

Penn State Hershey Children's Hospital-Milton S. Hershey Medical Center. Dr. Levine teaches at the Penn State College of Medicine on topics in adolescent medicine, eating disorders and transgender medicine. In addition, she has lectured nationally and internationally and has published articles and chapters on these topics.

| | |
|---|---|
| **Sender:** | Frohboese, Robinsue (HHS/OCR) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=57B8853F66DA4CB99818C9E2632F77F8-FROHBOESE,> |
| **Recipient:** | Severino, Roger (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=47bbbf66a9ec4d4b8b74ed8cb2029b31-Severino, R>; Bell, March (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b058f58ea03648bfbb1631467db5ff6d-Bell, March>; Brown, Louis (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b54bffae1d54fe7b32b8e7d91223d0b-Brown, Loui>; Hanrahan, Eileen (HHS/OCR) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user81e42d7e> |
| **Sent Date:** | 2017/11/14 14:54:51 |