IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-01630 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of plaintiffs' Motion for a Preliminary Injunction or, in the Alternative, a Stay Pending Judicial Review Pursuant to 5 U.S.C. § 705 ("Motion"), the Memorandum of Points and Authorities, and the Declarations and exhibits in support, any opposition, any reply, and any oral argument, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that plaintiffs' Motion is **GRANTED**.

The Court finds that each of the necessary elements for issuing a preliminary injunction or stay are met and that a postponement of the effective date of the rule published by the U.S. Department of Health and Human Services entitled Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority, 85 Fed. Reg. 37,160 (June 19, 2020) (to be codified at 42 C.F.R. pts. 438, 440, & 460 and 45 C.F.R. pts. 86, 92, 147, 155, & 156) (the "Revised Rule"), is necessary to prevent irreparable injury. In particular, the Court finds that plaintiffs have established they are likely to succeed on the merits of their claims under the Administrative Procedure Act and their constitutional claims, they would suffer irreparable harm

absent preliminary relief, and the balance of equities and the public interest weigh in favor of an injunction or stay.

Pursuant to 5 U.S.C. § 705, the Court **POSTPONES** the effective date of the Revised Rule pending entry of a final judgment on plaintiffs' claims.  The Court also **STAYS** implementation of the Revised Rule pending conclusion of these review proceedings.

The Court **ORDERS** that defendants U.S. Department of Health and Human Services; Alex M. Azar II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; Roger Severino, in his official capacity as Director, Office of Civil Rights, U.S. Department of Health and Human Services; and Seema Verma, in her official capacity as Administrator for the Centers of Medicare and Medicaid Service, U.S. Department of Health and Human Services, and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are **ENJOINED** from applying, implementing, or enforcing the Revised Rule in its entirety, including issuing any guidance relating to the Revised Rule, during the pendency of this action until further order of the Court.


DATE: _____, 2020            _____
                                          James E. Boasberg
                                          United States District Judge