UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, Inc. et. al.<br>(Plaintiffs)<br><br>V.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et. al.<br>(Defendants) | 1:20-cv-01630-JEB |

**LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF THE DEFENDANTS BY (1) DE FACTO ATTORNEYS GENERAL, (2) SPECIAL FORCES OF LIBERTY, (3) THE ALLIANCE OF BLACK AND WHITE EX-GAYS AND EX-TRANS, (4) CENTER FOR GARDEN STATE FAMILIES, (5) COALITION OF DOCTORS DEFENDING REPARATIVE THERAPY, (6) THE COALITION OF MULTI-RACIAL PASTORS, (7) WARRIORS FOR CHRIST**

NOW COMES De Facto Attorneys General, Special Forces Of Liberty, An Alliance Of Ex-gays and Ex-trans, Center For Garden State Families, Coalition of Doctors Defending Reparative Therapy, the Coalition of Multi-Racial Pastors, and Warriors For Christ pursuant to FRCP 7 and FRAP 29 seeking leave to file an Amicus brief in support of the Defendants. "Although there is no formal rule governing the filing of amicus curiae briefs, district courts possess the inherent authority to grant or refuse leave to amicus parties." *Georgia Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280 (N.D. Ga. 2015). "A district court exercises wide discretion in deciding whether to grant or deny leave to file an amicus brief." *United States v. Board of County Commissioners of the County of Otero,* 184 F.Supp. 3d 1097 (D.N.M. 2015). See also: Brief of an Amicus Curiae FRAP Rule 29;; Pleadings Allowed; Form of Motions and Other Papers FRCP Rule 7.

RECEIVED Mail Room JUL 14 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

The interest of the *Amici* in the outcome of this action are manifested in their attached sworn statements.[1] The Plaintiffs assert that there is no controlling Constitutional legal basis

---

[1] **De Facto Attorneys General** consists, primarily of former Judge Advocate Generals, assistant State Attorneys General, and assistant U.S. Attorneys. De Facto Attorneys General takes on political hot topics that are sometimes too complex for the different aspects of DOJ to handle alone. The paramount mission of De Facto Attorneys General is to uphold the Constitution of the United States and the rule of law, preventing other groups like the Plaintiffs in this case from twisting the Constitution. See *Penkoski v. Bowser*, 1:20-cv-01519 (D.D.C. June 10, 2020). Chris Sevier is the founder of De Facto Attorneys General.

**Special Forces Of Liberty** is a group of highspeed Soldiers who author laws that parallel Judaeo-Christian principles in an effort to maximize human flourishing. Some of the relevant legislation that SFOL has authored that is relevant to this action is the Disentanglement Act; the Life Appropriation Act; the Elevated Marriage Act; and the Stop Social Media Censorship Act. (See www.disentanglementact.com; www.lifeappropriationact.com; www.stopsocialmediacensorshipact.com). Sergeant Major John Gunter Jr. and Lieutenant Chris Sevier are the founders of Special Forces Of Liberty.

**An Alliance Of Ex-Gays and Ex-trans** consists of former self-identified homosexuals and self-identified transvestites who were once leaders in the LGBTQ cult. They now seek to expose the horrors and lies of the dangerous LGBTQ cult and its religious ideology, while giving voice to voiceless ex-gays and ex-trans individuals. See Declaration of Alliance of Black and White Ex-Gays and Ex-Trans; see declarations of Quinlan, Goodspeed, Cothran, and Harley.

**The Center For Garden State Families'** mission is to protect and promote faith, freedom and the natural family, in culture and public policy. https://www.gardenstatefamilies.org/. See the declaration of Quinlan. Greg Quinlan is the founder of Garden State Families.

**The Coalition Of Doctors Defending Reparative Therapy** consists of doctors who attest that there is no such thing as a gay gene and that the idea that sexual orientation is predicated on immutability is a lie. See the declaration of Dr. Tara King.

**Coalition Of Multi-Racial Pastors** consists of pastors, religious experts, theologians, and licensed ministers who testify that Secular Humanism is a religion and that the LGBTQ cult is a denominational sect that is inseparably linked to that religion. See the Declaration of the Coalition of Multi-Racial Pastors.

**Warriors For Christ** consists of Christians who have been viciously persecuted in the LGBTQ cult in the wake of the government's endorsement of their dangerous and phony tolerance agenda. https://www.wfcchurch.org/. See the declaration of Pastor Penkoski, Lisa Boucher, and Christian Resistance. Pastor Rich Penkoski is the founder of Warriors For Christ.

supporting the 2020 Trump Rule,[2] which modified the 2016 Obama Rule. The Plaintiffs base their case on the decision in *Bostock v. Clayton Cty., Ga.*, 590 U.S. ___, 2020 WL 3146686 (2020) and accuse HHS of modifying the 2016 Obama Rule based on single Federal district court decision out of Texas.

The *Amici* can help this Court find that the Establishment Clause of the First Amendment is the underlying legal basis that supports HHS decision to replace the 2016 Obama Rule with the 2020 Trump Rule. The Amici can help the Court find that:

(1) Secular Humanism is a religion for the purposes of the First Amendment Establishment Clause;[3] that

(2) sexual orientation orthodoxy and gender ideology are doctrines, dogmas, and mythologies that are inseparably linked to the religion of Secular Humanism, as advocated by the LGBTQ cult;[4] and that

---

[2] "The [2020] Trump] Rule eliminates the prohibitions on gender identity and sexual orientation discrimination in these regulations  [85 Fed. Reg. at 37, 219-21, 37,247-48 (to be codified at 45 C.F.R. §§ 147.104(e), 155.120(c)(1)(ii), 155.220(j)(2)(i), 156.200(e), & 156.1230(b)(2) 42 C.F.R. §§ 438.3(d)(4), 438.206 (c)(2), and 440.262, 42 C.F.R. § 438.3(d)(4),  42 C.F.R. § 460.98(b)(3)]" all for the same reason - the Establishment Clause of the First Amendment requires that sexual orientation and gender identity be removed because their inclusion shows respect, endorsement, and favoritism towards the LGBTQ Secular Humanist religion.

[3] *Torcaso v. Watkins*, 367 U.S. 488, 495 n. 11 (1961); *United States v. Seeger,* 380 U.S. 163 (1965); *United States v. Kauten*, 133 F.2d 703 (2d Cir. 1943); *School District of A Bington Township, Pa. v. Schempp,* 374 U.S. 203, 225 (1963); *Malnak v. Yogi*, 592 F.2d 197, 200-15 (3d Cir.1979); *Theriault v. Silber*, 547 F.2d 1279, 1281 (5th Cir. 1977); *Thomas v. Review Bd.*, 450 U.S. 707, 714, 101 S.Ct. 1425, 67 L.Ed.2d 624 (1981); *Lindell v. McCallum*, 352 F.3d 1107, 1110 (7th Cir. 2003); *Real Alternatives, Inc. v. Se'y Dep 't of Health & Human Ser*, 150 F. Supp. 3d 419, 2017 WL3324690 (3d Cir. Aug. 4, 2017); and *Wells v. City and County of Denver*, 257 F.3d 1132, 1148 (10th Cir. 2001). (See also the Decl. of Multi-Racial Pastors ¶¶ 2-3)

[4] See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pastor Penkoski ¶¶ 1-34; Decl. Lisa Boucher ¶¶ 1-10; Decl. Christian Resistance ¶¶ 1-21; Decl. Dr. Cretella ¶¶ 1-20; Decl. Dr. King ¶¶ 1-20.

(3) the 2016 Obama Rule must be replaced because it violates the Establishment Clause by failing the *Lemon* Test[5] in its making and enforcement in that it (a) consists of a non-secular sham that lacks a primary purpose that (b) cultivates an indefensible legal weapon against non-observers of the religion of Secular Humanism and (c) servers to excessively entangle the government with the religion of Secular Humanism.

In short, the *Amici* will help the Court see that it should sua sponte dismiss the Plaintiffs' case for lacking subject matter jurisdiction. The Court should grant any FRCP 12(b)(6) motion filed by the Defendants because the Plaintiffs fail to state a claim upon which relief can be granted and because the Plaintiffs manage to provide the very legal bases for why their complaint should be dismissed with prejudice. For these reasons and others leave should be granted.

/s/Chris Sevier Esq.
DE FACTO ATTORNEYS GENERAL
SPECIAL FORCES OF LIBERTY
Mailing address:
4301 50th St.
Suite 300, #2009
Washington, DC 20816
(615) 500-4411
#026577
ghostwarsmusic@gmail.com
www.humantraffickingpreventionact.com
www.stopsocialmediacensorshipact.com
www.stopguiltbyaccusationact.com
www.disentanglementact.com
www.lifeappropriationact.com
27A JA
Bravo Two Zero

---

[5] To pass muster under the Establishment Clause, a practice must satisfy the *Lemon* test, pursuant to which it must: (1) have a valid secular purpose; (2) not have the effect of advancing, endorsing, or inhibiting religion; and (3) not foster excessive entanglement with religion." See *Lemon v. Kurtzman*, 403 U.S. 602 (1971). Government action "violates the Establishment Clause if it fails to satisfy any of these prongs." *Edwards v. Aguillard*, 482 U.S. 578, 583 (1987); *Agostini v. Felton*, 521 U.S. 203, 218 (1997)

/s/Gregory Degeyter Esq./
DE FACTO ATTORNEYS GENERAL
degeyterlaw@gmail.com
9 Music Square South
Nashville, TN 37203
#24062695
(615) 500-4411
(713) 505-0524
Tango Whisky Gator 6

/s/Jason Rowe Esq./
Texas Bar #: 24073538
Rowe Law, PLLC
1720 Bissonnet
Houston, TX 77005
Office: 713-678-0774
Fax: 713-678-0266
Email: jason@rowelawtx.com
http://www.rowelawtx.com
Wilco Red Dragon

CERTIFICATE OF SERVICE

A true copy of the foregoing was emailed and mailed to the following on July 9, 2020: LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 120 Wall Street 19th Floor New York, NY 10005 212-809-8585 Email: ogonzalez-pagan@lambdalegal.org;; Carl Solomon Charles LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 120 Wall Street 19th Floor New York, NY 10005 212-809-8585 Email: ccharles@lambdalegal.org;; Jamie Avra Gliksberg LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 65 E. Wacker Place Ste 2000 Chicago, IL 60601 312-663-4413 Fax: 312-663-4307 Email: jgliksberg@lambdalegal.org;; Karen Loewy LAMBDA LEGAL DEFENSE & EDUCATION FUND 120 Wall Street, 19th floor New York, NY 10005 212-809-8585 Email: kloewy@lambdalegal.org;; Khristoph Becker STEPTOE & JOHNSON LLP 1114 Avenue of the Americas Ste Floor 35 New York, NY 10036 212-506-3900 Email: kbecker@steptoe.com;; Laura Joy Edelstein STEPTOE & JOHNSON LLP One Market Plaza Spear Tower Suite 3900 San Francisco, CA 94105 415-365-6770 Fax: 415-365-6670;; Michael A. Vatis STEPTOE & JOHNSON, LLP 1114 Avenue of the Americas 1114 Avenue of the Americas 35th Floor New York, NY 10036 212-506-3927 Fax: 212-506-3950 Email: mvatis@steptoe.com;; Johanna Dennehy STEPTOE & JOHNSON LLP 1330 Connecticut Avenue, NW Washington, DC 20036 202-429-5515 Email: jdennehy@steptoe.com

/s/Gregory Degeyter Esq./        /s/Jason Rowe Esq./        /s/Chris Sevier Esq./