UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, Inc. et. al.<br>(Plaintiffs)<br><br>V.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et. al.<br>(Defendants) | 1:20-cv-01630-JEB |

## DECLARATION OF JOSHUA BUSBY FOUNDER OF CHRISTIAN RESISTANCE A NON-PROFIT FAITH-BASED ORGANIZATION

1. I, Joshua Busby, declare under the penalty of perjury, pursuant to 28 USC sec. 1746 as follows:

2. I am over 18. I live in Mendenhall Mississippi.

3. I am the founder of Christian Resistance, a non-profit organization located in Mississippi.[1] I and seven other Christian Missionaries started the organization in 2013. We began as a Christian "truth movement." Our goal was to fulfill the great commission by using the social media

---

[1] As Christians, we at Christian Resistance believe that Jesus Christ is the hope of the world. That he is the redeemer and that his death on the cross pays for the sins of humanity. We believe in faith that he died, was buried, and rose again. We believe that the Bible contains living words that serve as the basis for ultimate reality and that the Bible memorializes the natural law that was woven into the fabric of the Universe.

platform provided by Facebook. It was our intent to build a big following. Number matter because people matter. On our page we discuss doctrine, apologetics, cultural issues, and matters of politics through the lens of the Bible. We had over 151,000 followers who we ministered to. We worked incredibly hard to build such a large following.

4. We would use our Facebook page to organize Bible studies. We saw a lot of people convert to Christianity because of our page. We would talk about issues that many Churches were too afraid to bring up, and we saw that really had an impact on people in leading them into the faith. There are a lot of hurting people out there who are looking for life and purpose, and we intended to point them towards what we sincerely believe is the absolute truth. Our actions were motivated by a love based on truth, and not love based on shallow sentimentality that has nothing to do with reality.

5. Another function we at Christian Resistance provided was that we would provide commentary and criticism of political and world events that we felt like were objectively evil and subversive to human flourishing. We did more than just outreach, we would try to encourage believers and give them our take on world events through the lens of the New Testament scripture. Our objective standard for classifying other movements or activity in the world as evil was the Bible. It was our intent to promote peace as far as we were able, to speak the truth in love, to call out censorship, to expose intellectual dishonesty, and to affront courses of conduct that are self-evidently damaging, destructive, dehumanizing, depersonalizing, and desensitizing. In one sense, we did consider ourselves to be Christian whistleblowers. We firmly believe that silence in the face of evil is itself an evil. We believe without apology that to refuse to oppose immorality is to cooperate with it.

6. I am a taxpayer of the United States and of the State of Mississippi. I believe the testimony of ex gays that homosexuality is a religious doctrine that flows directly out of the church of Secular Humanism. I do not want a penny of my taxpayer funds, not a dollar to in any way go towards the government's promotion, entanglement, endorsement, and ratification of the religion of Secular Humanism. I do not want the government officials issuing licenses to self-identified homosexuals. I do not want the government distributing a constellation of benefits to self-identified homosexuals which treats their worldview as if it is real, plausible, ethical, moral, and indefensible, when it is not.

7. At Christian Resistance, we would post our opinion in opposition to homosexuality and the feminist movement. We would always back it up with scripture. There was never anything posted that was vulgar. While we oppose the homosexual ideology, we did not demean any individual. Ever since the Supreme Court handed down the decision in *Obergefell,* all that did was spread fuel to the fire - a brush fire. In the wake of Obergefell, our Facebook page has been relentlessly antagonized and harangued by self-identified homosexuals, feminists, and devout believers in the Secular Humanist religion without mercy. We had one self-identified homosexual who told us that he was going to report every single one of our posts, and he did. Their intent was not "loving" whatsoever. Their intent was to punish us for not converting to their religious worldview that the government has wrongfully endorsed through the misuse of the Fourteenth Amendment. All *Obergefell* did was plunge self-entitled homosexuals into a deeper state of intellectual blindness and self-entitlement. In the wake of *Obergefell*, our page has been regularly blocked and disabled, which was distressful, discouraging, and unfair - and economically harmful. In building a social media network on Facebook, we at Christian Reliance

have detrimentally relied on the notion that tolerance is a two way street. *Obergefell* so clearly established the religion of Secular Humanism as the National religion that the two way street is long gone.

8. At the center of the Bible is a man dying on the Cross while loving his enemies and telling his followers to do the same. We love people, even broken ones. The starting place of Christianity is a recognition that we are in need of a savior. It is a posture of humility. We at Christian Resistance are in the practice of finding hurts and healing them and finding needs and meeting them. Yet, in the wake of the *Obergefell* putsch, the malicious attacks by self-entitled believers in homosexual orthodoxy have been vulgar, abusive, obscene, degrading, malicious, dishonest, fraudulent, callous, immature, and unyielding. Such harassment has been crafted out of mean spiritedness due to a spectacular refusal to think logically, which has had to effect of disrupting our efforts to share our opinions, thoughts, and beliefs that are not only faith-based but also accord with self-evident neutral fact-based truth. There is no question that the master narrative of the United States Constitution and the Bill of Rights is the radically transformative personalized truth of the New Testament Gospel. This is because the Bible parallels neutral and natural self-evident truth. No amount of intellectual denial changes that fact. No amount of intellectual squinting will undo the fact that gay marriage policy and sexual orientation statutes are a sham. They do not accomplish their goal. They do enshrine the dogma floated by the LGBTQ church and religion of Secular Humanism.

9. Once we posted on our Christian Resistance Facebook page a picture of a woman wearing a sweater and a scarf with the caption, "this is how a Godly woman dresses for winter." We received thousands of criticisms and vulgar attacks by the LGBTQ church and devout followers

of the religion of Secular Humanism, who pride themselves on the unproven faith-based assumption that absolute truth does not exist. Facebook ended up deleting the post, and then Facebook turned around and banned our page for seven days. The antagonization by Facebook and legion of Secular Humanists online comes as a direct result of the government's wrongful endorsement and entanglement with gay marriage. The government's decision to endorse gay marriage has not given children of gay marriage dignity, it has given a sword to Secular Humanists to relentlessly attack Christians and other non-observers. Gay marriage is not real marriage to begin with. It is a parody marriage that is a critique on fact-based actual marriage - which is neutral, natural, non-controversial, and secular in nature. Man-woman marriage policy does not promote religion, but the same cannot be said of policies that respect parody marriage. By this State's deciding to issue gay marriage licenses to self-identified homosexuals, the State is giving a license to all Secular Humanism to marginalize, harangue, and oppress anyone who refuses to buy into the new National Religion of Secular Humanism, as promoted by the intolerant, narrow-minded, abusive, and exclusive LGBTQ church. I can personally attest after years of being antagonized on line by legions of Secular Humanists and members of the LGBTQ church that gay marriage policy and fake sexual orientation civil rights statutes are an indefensible legal weapon against non-observers. Facebook and other businesses feel justified in stifling Christians because they believe that the governments endorsement of Secular Humanism orthodoxy backs up their oppression. This is the same erroneous beliefs that were held by the Nazis as they marginalized, murdered, and oppressed Jews.

10. It is unwise and dangerous for the government to make Secular Humanism/post modern western individualistic moral relativism as the national religion for every reason. It takes a huge

amount of faith to believe that this life is all that there is. That is, it take an immense about of religious belief to think that we are all just accidental particles, animated pieces of meat, and a bundle of random chemicals.  If truth really was relativive, and if nature is all there is - what is more natural than violence? If truth is relative, then there is absolutely nothing to stop those in power from violently oppressing anyone who disagrees with them.  After all, the ends would justify the means. It is a simple fact that a huge portion of the political platform promoted by the Democratic party is Unconstitutional because it would have the effect of entangling the government with the religion of Secular Humanism. Officials in office, must at least be required to know the difference between secular and non-secular, real and fake, and right and wrong. Otherwise, it is my experience that the evidence would suggest that they are unfit to lead.

11. This is America. This is not Iran. America cannot be a Nation under the vicious thumb of the religion of Secular Humanism. As a taxpayer, I demand that all 50 States and Federal Government disentangle itself from the respecting homosexual ideology - overruling all policies that endorse such practices.

12. At one point, I encountered a clip from a video of homosexuals having sex with one another that was posted on Facebook. I reported it. Facebook responded that the video did not violate the community standards and then antagonized our page for making the report.  It was reprisal for whistleblowing. There is no doubt that is a double standard online that the government cultivated by its reckless endorsement of gay marriage and sexual orientation as a civil rights matter - when it never was. There are Facebook posts where Christianity is being smeared and demeaned and those posts are not removed, and I am not saying that they should be. But the double standard created online and by businesses who look to government for a sense of truth and purpose is

simply not right. Facebook should be treated like a quasi-government actor. There are seven billion people in the world, and there are over a billion Facebook accounts. The Federal Courts and Congress must pass laws that compel Social media websites that market themselves as secular with more than a million followers to fall subject to the Constitution. Congress and the States should amend the constitution to that effect if necessary.

13. I believe in the freedom of Speech and the First Amendment Freedom of Expression Clause. Secular Humanists and the members of the LGBTQ church have to be allowed to believe what they want to believe and to say what they want to say - as long as it is not threatening safety. Self-identified homosexuals, polygamists, zoophiles, wizards, transgenders, and so forth should be and are permitted to have wedding ceremonies. A man should be allowed to informally marry a man and believe that the man is his wife. But we at Christian Resistance should also be allowed to say our opinion and take positions that accord with our worldview without the fear of constant reprisal. The government must stay completely away from the practice of legally endorsing, respecting, and recognizing parody marriages.

14. At one point, we posted verses from the Quran and showed how the Quran contradicted itself. The hoards of LGBTQ Secular Humanists who troll our page reported the post, and Facebook banned us for that. On the one hand, it is strange to us that the LGBTQ church and Secular Humanists zealously defend the Islamic religion, when if those same members of the LGBTQ church were to show up in Muslim Nations they would be beheaded, burned alive, or thrown off of roof tops. This caused us to question why would they do that? The answer is that the LGBTQ church knows that their religion is irrational and fake, just as they also know that Islam is a fake and phony religion. The idea that there is a God in heaven who is a cruel Judge,

whose love you have to earn is a one sided love scenario that is exploitative by definition. Works-based righteous religion lead to the same moral superiority complex manifested by the religion of Secular Humanism. Both Secular Humanism and Islam are two worldviews that lead to the same end, a moral superiority complex that leads to the marginalization and violent oppression of non-observers. Islam and Secular Humanism are aligned in opposing Christianity because Christianity involves the truth, not fiction. The truth is crunchy. It convicts and it cuts, but it will set a person and a Nation free. While we believe that Christianity has an exclusive monopoly on the truth, we at Christian Resistance by no means want to the government to mandate Christianity - for it would promote the very form of legalism that Christ Himself was adamantly opposed to. Instead, we simply want the Government to disentangle itself from the religion of Secular Humanism by no longer legally recognizing any form of parody marriage or from treating any sexual orientation statute as if the matter actually involves civil rights, when it does not. We at Christian Resistance not want the government to put religion over non-religion.

15. Our government is not a redeemer. It is not a savior. Government is not something we all belong to as many Democrats unwisely believe. Our government cannot be used by Secular Humanist to enshrine their ideology in the chance that it explains away the nature and innate feelings of shame and inadequacy that come from choosing a path that goes against the givenness of our nature in the way we are designed. Our government was never designed for that, and as a taxpayer myself, I demand that the government immediately disentangle itself from endorsing gay marriage and policies that treat sexual orientation as a civil rights issue and not as a matter of religious faith.

16. We at the Christian Resistance do promote the Gospel. We will never stop doing that no matter how much coercion any third party or any government entity threatens. We do think that people would be wise to repent and come to foster a personal relationship with Jesus Christ. The truth has set me free, and I want others to have that free gift. It would be cruel for me not to promote that good news. My efforts to promote the Gospel are not motivated by fear (like in Islam) or shame (like in the Secular Humanism) but out of authentic love that radically transforms the heart. As an American citizen and taxpayer of Mississippi, I am not interested in being stifled because Secular Humanists in government are too jaded and intellectual blind to admit that homosexuality is a religious dogma that flows directly out of the religion of Secular Humanism. Based on the personal targeting that I have experienced, I can attest and am willing to attest before any government body that policies that treat gay marriage like actual marriage are nothing more than non-secular shams that erode the Constitutional rights afforded to millions of non-observers under the Bill of Rights and the Constitution. The government's decision to endorse gay marriage is not just an assault on authentic community standards of decency, it is an assault on the Constitution itself.

17. In December 2017, around Christmas, at 3am in the morning, Facebook permanently deleted Christian Resistance page, which contain over 151,000 followers. We had worked diligently to build such a large network. The removal is the direct result of the government's entanglement with the religion of Secular Humanism. It has relegated us to second class citizen status. While buying into a the homosexual worldview an individual may be relegating themselves to a second class lifestyle, the government cannot justify the misappropriation of the Constitution to frame a religious matter as a civil rights one, when it never was.

18. I am really sick of this abuse and harassment that I have been subjected to due to a refusal for the government to admit that homosexual ethos and sexual orientation theocratic dogma is predicated on a series of unproven faith-based assumptions and is implicitly religious in nature.

19. In response to my testimony, I want to see three things take place. First, I want to see the Federal and State government enjoined from legally recognizing any form of parody marriage. Second, I want the government to make crystal clear than any individual can self-identify as anything they would like and that they can have wedding ceremonies but that the government can only legally recognize, endorse, and respect actual marriage between one man and one woman because it is the only neutral, natural, non-controversial, and secular form of marriage that does not offend the Establishment Clause. Third, I want the Courts to enjoin Facebook, and I want the legislature to introduced an act that causes Facebook to be treated as a quasi-government actor because of the political power it has gained by attracting so many subscribers.

20. I take heart in this "If the world hates you, keep in mind that it hated me first." John 15:18 For this world is not our permanent home; we are looking forward to a home yet to come. Hebrews 13:14. Blessed are those who are persecuted because of righteousness, for theirs is the kingdom of heaven. Matthew 5:10. Sometimes it is wrong to not be angry in the face of so much injustice. The opposite of love is not anger. It is hate, and the final form of hate is indifference, and I am not indifferent, but I am ready to testify. I want to see change occur because America is a city on a hill. I do not want other Christians to be harassed, marginalized, and oppressed for

exercising their Freedom Of Expression rights that the wrongful enshrinement of gay marriage and fake sexual orientation civil rights statutes destroys.

21. I attest under the penalty of perjury that the above mentioned statements are true and accurate.

_____
Joshua Busby