**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WHITMAN-WALKER CLINIC, Inc. et. al.** <br> **(Plaintiffs)** <br><br> **V.** <br><br> **U.S. DEPARTMENT OF HEALTH AND ) HUMAN SERVICES et. al.** <br> **(Defendants)** | **1:20-cv-01630-JEB** |

<u>**DECLARATION OF A COALITION OF MULTI-RACIAL PASTORS**</u>

<u>**THEOLOGIAN, DR. KENDALL BAKER**</u>

<u>**PASTOR DALE WALKER**</u>

<u>**PASTOR JOHN WILLIAMS**</u>

<u>**PASTOR MANNY DE LA CRUZ**</u>

<u>**PASTOR RUBIN ISRAEL**</u>

<u>**REVEREND CHARLENE COTHRAN**</u>

<u>**MINISTER GREG QUINLAN**</u>

<u>**PASTOR RICH PENKOSKI**</u>

I, Theologian Dr. Kendall Baker, joined by I, Pastor Dale Walker, I, Reverend Charleen Cothran, I, Pastor Manny De La Cruz, I, Pastor John Williams, I, Pastor Rubin Israel, Minister Greg Quinlan, and I, Pastor Pastor Rich Penkoski, declare under the penalty of perjury, pursuant to 28 USC sec 1746 as follows:

1. We are over 18. We believe that our educational background, training, and work

experiences in ministry qualifies us as expert witnesses to testify to establish that Secular

Humanism is a religion and that the LGBTQ cult is inseparably linked to. Instead of submitting

several separate declarations, we have decided to just submit one and all sign on to it.

Black Theologian, Dr. Kendall Baker, compiled most of the research and information set

forth that has been verified and ratified by the other declarants. Dr. Kendall Baker  received a

Bachelor of Theology, Master, and Doctor of Divinity degrees from the Kingdom Builder's

Bible Seminary – as Salutatorian – Houston, Texas Doctor of Philosophy in Pulpit

Communications and Expository degree from the Covenant International University- Houston,

Texas – founded in Lagos, Nigeria.[1]

---

[1]    An ordained Elder in the Church of God in Christ for 13 years, serving alongside my father
the late Superintendant Dr. Ernest L. Baker, Pastor of Wilson Temple COGIC in Rosenberg
Texas, and National Adjutant/Public relations person for the late Bishop R. E. Woodard Jr.,
Pastor of Williams Temple COGIC, Houston, Texas, a consecrated Apostle and founder of an
independent ministry called Christ Solid International Churches and Worship Centers for 12
years in Houston Texas, a former elected 3 rd Vice Bishop for Family Life International
Fellowship in Houston, Texas. A retired Division Manager for the City of Houston with over 30
years of management experience in emergency and non-emergency communications where we
received calls and provided service for 2.1 million citizens a year, the CEO and founder of two
Community Development Centers in Houston. Former Chairman of the Houston Police and
Clergy Alliance, Active member of the Houston Ministers Against Crime and Texas Pastor
Council. Spiritual son of Bishop Dr. George Dallas McKinney, Senior Pastor of Saint Stephen's
Cathedral COGIC in San Diego, California and General Board Member of the Executive Branch
of the Church of God in Christ, Inc. Also, Bishop T D Jakes, Senior Pastor of The Potter's House
Church of Dallas. Currently serving under new Bishop Destry C Bell Sr., of the Texas Gulf
Coast Church of God in Christ, Inc.
     Gifted in Prophetic release and teacher of the Word, music and song, Fervent preacher of
salvation and living in the fullness of God, Spiritual and temporal guide to members, Dedicated,
hardworking, conscientious, and result oriented, Voice over/master of ceremony specialist,
Practical and unassuming, positive out look to issues, team worker and player; Effective
supervisory skills, mediator, good management skills, Minister of the Gospel for over 23 years,
Strong in intercessory and healings, Highly ethical, innovative, with financial prudent abilities,
Humble, appreciative, with good communication skills, A director of Communications with over
30 years of management experience for the City of Houston, Experienced in preaching and
conducting missions in the United Kingdom, Ghana, Nigeria and South Africa. Responsible,
strategic planner, with eyes for details, Computer literate, familiar most Microsoft applications,

## 2. WHAT IS RELIGION?

"Religion" is a set of unproven answers to the greater questions like why are we here, what should humans do or not do, and what happens after death. If a group has a closed system that is full, organized, and provides its members with a private moral code that provides identity or that can be used to guide their daily lives, then the group is a religion. Religion concerns an "ultimate concern," "sincere belief," a "non-theistic or theistic belief system" that if obeyed, makes a person a "good person."

Several Paul Tillich"Supreme Being". Tillich's view is that the essence of religion is "ultimate concern,"[2] and therefore, religion is itself "ultimate concern." Further, Tillich postulates that the term "God" does not define religion, but it is "ultimate concern."[3] Tillich's thesis is that "the concern of any individual can be ranked, and that if we probe deeply enough, we will discover the underlying concern which gives meaning and orientation to a person's

---

A four time candidate for Public Office including Houston City Council and Texas House of Representatives, A strong and sought after community advocate including current receipt of favorable response to my job applications by the United States Office of the President, a complaint resolution expert, An effective trend-setter and change agent. Happily married to my beautiful wife Esther and together we have one beautiful daughter, Kennedi.

[2] P. TILLICH, DYNAMICS OF FAITH 1-2 (1958) (hereinafter referred to as TLLICH). Paul Tillich, John A. T. Robinson, Bishop of Woolwich, the Scheme of the Ecumenical Council, Vatican II, and Dr. David Saville Muzzey of the Ethical Culture. Id. at 163, 180-83.

[3] Tillich states: The name of this infinite and inexhaustible depth and ground of all being is God. That depth is what God means. And if that word has not much meaning for you, translate it, and speak of the depth of your life, of the source of your being, of your ultimate concern, of what you take seriously without any reservation. Perhaps, in order to do so, you must forget everything traditional that you have learned about God, perhaps even the word itself. For if you know that God means depth, you known much about him. You cannot then call yourself an atheist or unbeliever. For you cannot think or say: Life has no depth! Life is shallow. Being itself is surface only. If you could say this in complete seriousness, you would be an atheist; but otherwise you are not. He who knows about depth knows about God. P. TILLICH, THE SHAKING OF THE FOUNDATIONS 63-64 (1972).

whole life.""[4]   Under the belief as ultimate concern as religion theory proffered by Tillich, everybody has a religion.  All people are "homoreligioso" - we all worship and orbit around something.

Obviously, Tillich's theory minimizes the importance of a belief in Yahweh (YHWH), the God of the Bible. With dependence upon Tillich and the progressive theologians, the Supreme Court determined that a belief is valid if it is "sincere and meaningful [and it] occupies a place in the life of its possessor parallel to that filled by the orthodox belief in God of one who clearly qualifies for the exemption. Where such beliefs have parallel positions in the lives of their respective holders we cannot say that one is 'in relation to a Supreme Being' and the other is not." Therefore, a "belief" is constitutionally protected if it is in a "parallel position" to that of a belief in the traditional theistic concept of God.[5]

Religion can be defined as all sincere beliefs "based upon a power or being, or upon a faith, to which all else is subordinate or upon which all else is ultimately dependent.[6]  Thus,

_____

[4] *See Constitutional Definition,* supra note 12, at 1066.

[5] *Id. See generally* Bowser, *Delimiting Religion in the Constitution: A Classification Problem,* 11 VAL. U.L. REV. 163 (1977); Boyan, *Defining Religion in Operational and Intitutional Terms,* 116 U. PA. L. REv. 479 (1968); Clancy and Weiss, The Conscientious Objector Exemption: *Problems in Conceptual Clarity and Constitutional Considerations,* 17 ME.L. REV. 479 (1968); Clark, *Guidelines for the Free Exercise Clause,* 83 HARV. L. REV. 327 (1969); Killilea, *Standards for Expanding Freedom of Conscience,* 34 U. Prrr. L. REv. 531 (1973); Rabin, *When is a Religious Belief Religious: United States v. Seeger and the Scope of Free Exercise,* 51 CORNELL L.Q. 231 (1966); Comment, *Defining Religion: Of God, the Constitution and the* D.A.R., 32 U. CHI. L. REv. 533 (1965).

[6] 380 U.S. 163, 176 (1965). In *Welsh v. United States,* 398 U.S. 333 (1970), the Court extended the Seeger rationale and held "that purely ethical and moral considerations were religious." The Court further blurred the distinction between religion and morality by holding that a sincere person may be denied an exemption only if his belief or belief system does "not rest upon and invade ethical or religious principles, but instead rests solely upon considera- tions of policy, pragmatism or expediency." Id. at 342-43.

"religion" includes atheists and agnostics, as well as adherents to traditional theism.[7]  "[A]bsolute

vertical disbelief in the traditional sense - disbelief in God - is irrelevant"[8] in defining religion.

In other words, belief or disbelief in the traditional theistic view of God (Creator) is no longer

relevant.  The conclusion is that a "belief" is a constitutionally protectable religion only if it

parallels a belief in traditional theism and does not rest "solely" upon practical or expedient

policies. The definition of religion as belief is a radical departure from the historical definition of

religion as used in traditional theism. Furthermore, the judicial definition of religion as belief is a

sharp break with the early Supreme Court cases that defined religion as Man's relationship to his

Creator.[9]  From a preferred position within the religion clauses, traditional theism has been

relegated to the level of all other belief system

### 3.  SECULAR HUMANISM - A DEFINITION

The word "secular" by definition refers to "the temporal rather than the spiritual."[10]

"Secularism" is a doctrinal belief that morality is based solely in regard to the temporal

well-being of mankind to the exclusion of all belief in God, a supreme being, or a future eternity.

[11] "Humanism" is a philosophy or attitude that is concerned with human beings, their

---

[7]Comments one writer: The Supreme Court's expansive approach parallels evolving notions of religious toleration developing in the international community. For example, the United Nations Commission on Human Rights has defined "religion or belief" as including "theistic, non-theistic, and atheistic beliefs." *Elimination of All Forms of Religious Intolerance,* U.N. Doc. A/8330 (1971) (draft convention). *See ConstitutionalDefinition, supra* note 12, at 1065 n.59.

[8]  Rabin, *When Is a Religious Belief Religious: United States v. Seeger and the Scope of Free Exercise,* 51 CORNELL L.Q. 231, 244 (1966) (hereinafter referred to as Rabin).

[9] *Davis v. Beason,* 133 U.S. 333, 341 (1890).

[10] AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE 1173 (W. Morris ed. 1973)

[11] 2 SHORTER OXFORD DICTIONARY ON HISTORICAL PRINCIPLES 1828 (1934). Secularism has been defined as "The view that consideration of the present well going of mankind should predominate over religious considerations in civil affairs or public education." *Id.*

achievement and interests, and the condition or quality of being human, rather than with the

abstract beings and problems of theology.[12] "Secularism" is nontheistic and "humanism" is

secular because it excludes the basic tenets of theism.  Therefore, Secular Humanism is

nontheistic. However, while Secular Humanism is nontheistic, it is religious because it directs

itself toward religious beliefs and practices that are in active opposition to traditional theism.[13]

Humanism is a doctrine centered solely on human interests or values.  Therefore, humanism

defies Man collectively and individually, whereas theism worships God.  Moreover, while

humanism draws its values and absolutes from the finite reasoning of relativistic Man, theism

---

[12]Id. at 640 (definition of Humanism). One of the earliest writers discussing secularism was George Holyoake. It was in 1845 that he defined "secularism" as the doctrine that morality should be based solely in regard to the well-being of mankind in the present life, to the exclusion of all considerations drawn from belief in God or in a future existence beyond death. See generally G. HOLYOAKE, SECULARISM, THE PRACTICAL PHILOSOPHY OF THE PEOPLE (1845). Moreover, Holyoake envisioned secularism as being "independent of theistical or other doctrine" rather than as atheistic or anti-theological in attempts to avoid being characterized himself as an atheist.  G.HOLYOAKE, LIFE OF HOLYOAKE SIXTY YEARS OF AN AGITATOR'S LIFE 293-94 (1906). Holyoake attempted to illustrate such independence with his "house" analogy: [A] man could judge a house as to its suitability of situation, structure, surround- ings, and general desirableness, without ever knowing who was the architect or landlord; and if as occupant, he received no application for rent, he ought in grati- tude to keep the place in good repair. So it is with this world. It is our dwelling place. We know the laws of sanitation, economy, and equity, upon which health, wealth, and security depend. All these things are quite independent of any knowl- edge of the origin of the universe or the owner of it. And as no demands are made upon us in consideration of our tenancy, the least we can do is to improve the estate as our acknowledgement of the advantage we enjoy. This is Secularism. Id. at 294. Cf. G. HOLYOAKE, THE HISTORY OF THE LAST TRIAL BY JURY FOR ATHEISM IN ENGLAND (M. O'Hair ed. 1972). Holyoake's view, of course, is contrary to traditional biblical theism. E.g., F. SCHAEFFER, THE GOD WHO IS THERE (1968).
[13] H. BROWN, THE RECONSTRUCTION OF THE REPUBLIC 19 (1977). J. SIRE, THE UNIVERSE NEXT DOOR 29 (1976) (hereinafter referred to as SIRE). Sire comments: We can summarize this conception of man in God's image by saying that, like God, man has personality,self-transcendence,intelligence(the capacity for reason and knowledge), morality (the capacity for recognizing and understanding good and evil), gregariousness or social capacity (man's characteristic and fundamental de- sire and need for human companionship-community especially represented by the 'male' and 'female' aspect) and creativity (the ability to imagine new things or to endow old things with human significance).

has received its values and absolutes through the revelation of the infinite Deity or Creator. Both humanism and theism worship their own "god." The difference is the object of worship not the act. Therefore, Secular Humanism is a religion whose doctrine worships Man as the source of all knowledge and truth, whereas theism worships God as the source of all knowledge and truth.

### 4. THE LGBTQ CULT  IS A SECT OF THE RELIGION OF SECULAR HUMANISM

The LGBTQ cult meets the legal definition because it is a "closed system" that is "organized, full, and provide[s] a comprehensive code by which individuals may guide their daily activities." The LGBTQ creed represents "ultimate concern," "sincere belief," and a "non-theistic belief system" in a manner that undeniably makes it a denominational sect of the religion of Secular Humanism. ( In Humanist Manifestos I and II, spells out that Secular Humanism will be expressed in "widely varying ways."[14]  The evidence shows that the Black Lives Matter cult, the LGBTQ community, and Planned Parenthood Federation of America are denominational sects that are inseparably linked to the religion of Secular Humanism because their overlapping core doctrine is the active opposite of Christian theism.   In comparing the Bible to the LGBTQ creed, there are several examples of how the LGBTQ doctrine is the mirror opposite of Christianity.

First, the Bible teaches, as does the Declaration of Independence,  that all men and women are made in God's image and that all lives matter equally,[15] whereas LGBTQ's creed, which implies that person is made in their own image through self-determination. [16]  Second, the

---

[14] Humanist Manifestos I and II, supra note 176 at 13-15.
[15] Genesis 1:27; So God created mankind in his own image, in the image of God he created them; male and female he created them.  Christians believe that identity comes from God; whereas LGBTQ members believe that identity comes from ourselves.
[16] Parable of the Good Samaritan, Luke 10:25-37, demonstrates that Christianity is inclusive of all races equally, whereas the LGBTQ cult exploits race to advance a licentious agenda.

Bible proclaims that homosexual practices are licentious and immoral[17] and that to enable

homosexual practices is itself an act of evil,[18] whereas the LGBTQ creed teaches that acting out

sexually as "nature dictates" is moral and that fostering a "foster[ing] a queer-affirming

network" is good.[19] Fourth, the Bible teaches that Jesus is the ultimate savior and healer,[20]

whereas the LGBTQ creed asserts that "we…[ultimately]....heal[ and save] ourselves."[21] Fifth,

the Bible instructs fellow Christians to rebuke each other for engaging in sinful acts of

---

[17] Romans 1:26-27: "Because of this, God gave them over to shameful lusts. Even their women exchanged natural relations for unnatural ones. In the same way the men also abandoned natural relations with women and were inflamed with lust for one another. Men committed indecent acts with other men, and received in themselves the due penalty for their perversion." Leviticus 18:22: "Do not lie with a man as one lies with a woman; that is detestable." Romans 1:18-18 "For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who by their unrighteousness suppress the truth.  For what can be known about God is plain to them, because God has shown it to them." Jude 7 "Just as Sodom and Gomorrah and the surrounding cities, which likewise indulged in sexual immorality and pursued unnatural desire, serve as an example by undergoing a punishment of eternal fire.

[18] Luke 17:2 "It would be better for them to be thrown into the sea with a millstone tied around their neck than to cause one of these little ones to stumble;  Romans 14:21 "It is good not to eat meat or to drink wine, or to do anything by which your brother stumbles." The LGBTQ cult hosts Drag Queen Story Time at public libraries for the purpose of sexualizing and grooming children.

[19] "Humanists, today, are committed advocates for LGBTQ equality, and uphold every person's right to act as their nature dictates. In 2010, the American Ethical Union's assembly resolved that, 'Ethical Humanism reaffirms its support for equal rights for Lesbian, Gay, Bi-sexual, Transgender, Questioning and Queer people.' https://www.hrc.org/resources/stances-of-faiths-on-lgbt-issues-humanism  "We foster a queer-affirming network. When we gather, we do so with the intention of freeing ourselves from the tight grip of heteronormative thinking, or rather, the belief that all in the world are heterosexual (unless s/he or they disclose otherwise)." https://blacklivesmatter.com/what-we-believe/

[20] John 14:6, "Jesus answered,'I am the way and the truth and the life. No one comes to the Father except through me.'" Psalm 147:3 "He heals the brokenhearted and binds up their wounds." Isaiah 53:4 "Surely He has borne our griefs and carried our sorrows."

[21] "Every day, we recommit to healing ourselves and each other, and to co-creating alongside comrades, allies, and family a culture where each person feels seen, heard, and supported." https://blacklivesmatter.com/what-we-believe/.  Self-salvation through self-determination is at the health of the LGBTQ creed.

immorality,[22] whereas, the LGBTQ creed commands its members to "practice empathy" towards

members who commit immoral atrocities. <u>Sixth,</u> the Bible orders Christians to defend and

preserve the integrity of the "Western-prescribed nuclear family structure" at any cost,[23] whereas

LGBTQ creed orders its followers to destroy and "disrupt the Western-prescribed nuclear family

structure" at all costs. <u>Seventh,</u> the Bible condones "patriarchy," whereas the LGBTQ cult's

creed condemns it. <u>Eighth,</u> the Bible opposes "globalism," [24] whereas LGBTQ cult's creed

supports it.

The LGBTQ cult's creed is not just the opposite of Christian theism. It is anti-Christian.

Based on collective experiences, training, and observation, the declarants find that the LGBTQ

community is a religious cult that is a denominational sect that is inseparably part of the religion

of Secular Humanism.

## 5. THE RISE OF SECULAR HUMANISM

At one time in American society, including the founding era, the genesis of religious

thought was biblical theism.  H. BROWN, THE RECONSTRUCTION OF THE REPUBLIC 19

(1977).  The biblical worldview is based on theism, which posits that Man is created in the image

of God.[25] Biblical theism teaches that absolute standards exist by which all moral judgments of

---

[22]  1 Timothy 5:20 "Those who continue in sin, rebuke in the presence of all, so that the rest also will be fearful of sinning." The LGBTQ cult practices empathy towards the sins of its members.
[23]  "'I hate divorce,' says the LORD, the God of Israel."  Malachi 2:16 NASB; Ephesians 6:2 "Honor your father and mother." The LGBTQ cult does not really in marriage.
[24] Revelation 13:7, "And it was given unto him[, the Antichrist], to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations." Daniel 7:23, "The fourth beast shall be the fourth kingdom upon earth, which shall be diverse from all kingdoms, and shall devour the whole earth, and shall tread it down, and break it in pieces."
[25] J. SIRE, THE UNIVERSE NEXT DOOR 29 (1976) (hereinafter referred to as SIRE). Sire comments: We can summarize this conception of man in God's image by saying that, like God, man has personality, self-transcendence, intelligence (the capacity for reason and knowledge), morality (the capacity for recognizing and understanding good and evil), gregariousness or social

life are to be measured[26] and that history is linear, that is to say that history is a meaningful

sequence of events leading to the fulfillment of God's purpose for man.[27]  Biblical theism is

clearly expressed in such founding documents as the Declaration of Independence, which

presupposes that "God" endows men with "inalienable rights."[28]

      The men who sought independence from Britain did not hesitate to declare to the world

their religious belief in a personal, infinite God who endowed them with inalienable rights. To

the men of that day, if there were no God, there were no rights. Succinctly stated, the Declaration

of Independence is structured upon a theistic base, in that it professes faith in a "Creator" who

works in and governs the affairs of men (history) in establishing absolute standards ("inalienable

rights"). Id.  In this respect, the drafters of the Declaration of Independence were not inconsistent

in "appealing to the Supreme Judge of the world for the rectitude of [their] intentions . . . with

firm reliance on the protection of Divine Providence....."[29]

---

capacity (man's characteristic and fundamental desire and need for human companionship-community especially represented by the 'male' and 'female' aspect) and creativity (the ability to imagine new things or to endow old things with human significance). Id. at 31.

[26] Id. at 39. Sire explains: God himself-his character of goodness (holiness and love)-is the standard. Furthermore, Christians and Jews hold that God has revealed his standard in the various laws and principles expressed in the Bible. The Ten Commandments, the Sermon on the Mount, the Apostle Paul's ethical teaching-in these and many other ways God has expressed his character to us. There is thus a standard of right and wrong, and people who want to know it can know it. Id.

[27] *Id.* at 40.

[28] U.S. DECLARATION OF INDEPENDENCE.

[29] The wording of the Declaration of Independence rebuts the assumption that the early founding fathers were, as a collective, deists. Deism, although it assumed a creator of the universe, promulgated the doctrine that God was "not immanent, not fully personal, not sovereign over the affairs of men, not providential." SIRE, supra note 133, at 49. Deism thus presents a view of God as a clockmaker who wound the clock (the universe) and then abandoned the clock to its own workings. "The deist has no need to pray because God, the absentee landlord, is not listening anyway." J. WHITEHEAD, THE SEPARATION ILLUSION 19 (1977).

Early American law was no less theistic in its configuration. Probably the greatest influence on the law as understood by the men responsible for formulating the foundations of the American legal system was William Blackstone's [30] Commentaries.[31]   Regarding the basis of law, Blackstone wrote:

> The doctrine thus delivered we call the revealed or divine law, and they are to be found only in the holy scriptures. . . .Upon these two foundations, the law of nature and the law of revelation, depend on all human laws. That is to say, no human laws should be suffered to contradict these.

Blackstone's thesis was that God was the source of all laws whether they were found in "the holy scriptures" or were observable as they operated in nature.[32]   His suppositions were thoroughly theistic and founded upon the belief that there existed a personal, omnipotent God who worked in and governed the affairs of men. These same premises were utilized by Thomas Jefferson and others who studied Blackstone.[33] Blackstone's philosophy was evident throughout the Declaration of Independence and the Constitution.[34]   In the late eighteenth and early nineteenth centuries the influence of theistic thought in America increased until it peaked in the Third Great Awakening of 1858.[35]   However, following the Civil War and the humanistic movement

---

[30] Blackstone's work has been noted as having become the "bible of American law- yers." D. BOORSTIN, THE MYSTERIOUS SCIENCE OF THE LAw 4 (1958) (hereinafter referred to as BOORSTIN). Boorstin further elaborates: " In the first century of American independence, the Commentaries were not merely an approach to the study of law; for most lawyers they constituted all there was of the law .... " Id. at 3. Chancellor James Kent once said that "he owed his reputation to the fact that, when studying law . . . he had but one book, BLACKSTONE'S COMMENTARIES, but that one book he mastered." C. WARREN, HISTORY OF THE AMERICAN BAR, 187 (1911).

[31] W. BLACKSTONE, Commentaries on the Law of England 1-4 (1866) (two volumes) (commonly referred to as "Chitty's Blackstone") (hereinafter referred to as BLACKSTONE

[32] The law of gravity would be an example of an observable phenomenon in nature.

[33] BOORSTIN, supra note 139, at 48.

[34] See notes 136-138 supra and accompanying text.

[35] P.MILLER,THE LIFE OF THE MIND IN AMERICA, 88 (1966) (hereinafter referred to as MILLER)

resulting from the introduction of the Darwinian theory of evolution by natural selection in 1859,

[36]Historian Perry Miller commented on the problem that confronted traditional theism following

the emergence of humanism:

> After 1860, American Protestantism was called upon to confront the forces of a new age-of industrialism, urbanization, economic conflict. To begin with, it had only the armory of weapons with which it had been equipped by the Great Revival-concepts of sublimity, of the heart, of benevolence, of the millennium. But above all it was committed to the absolute conviction that, amid a multitude of forms, revivalistic piety was the primary force in maintaining "the grand unity of national strength." This was the evangelical heritage.[37]

This Christian evangelical heritage of revivalistic piety was not prepared to withstand the

onslaught of the aggressive humanistic thought that emerged after the Civil War.[38]  It has been

concluded that the Civil War "was a triumph for the religion of humanity."[39] Historian Ralph

Henry Gabriel explained the connection between "the religion of humanity" that appeared

subsequent to the Civil War and the effect of Darwinian thought and Comtean positivism on

traditional theism.

> The appearances of an aggressive humanism, a new religion of humanity, immediately after the end of the Civil War is one of the more significant events in the history of American democratic thought. The objective of the religion of humanity was to secure

---

[36] C. DARWIN, THE ORIGIN OF SPECIES BY MEANS OF NATURAL SELECTION OR THE PRESER- VATION OF FAVOURED RACES IN THE STRUGGLE FOR LIFE (1859).
[37] P. MILLER, THE LIFE OF THE MIND IN AMERICA, supra note 145, at 95 (1966).
[38] R. GABRIEL, THE COURSE OF AMERICAN DEMOCRATIC THOUGHT 183 (2d ed. 1956) (hereinafter referred to as R. GABRIEL).
[39] R. RUSHDOONY, THE NATURE OF THE AMERICAN SYSTEM, 78 (1965). Historian R. J. Rushdoony explains: Most churches, whatever their stand on slavery, opposed abolitionism and its social radicalism. As a result, in the North, these churches supported the war effort rather than demanding it. The Unitarian, Universalist, and transcendentalist champions of abolition were thus the real victors of the war. They called for war, tried to promote it by financing John Brown, and, when war began, called at once for emancipation as the war aim. These men were moved, as a Unitarian scholar has pointed out, by "the perfectionist desire to impose upon the West and South the intellectual and religious supremacy of New England. One significant result of the Civil War was to accomplish just this." Id., citing PHILLIPS, PURITAN AND UNITARIAN VIEWS OF CHURCH AND SOCIETY IN AMERICA, at Li.

and to protect a larger human freedom and to make men under- stand that liberty implies responsibility. Like Morgan, the post-Appomattox humanists turned to science. When the anxieties of war relaxed there was a sudden impact of Darwinism upon Christian orthodoxy. Auguste Comte, who died in 1857, gave the world a positivist philosophy which affirmed that the theological stage in the progress of humankind had ended as had also the succeeding stage of rationalistic philosophies. Mankind, thought Comte, had entered, in the nineteenth century, the age of science; in this new intellectual world man was destined to become the master of his own destiny. Comtean positivism affected American thought at the moment when Darwinism was challenging the old religious doctrines of the nature of man.[40]

The splintered Union that resulted from the war was gradually healed as a consequence of an expanding industrialism. This was the era of unadulterated Victorian capitalistic rule at its best and worst; a Victorian capitalism that knew how to develop the country both economically and scientifically.[41] It was a "merciless . . .age when social Darwinism rules supreme, when Herbert Spencer's amalgamation of the old Puritan creed with the pseudoscientific biological outlook was almost unchallenged. . . .With Roman-like ruthlessness, these Spencerian apostles confused mechanical expansion with historical process and the very success of industrialization contributed to ensnare them in their own intellectual traps.'" Id.  As a consequence, J.D. Rockefeller could justify his industrial monopoly: "The growth of a large business is merely a survival of the fittest." Id.  Likewise, Andrew Carnegie could expound on his conversion to Darwinism: "Light came as in a flood and all was clear. Not only had I got rid of theology and the supernatural, but I had found the truth of evolution."  It was indeed the age of material gratification and a form of capitalistic dominance that possessed little if any Christian compassion. By the dawn of the twentieth century these humanistic forces had gained a significant hold on the economics and science of the American culture.

---

[40] R. GABRIEL, supra note 148, at 183
[41] A. DE RIENCOURT, THE COMING CAESARS 179 (1957) (hereinafter referred to as DE RIENCOURT).

The industrialized, philosophical and religious systems that emerged in post-bellum America were at odds with the traditional theism that had preceded the conflit. The emphasis on moral absolutes or categories in business, education and society was diminishing. With the onslaught of evolutionary humanism a moral system composed of what theologian and lecturer Dr. Francis Schaeffer has called "arbitrary absolutes" began to dominate the thinking of man.[42] The theory of evolution and its emphasis on perpetual change in species[43] implies that there are no absolutes. Therefore, "philosophical relativism" is an inherent adjunct to the evolutionary theory. Id. at 6.

The momentum gathered by humanism in the so-called "irrepressible conflict" has spilled over to the twentieth century and maintained its thrust through the utilization of public education.[44] The transferring, through public education, of humanist ideology to succeeding generations, coupled with a humanistic onslaught against cultural absolutes has abetted the establishment of Secular Humanism in contemporary American society.

### 6. GETTING OFF THE ON THE ROAD BACK TO ROME

Consider this example from history, Rome was a nation that made Secular Humanism the official religion of the empire. Rome, "as god on earth," demanded an adherence to its law over and above all other law or law systems, including "the laws of nature and of nature's God" as referred to in the Declaration of Independence. Early Christianity sharply attacked this thesis. "Rome was ready on the whole to recognize almost any religion and to give it legal status provided that the new religion recognized the superior jurisdiction of the state and the radical

---

[42] *See* SCHAEFFER, *supra* note 125, at 224.
[43] R. WYSONG, THE CREATION-EVOLUTION CONTROVERSY 32-33 (1976).
[44] E.g., see generally A. COLE, THE IRREPRESSIBLE CONFLICT (1971); V. HAUBRICH AND M. APPLE, SCHOOLING AND THE RIGHTS OF CHILDREN (1975)

priority of the political order of the state as the essential and primary manifestation of the divine

order."[45] The early Christians, however, refused to submit to the jurisdiction of Rome.  The

officials of the Roman Empire in time of persecution sought to force the Christians to sacrifice,

not to any of the heathen gods, but to the Genius of the Emperor and the Fortune of the City of

Rome; and at all times the Christians' refusal was looked upon not as a religious but as a political

offense.[46]  The United States cannot be on the road back to Rome, so to speak, where police

officers, citizens, and Guardsmen are coerced into kneeling to the latest state sponsored version

of Secular Humanism.

## 7.  THE HUMANIST MANIFESTOS AND THE RELIGION OF SECULAR HUMANISM

The twentieth century has been characterized as the "secular century."[47]  Secularization . .

. occurs when supernatural religion that is, religion based on 'belief in God or a future state

becomes private optional, and problematic."[48]  Professor Harvey Cox of the Harvard Divinity

School states that "secularization" must be distinguished from secularism.[49]  Professor Cox's

---

[45] R. RUSHDOONY, THE INSTITUTES OF BIBLICAL LAW, *supra* note 115, at 44 (1973)
[46] Id., citing F. LEGGE, I FORERUNNERS AND RIVALS OF CHRISTIANITY FROM 330
B.C. TO 330 A.D. (1964). Dr. Francis Schaeffer has commented: Rome was cruel, and its cruelty
can perhaps best be pictured by the events which took place in the arena in Rome itself. People
seated above the arena floor watched gladiator contests and Christians thrown to the beasts. Let
us not forget why the Christians were killed. They were not killed because they worshipped
Jesus. Various religions covered the Roman world. One such was the cult of Mithras, a popular
Persian form of Zoroastrianism which had reached Rome by 67 B.C.. Nobody cared who
worshipped whom so long as the worshipper did not disrupt the unity of the state, centered in the
formal worship of Caesar. The reason the Christians were killed was because they were rebels.
This was especially so after their growing rejection by the Jewish synagogues lost them the
immunity granted to the Jews since Julius Caesar's time. SCHAEFFER, supra note 125, at 24.
[47] D. EDWARDS, RELIGION AND CHANGE 15 (1969) (hereinafter referred to as
EDWARDS).
[48] Id. at 16.
[49] See Cox, supra note 6, at 18. What Cox refers to as "secularization" was summed up by
Thomas Jefferson in Jefferson's surmising that the first amendment's establishment clause
(i.e.,"Congress shall make no law establishing a religion") was the embodiment of his renowned

apprehension is that "secularism is not only indifferent to alternative religious systems, but as a religious ideology it is opposed to any other religious systems. It is, therefore, a closed system.[50]

Secular Humanism is a dangerous ideological system because, as Cox states, it "seeks to impose its ideology through the organs of the State."[51]  Because Secular Humanism has no tolerance and is opposed to other religions, it actively rejects, excludes and attempts to eliminate traditional theism from meaningful participation in the American culture.[52]  The twentieth

---

"wall of separation between church and state". Although "secularization" would hold that there is a wall of separation between church and state, "secularization" in Cox's view would mandate state accommodation of religious practices. E.g., see generally Toms and Whitehead, The Religious Student in Public Education: Resolving a Constitutional Dilemma, 27 EMORY L.J. 3, 11 (1978). Harold J. Berman would not agree with Cox's dubious distinction between secularization and secularism. E.g., see generally BERMAN, supra note 3. It would seem logical to assume that secularization is the breeding ground for secularism and, therefore, the secularization process is responsible for contemporary secularism.

[50] Cox, *supra* note 6, at 18.

[51] *Id.*

[52]  One writer, arguing against the inevitable clash of secularism and the traditional Theistic religion, advocates that the answer to this dilemma is in a pluralistic secularism. H. KALLEN, SECULARISM IS THE WILL OF GOD 11-17, 57-58 (1954). By equalizing all religions, and by making God a union of divinities, secularism can supposedly reduce any inevitable conflict between established beliefs. Id. Under this theory, the various religions become members of a large orchestra, combining to make beautiful music, rather than competing as out-of-tune ensembles. This approach fails to recognize Secular Humanism's vehement opposition to traditional theism as well as the separateness from alien religious doctrines required by many Christian denominations and by many who hold to the Jewish faith. Note, Freedom of Religion and Science Instruction in Public Schools, 87 YALE L.J. 515, 524-25 (1978). The pluralistic approach in its attempt to avoid conflict between Secular Humanists and established, traditional theism fails to recognize that as secularism has become infused in contemporary society it has been met with a corresponding militancy on the art of traditional religion. EDWARDS, supra note 166, at 17. Christianity, in particular, regards secularism as unavoidably in con- flict with basic Christian beliefs. See generallyJ. SPANN, THE CHRISTIAN FAITH AND SECULARISM (1948) (hereinafter referred to as SPANN). One Christian writer has said:
> [Secularism is] the ordering and conducting of life as if God did not exist; it is the placing of hedonistic and cultural goals above and in place of those of the Kingdom; it is deference to the methods and products of science to the depreciation of all other truth and all other values (and it is often marked) by a superficial optimism and inner despair.

century strategy of Secular Humanism is to personalize (privatize) traditional theism by

introducing subjectivism, and thus to destroy all absolute standards.[53]  Harvard law professor

Harold Berman has written that:

> the significant factor in this regard-in the nineteenth century and even more so in the twentieth-has been the very gradual reduc- tion of the traditional religions to the level of a personal, private matter, without public influence on legal development, while other belief systems-new secular religions ("ideologies," "isms") have been raised to the level of passionate faiths for which people collec- tively are willing not only to die but also . . . to live new lives.[54]

Traditional theism has lost much of its influence on societal values because of

successful efforts to personalize it. The Christian faith, in particular, through the process of

personalization, has lost much of its public character as well as its political and legal strength.[55]

Says Berman:

> [f]or the most part, people go to church as individuals, or as individual families, to gain spiritual nourishment to sustain them in activities and relationships that take place elsewhere. . . .We are thus confronted with a combination of a "religionless Christianity" and what may be called a "Christianity-less religion.[56]

Cox's fear of secularism's attempt to construct a closed system is, therefore, in part realized. The

motives and intent of those who adhere to Secular Humanism are particularly evident in two

documents that have emerged in the past fifty years, Humanist Manifesto I (1933) and Humanist

Manifesto 11 (1973). These doctrinal statements set forth in clear language the tenets of the

---

G. HARKNESS, THE MODERN RIvAL OF CHRIsTIAN FAITH 16 (1952). Another Christian writer has called secularism "practical atheism," even though secularism claims to be indifferent in nature. SPANN, supra, note 171 at 1.

[53] See BERMAN, supra note 3, at 67-68. Harvey Cox shares Berman's view on the "privatization" of religion in modem secular society. Cox, supra note 6, at 2.

[54] J. NOLTMAN,RELIGION, REVOLUTION, AND THE FUrUrE 113-17 (D. Meeks trans. 1969). Cf. T. LUCKMAN, THE INVISIBLE RELIGION (1967)

[55] J. NOLTMAN,RELIGION, REVOLUTION, AND THE FUrUrE 113-17 (D. Meeks trans. 1969). Cf. T. LUCKMAN, THE INVISIBLE RELIGION (1967).

[56] See BERMAN, supra note 3, at 72.

religion of Secular Humanism.[57] As the term "Humanist Manifesto" suggests, the purpose of

these documents is to codify and to affirm the major doctrinal theses of a mutually-held faith.[58]

Humanist Manifesto I squarely faces the question of the religious nature of Secular Humanism.

Its preface reads:

> In every field of human activity, the vital movement is now in the direction of a candid
> and explicit humanism. In order that *religious humanism* may better be understood we,
> the under- signed, desire to make certain affirmations which we believe the facts of our
> contemporary life demonstrate. Today man's larger understanding of the universe, his
> scien- tific achievements, and his deeper appreciation of brotherhood, have created a
> situation which requires a new statement of the means and purposes of religion. . . .[IIt is .
> . .obvious that any religion that can hope to be a synthesizing and dynamic force today

---

[57] Humanist Manifesto I and Humanist Manifesto 11 (1973) (hereinafter referred to singularly or
as Humanist Manifestos I and II). See generally C. HAGAN, THE HUMANIST MANIFESTOS:
THE CREED OF SECULAR HUMANISM (1975) (hereinafter referred to as HAGAN);
Humanist Manifesto I first appeared in 33 THE HUMANIST (No. 5, 1973). THE HUMANIST,
published by the American Humanist Association and the American Ethical Union, is the
"official" voice of humanism. THE HUMANIST prints articles written by authors that range
from such men as behaviorist B. F. Skinner to Edd Doerr, signer of HUMANIST MANIFESTO
II and present editor of CHURCH AND STATE which is published by Americans United for
Separa- tion of Church and State.

[58] See, e.g., note 178 infra and accompanying text. The effective influence of the two manifestos
is realized when one notes the capacity and position of the signers of the docu- ments. Humanist
Manifesto I was signed by 34 people including the renowned educator John Dewey as well as R.
Lester Mondale, brother of Vice-President Walter Mondale.

Humanist Manifesto II was signed by 114 individuals of which but a few are: author
Isaac Asimov, DNA pioneer Francis Crick, Edd Doerr of Americans United for Separation of
Church and State and editor of CHURCH AND STATE, Lester Mondale (brother of
Vice-President Walter Mondale), Harvard behaviorist B. F. Skinner, Sir Julian Huxley, the
former head of UNESCO and Swedish author Gunnar Myrdal, father-in-law of Harvard
President Derek Bok.

Vice-President Mondale, who has in the past been a contributor to THE HUMANIST was
a major participant in the 5th Congress of the International Humanist and Ethical Union held at
the Massachusetts Institute of Technology in August 1970. In his opening remarks, Mondale
made the following comment:

Although I have never formally joined a humanist society, I think I am a member by
inheritance. My preacher father was a humanist-in Minnesota they call them Farmer Laborites
and I grew up on a very rich diet of humanism from him. All of our family has been deeply
influenced by this tradition including my brother Lester, a Unitarian Minister, Ethical Culture
Leader, and Chairman of the Fellowship of Religious Humanists.  C. CHAMBERS, THE
SIECUS CIRCLE 346 (1977). See also note 183 infra and accompanying text.

must be shaped for the needs of this age. To establish such a religion is a major necessity of the present. We therefore affirm the following: [fifteen creedal statements follow].[59]

Humanist Manifesto I speaks of religion "doctrines and methods which have lost their significance and which are powerless to solve the problem of human living in the Twentieth Century."[60]  This statement is a direct reference to traditional theism and is, again, a clear indication of Secular Humanism's "closed system" ideology and its onslaught against theism. Secular Humanism, therefore, affirmatively rejects all supernatural religions and, in particular, traditional theism. For example, Humanist Manifesto I states:

> *Ninth*: In place of the old attitudes involved in worship and prayer the humanist finds his religious emotions expressed in a heightened sense of personal life and in a cooperative effort to promote social well-being.
> *Tenth*: It follows that there will be no uniquely religious emotions and attitudes of the kind hitherto associated with belief in the supernatural.[61]

In the process of rejecting traditional biblical theology, Humanist Manifesto I states that it clearly rejects theism and biblical absolutes.

> *Fifth*: Humanism asserts that the nature of the universe depicted by modem science makes unacceptable any supernatural or cosmic guarantees of human values...
> *Sixth*: [T]he time has passed for theism....[62]

Humanist Manifesto I states: "The distinction between the sacred and the secular can no longer be maintained."  This synthesis of the sacred and the secular produces the religion of Secular Humanism. Humanist Manifesto II, drafted some forty years after Humanist Manifesto I, reasserts the claim of the religious nature of humanism by proclaiming: "As we approach the twenty-first century ...an affirmative and hopeful vision is needed. Faith, commensurate with

---

[59]*Humanist Manifestos I and II, supra* note 176, at 7-8 (emphasis added). *Cf. K.* KOLENDA, RELIGION WITHOUT GOD (1976).
[60]  Humanist Manifesto I, supra note 176, at 7
[61]  Humanist Manifestos Iand II, supra note 176, at 9-10 (emphasis added)
[62]  Humanist Manifesto I and II, supra note 176, at 8.

advancing knowledge, is also necessary."[63] Further, the 1973 Humanist Manifesto reasserts the

humanist antithesis to traditional theism.[64] Its preface reads:

> As in 1933, humanists still believe that traditional theism, especially faith in the
> prayer-hearing God, assumed to love and care for persons, to hear and understand their
> prayers, and to be able to do something about them, is an unproved and outmoded faith.
> Salvationism, based on mere affirmation, still appears as harmful, diverting people with
> false hopes of heaven hereafter. Reasonable minds look to other means for survival.
> Traditional moral codes and new irrational cults both fail to meet the pressing needs of
> today and tomorrow.  False "theologies of hope" and messianic ideologies, substituting
> new dogmas for old, cannot cope with existing world realities. They separate rather than
> unite peoples. Humanism is an ethical process through which we all can move, above and

---

[63] Id. at 13 (emphasis added).

[64] The religious nature of Humanist Manifesto II is affirmed by the fact that one hundred and
seventy of its signatories were ministers of the Unitarian-Universalist Church and many were
members of the Fellowship of Religious Humanists. Wilson, Pioneer of Evolutionary Humanism,
HUMANIST, May/June, 1975, at 40. Humanist Corliss Lamont observed that:

    In a sermon delivered in 1925 the Reverend John H. Dietrich showed how Unitarians had
naturally laid the basis for Humanism. 'Unitarianism,' he asserted, 'offered opportunity for the
enunciation of Humanism by virtue of its underlying spirit of spiritual freedom, by its insistence
upon intellectual integrity rather than intellectual uniformity, but its offer of religious fellowship
to everyone of moral purpose without regard to his theological beliefs: But this is not the
important thing. The real reason why Unitarianism was the natural soil for the growth of
Humanism is the fact that Unitarianism was a revolt against orthodox Christianity in the interest
of the worth and dignity of human nature and the interest of human life.' A large proportion of
the Unitarian churches in the United States are acknowledgedly Humanist.

    LAMONT, THE PHILOSOPHY OF HUMANISM 53-54 (5th ed. 1972), citing C. F.
POTTER, HUMANISM: A NEW RELIGION 80 (1930).

    Humanist Edward L. Ericson, a Unitarian minister, has noted: "Whether one prefers to
think of humanism as religious or not, most humanists regard their belief as a deeply satisfy- ing
moral commitment to the best in human experience-and consider humanism a practical faith for
modem men and women." Ericson, The "Unchurched" Americans: What Do They Believe?,
RELIGIONS OF AmERcA 257 (L. Rosten, ed. 1975).

    MANIFESTO I also closes with the statement that it is "an expression of a living and
growing faith." Humanist Manifestos I and II, supra note 176, at 24. Although Humanist
Manifesto II claims in its preface that the signers are not "setting forth a binding credo" (and that
"their individual views would be stated in widely varying ways"), this statement does not stand
pat since in the concluding paragraph the signers pledge their "general support to Humanist
Manifesto II." It is surmised that this position is taken to avoid the ramifications of *Torcaso v.
Watkins*, 367 U.S. 488 (1961), realizing that if the signers assented to the 1973 document as a
creed it would be evidence of an admission against interest that a religion was being espoused.
For a discussion of *Torcaso see* notes 59-66 supra and accompanying text.

beyond the divisive particulars, heroic personalities, dogmatic creeds, and ritual customs of past religions or their mere negation.[65]

Humanist Manifesto II, more so than Humanist Manifesto I, emphasizes the Man-centeredness of Secular Humanism as opposed to the God-centeredness of traditional theism. Humanist Manifesto II states that as "non-theists, we begin with humans, not God, nature not deity. . . . No deity will save us; we must save ourselves."[66]   Humanist Manifesto II, as did its predecessor, rejects any form of absolute standards.  Instead, any standards or ethics are "autonomous" and "situational."'[67] In a direct contradiction of traditional theism, which teaches that absolute standards are promulgated by God through biblical revelation, Humanist Manifesto II proclaims that ethics originate in Man himself: "Ethics stem from need and interest."[68]  "To deny this distorts the whole basis of life." *Id.*   According to Humanist Manifesto II traditional theism is a distortion of the whole basis of life. *Id.*

Humanist Manifesto II attempts to caveat in its preface that those individuals who signed the document disclaimed that they were "setting forth a binding credo." *Id.* at 13.  The reputed

---

[65] Humanist Manifestos I and II, supra note 176 at 13-15. Manifesto II is even more specific in its attack on traditional theistic religion within the body of its credo:
First: . . . . We believe . . . that traditional dogmatic or authoritarian reli- gions that place revelation, God, ritual, or creed above human needs and experience do a disservice to the human species. . . . We find insufficient evidence for belief in the existence of a supernatural; it is either meaningless or irrelevant to the question of the survival and fulfillment of the human race. Id. at 15-16.

[66] *Id.* at 16. Humanist Manifesto I further states: "Fifth: The preciousness and dignity of the individual person is a central humanist value . . . . We reject all religious, ideological, or moral codes that denigrate the individual, suppress freedom, dull intellect, dehumanize personality. We believe in maximum individual autonomy.. " Id. at 18.

[67] *Id.* at 17. Humanist Manifesto 11 reads: "Third: We affirm that moral values derive their source from human experience. Ethics is autonomous and situational needing no theological or ideological sanction. Ethics stems from human need and interest. To deny this distorts the whole basis of life." *Id.*

[68] Id. at 13.

reason for the disclaimer, as the preface instructs, is that "their individual views would be stated in widely varying ways."[69]  Although the views advanced by Humanist Manifesto II can and will be expressed in varying ways, there are basic tenets of the religion of Secular Humanism that are universally adhered to by Secular Humanists.  The caveat mentioned above does not make Secular Humanism any less a religion than Christianity.  For instance, it is common knowledge that those who are classified as "Christians" express their views in varying ways, but yet adhere to the basic doctrines of the Christian faith.[70]  Can it be reasonably argued that Christianity is not a religion because Christians express their faith in varying ways?  Secular Humanism, by its own admission, is a religion regardless of the personalized beliefs of its adherents.

### 8. THE TENETS OF SECULAR HUMANISM

Certain common elements of Secular Humanism establish Secular Humanism as a doctrinal "faith."[71]  These common elements will be termed "tenets" since they apply universally to adherents of the religion of Secular Humanism.

The first tenet of Secular Humanism denies the relevance of Deity or supernatural agencies.[72]  In place of traditional theism's worship and prayer to God, the Secular Humanist

---

[69] *Id.*

[70]  See Constitutional Definition, supra note, at 1068-69. See also P. JOHNSON, A HISTORY OF CHRISTIANITY (1976); H. KUNG, ON BEING A CHRISTIAN (1976). Cf.L. CHAFER, MAJOR BIBLE THEMES (1975).

[71] The "Preface" to Humanist Manifesto II declares: "As we approach the twenty- first century ...an affirmative and hopeful vision is needed. Faith, commensurate with advancing knowledge, is also necessary." Humanist Manifestos I and II,supra note 176, at 13.

[72] The first premise of Humanist Manifesto II reads: "We find insufficient evidence for belief in the existence of a supernatural; it is either meaningless or irrelevant.. " Humanist Manifestos I and II, supra note 176, at 16. See also note 186 supra and accompanying text. Paul Kurtz, editor of THE HUMANIST, author of the preface of Humanist Manifestos I and co-author of the preface for Humanist Manifesto II has written that of at least two basic principles that characterize humanism, one such principle is that "there is a rejection of any super natural

finds his religion expressed in a heightened sense of personal life and in a cooperative effort to

promote social well-being.[73]  If God is irrelevant, or even dead,[74] it follows that there has been no

revelation from God to Man.[75]  As a consequence, the Secular Humanist does not accept

traditional theism's belief in the Bible as the divinely-inspired word of God.[76]

---

conception of the universe..."P.KURTZ,WHAT IS HUMANISM?, MORAL PROBLEMS IN
CONTEMPORARY SOCIETY 1 (1969) (hereinafter referred to as Kumwz).
[73] Humanist Manifesto I declares:

> *Eighth*: Religious humanism considers the complete realization of human
> personality to be the end of man's life and seeks its development and fulfillment in the
> here and now. This is the explanation of the humanist's social passion.

> *Ninth*: In place of the old attitudes involved in worship and prayer the hu- manist
> finds his religious emotions expressed in a heightened sense of personal life and in a
> cooperative effort to promote social well-being.

*Humanist Manifestos I and* I, *supra* note 176, at 9. *Humanist Manifesto II* proclaims: "A
humanist outlook will tap the creativity of each human being and provide the vision and courage
for us to work together. . . .Humanism can provide the purpose and inspiration that so many
seek; it can give personal meaning and significance to human life." *Id.* at 14, 15.
[74] The "God is dead" theme was popularized in the 1960's by various writers and, in particular,
Thomas Altizer. For Altizer, the death of God was an actual event in history, i.e., "God has
actually died in Christ." T. ALTIZER, THE GOSPEL OF CHRISTIAN ATHEISM 103 (1966).
Dietrich Bonhoeffer, a prominent European theologian, once wrote that "God is beginning to
resemble not a ruler but the last fading smile of a cosmic Cheshire Cat." D. BONHOEFFER,
RELIGION WITHOUT RESERVATION 58 (1957).
[75] Humanist Manifesto II states: "We find insufficient evidence for belief in the existence of a
supernatural .. " Humanist Manifestos I and II, supra note 176, at 16. Humanist Edward L.
Ericson, past president of the American Ethical Union, has said that "[many humanists . . . define
humanism as a religious movement in its own right-a religion without reservation or God."
Ericson, The "Unchurched" Americans: What Do They Believe?, RELIGIONS OF AMERICA
257 (L. Rosten, ed. 1975).
[76] Obviously, no writing or so called "holy" book would be accepted by the Secular Humanist as
being valid revelations from God. This is an apparent rejection of traditional Judaeo-Christian
theism and its reliance on the Bible. The implication is, therefore, that it is mere human
intelligence and reason instead of God's revelation that must be man's guide. Humanist
Manifesto I states that man must "learn to face the crises of life in terms of his knowledge . . . .
Man is at last becoming aware that he alone is responsible for the realization of the world of his
dreams, that he has within himself the power for its achievement. He must set intelligence and
will to the task." Humanist Manifestos I and II, supra note 176, at 9, 10. Humanist Manifesto II
posits: "Reason and intelligence are the most effective in- struments that humankind possesses.
There is no substitute. " I.d. at 17.

The second tenet of Secular Humanism is the belief in the supremacy of "human reason." The phrase "human reason" encom- passes the belief that man can begin from himself and on the basis of the utilization of his mental faculties alone "think out the answers to the great questions which confront mankind."[77] Concerning "human reason" as a "pillar" of Secular Humanism, one writer has commented:

> Here . . . humanism is forced to its initial leap of faith. It is impossible to prove by reason alone that reason has the validity accorded to it by humanism, and the twentieth century has strongly undermined this confidence in two places. Modem psychology has shown that, far from being utterly rational, man has motivations at a deeper level than his reasoning powers, and he is only partially aware of these forces. Much of what was called reasoning is now more properly called rationalizing. . . . By rationalism I do not mean "rationalism" as opposed to "empiricism" but rather the hidden premise common to both-the humanist's leap of faith in which the critical faculty of reason is tacitly made into an absolute and used as a super-tool to marshall particulars and claim meaning which in fact is proper only to a world of universals.[78]

The third tenet of Secular Humanism is the belief in the inevitability of progress. This tenet developed from the introduction of Christian linear teleology into Western culture.[79] The belief in progress is perpetuated through the evolutionary theory and its cultural application

---

[77] SCHAEFFER, supra note 125, at 81. The term "reason" is defined as "the power of intellect by which man attains to truth or knowledge." WEBSTER'S NEW COLLEGIATE DICTIONARY 962 (1975).

[78] O. GUINNESS, THE DUST OF DEATH 14 (1973) (hereinafter referred to as GUINNESS).

[79] Id. at 15. Humanist Manifesto II, although less optimistic than Humanist Manifesto I, declares: The next century can be and should be the humanistic century. Dramatic scientific, technological, and ever-accelerating social and political changes crowd our awareness. We have virtually conquered the planet, explored the moon, overcome the natural limits of travel and communications; we stand at the dawn of a new age, ready to move farther into space and perhaps inhabit other planets. Humanist Manifestos I and II, supra note 176, at 14. Philosopher Os Guinness notes that humanism has become less optimistic and has developed a form of pessimism. GUINESS, supra note 201, at 13-14. In this respect, Humanist Manifesto II remarks, concerning the 1933 HUMANIST MANIFESTO I: "Events since then make that earlier statement seem far too optimis- tic." HUMANIST MANIFESToS I AND II, supra note 176, at 13. Although HUMANIST MANIFESTO II is less optimistic than I, II is yet optimistic concerning the aspirations of man and his progress.

(Social Darwinism). Evolution has produced the mechanistic belief that nature is moving

inevitably to higher and higher forms of life.[80]  This optimistic view of progress has been

rebutted by developments of the last forty to fifty years until now it is not seriously contended.

Historian and philosopher Os Guiness has remarked:

> Many point to evidence of an evolutionary crisis, somewhat tarnishing the comfortable
> image of inevitable progress with man at the center of the stage controlling his own
> evolution. ... [B]elief in inevitable progress is not supported by evidence of the past nor
> corroborated by the present situation and is hardly the united scenario of futurology. This
> means humanism is less and less supported by empirical data. It is becoming more and
> more an ideology, an idea which is inflated to the status of truth quite beyond the force of
> evidence.[81]

As Secular Humanism takes a more pessimistic outlook toward man's progress, humanists look

more to the state to assume a guiding hand in shaping man's future.[82]  In recent years the State

has heeded the humanists' call and taken on a more humanistic character. In this respect

education is viewed by Secular Humanism as the fulfillment of the State's role as a "saving

institution,"[83] and thus, the State has become more intimately involved in education and now

---

[80] E.g., see generally H. SPENCER, PRINCIPLES OF SOCIOLOGY (1880-1897).

[81] GUINNESS, supra note 201, at 15.

[82] Historian R. J. Rushdoony writes: On all levels . . . the statist emphasis has been predominant.
The state is the order of liberty, and the school is the means whereby citizens are prepared for the
good life. The state has become the saving institution, and the function of the school has been to
proclaim a new gospel of salvation. R. RUSHDOONY, THE MESSIANIC CHARACTER OF
AMERICAN EDUCATION 4 (1972).

[83] *Id.* Humanist Paul Blanshard writes: I think that the most important factor moving us toward a
secular society has been the educational factor. Our schools may not teach Johnny to read
properly, but the fact that Johnny is in school until he is sixteen tends to lead toward the
elimination of religious superstition. The average American child now acquires a high-school
education, and this militates against Adam and Eve and all other myths of alleged history.
Blanshard, Three Cheers For Our Secular State, HUMANIST, Mar./Apr., 1976, at 17.
Seemingly, Blanshard is intimating that at least one purpose of public education should be the
elimination of traditional theism. Id. G. Richard Bozarth has written: And how does a god die?
Quite simply because all his religionists have been converted to another religion, and there is no
one left to make children believe they need him. Finally, it is irresistible-we must ask how we
can kill the god of Christianity. We need only insure that our schools teach only secular

controls all public education.  Therefore, a logical conclusion of Secular Humanism's statist

emphasis in the establishment of the State's role as a "saving institution" through a domination of

the education system.[84]  Because Man is either not progressing as rapidly as the Secular

Humanist would desire, or because Man does not seem to be progressing in the evolutionary

sense, many Secular Humanists have opted for forced progress and manipulative environment

control." Totalitarianism, therefore, could very well be the end result of Secular Humanism.[85]

A fourth tenet of Secular Humanism is the belief in science as the guide to human

progress and the ultimate provider of an alternative to both religion and morals.[86]  Therefore,

---

knowledge; that they teach children to constantly examine and question all theories and truths
put before them in any form; and that they teach nothing is proven by the number of persons who
believe a thing to be true. If we could achieve this, god would indeed be shortly due for a funeral
service. Bozarth, On Keeping God Alive, AMERICAN ATHEIST, Nov., 1977, at 8.

[84] R. RUSHDOONY, THE NATURE OF THE AMERICAN SYSTEM 87 (1965). In this
respect, both manifestos advocate the formation of a world government as a saving institution.
HUMANIST MANIFESTO I states: "The goal of humanism is a free and universal society in
which people voluntarily and intelligently cooperate for the common good. Humanists demand a
shared life in a shared world." HUMANIST MANIFESTOS I AND II, supra note 176, at 10.
Humanist Manifesto II proclaims: "Twelfth: We deplore the division of humankind on
nationalistic ground. . . . [We look to the development of a system of world law and a world
order based upon transnational federal government. . . . We thus reaffirm a commitment to the
building of a world community, at the same time recognizing that this commits us to some hard
choices." Id. at 21. It should be noted that on January 30, 1976, "A Declaration of
Interdependence" was signed by 82 United States Congressmen and 24 Senators in Philadelphia
calling for "a new world order" (or world government). World Affairs Council of Philadelphia
(1975). To what extent humanist ideology has had an effect on congressional thinking is not
precisely determinable, but it would definitely seem that it has had some impact.

[85] GUINNESS, supra note 201, at 39. See notes 292-294 infra and accompanying text.

[86] Humanist Manifesto I declares: "Fifth: Humanism asserts that the nature of the universe
depicted by modem science makes unacceptable any supernatural or cosmic guaran- tees of
human values. . . . Religion must formulate its hopes and plans in the light of the scientific spirit
and method." Humanist Manifestos I and II, supra note 176 (emphasis supplied). Humanist
Manifesto 11 proclaims: The next century can be and should be the humanistic century.
Dramatic scientific, technological, and ever-accelerating social and political changes crowd our
awareness. We have virtually conquered the planet, explored the moon, over- come the natural
limits of travel and communication; we stand at the dawn of a new age, ready to move farther
into space and perhaps inhabit other planets. Using technology wisely, we can control our

science itself assumes a religious character,[87] and the tenet of science-as-provider can pose an equally frightening threat of totalitarianism.The scientist has faith that the universe is potentially knowable.[88]  It has been said of Francis Crick, Nobel Prize winning scientist and signer of Humanist Manifesto II: "[H]is scientific enterprise is governed by a basic religious stance. And while he recognizes that the particular stance he takes is anti-religious in conventional terms, 'it is a reli- gious attitude because it's concerned with religious problems.' He is absolutely right. What Crick and other scientists are doing is bringing forth a religion based science." [89]  Secular Humanism has developed a "scientific theology" that has evolved from a description of concrete objects and events to a study of relationships observable in complex systems.[90]  As science takes on a more pessimistic humanism, it will grow impatient with natural development and progress, and as pessimism expands, State technology will become more closely aligned with science and

---

environment, conquer poverty, markedly reduce disease, extend our life-span, significantly modify our behavior, alter the course of human evolution and cultural development, unlock vast new powers, and provide humankind with unparalleled opportunity for achieving an abundant and meaningful life. . . . We need to extend the uses of scientific method, not renounce them, to fuse reason with compassion in order to build constructive social and moral values. Second: [SIcience affirms that the human species is an emergence from natu- ral evolutionary forces. Sixteenth: Technology is a vital key to human progress and development.. Id. at 14, 17, 22.
[87] Dr. John P. Friedrich has remarked: "Science is a kind of sacred cow today. It is being worshipped by the public." F. TRINKLEIN, THE GOD OF SCIENCE 1 (1971) (hereinafter referred to as TRINKLEIN). Likewise, one writer comments on the theological twist to science: Laymen-and most of us in this highly technical world are laymen are at the mercy of researchers and technicians who set themselves up to interpret their par- ticular part of nature to us. Over the years, they the high priests of science and technology-have convinced us that we should leave the fact finding to them. And to a large part we have. In return, they have promised to be 'objective,' to tell the truth no matter how or whom it hurts. With the truth, freshly gathered from the
[88] TRINKLEIN, supra note 213, at 3.
[89] F. SCHAEFFER, BACK TO FREEDOM AND DIGNITY 19 (1974).
[90] R. DuBos, A GOD WITHIN 42, 43 (1972).

its goals. To encourage Man's progress toward a humanistic society, many scientists have suggested that State technology and money be used to genetically manipulate the citizenry.[91]

The fifth tenet of the religion of Secular Humanism is the belief in the self-sufficiency and centrality of Man.[92] This tenet encompasses the assertion of the autonomy and independence of Man apart from Deity of any kind, thereby supposedly releasing Man from all obligations to Deity. Along with the evolutionary theory, the centrality and autonomy of Man are the prominent features of Secular Humanism. Because Man is autonomous, Secular Humanism posits that man, contrary to traditional theism, is inherently good and in no need of salvation or theological redemption to correct or redeem what traditional theism designates as Man's fallen nature.[93]

---

[91] See notes 206-211 supra and accompanying text. Theologian and philospher Fran- cis Schaeffer noted: Francis Crick considers where the money for genetic manipulation is going to come from and suggests that it be from the government, the state itself. Like John Kenneth Galbraith, Crick believes that it is the intellectually and especially the academic and scientific world plus the state that will take the initiative. F. SCHAEFFER, BACK To FREEDOM AND DIGNITY 22 (1974).

[92] Paul Kurtz, editor of THE HUMANIST and a signer of Humanist Manifesto II, states that "humanism is an ethical philosophy in which man is central." See KURTZ, note 195 supra. Humanist Manifesto I states: "Man is at last becoming aware that he alone is responsi- ble for the realization of the world of his dreams, that he has within himself the power for its achievement." Humanist Manifesto I and II, supra note 176, at 10. HUMANIST MANIFESTO II concludes: "We are responsible for what we are or will be. .. [C]ommitment to all humankind is the highest commitment of which we are capable; it transcends the narrow allegiances of church, state, party, class, or race in moving toward a wider vision of human potentiality." Id. at 23.

[93] Humanist Manifesto II states: "We are responsible for what we will be.... We believe that humankind has the potential intelligence, good will, and cooperative skill to implement this." Humanist Manifestos I and I, supra note 176, at 23. The Judaeo-Christian religion, on the other hand, in affirmance of the Bible holds that man was created by God perfect, but due to disobedience to God's law man was cursed and fell from his perfect state (this fallen state was passed on to all men subsequent to the first act of disobedience). God being perfect and holy cannot have communion with a fallen creature. Therefore, God requires a blood sacrifice to atone for the "sins" of man. The Judaic tradition (Old Testament) holds that this sacrifice is finalized in animal sacrifice for the Jewish people (although the Jewish people ceased offering sacrifices when the temple was destroyed in A.D. 70, the principle of sacrifice is yet inherent in their religion). The Christian tradition (New Testa- ment) holds that Christ is that atoning sacrifice for

This tenet of Secular Humanism, therefore, promulgates the idea that Man's future and salvation are in Man's hands. [94]   Thus, the tenet of the autonomous Man postulates that Man, not God,

---

all men for all time. The following Bible verses (Authorized or King James Version) sum up the above:

### OLD TESTAMENT

And the Lord God said [unto] the woman . . . I will greatly multiply thy sorrow ...[and unto Adam he said ...cursed is the ground for thy sake .. ..In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt thou return.. . . Unto Adam also and to his wife did the Lord God make.coats of skins, and clothed them. ...So [God] drove out the man; and he placed at the east of the garden of Eden Cherubims, and a flaming sword which turned every way, to keep the way of the tree of life. Genesis 3:14-24
And Moses spake .... Take the meat offering that remaineth of the offerings of the Lord made by fire, and eat it without leaven beside the altar: for it is most holy: And ye shall eat of it in the holy place, because it is thy due, and thy son's due, of the sacrifices of the Lord made by fire: for so I am commanded.
Leviticus 10:12-13.

### NEW TESTAMENT

Wherefore, as by one man sin entered into the world, and death by sin; and so death passed upon all men, for that all have sinned. . . . As it is written, there is none righteous, no, not one . . . for all have sinned, and come short of the glory of God. ...but God commanded his love toward us, in that, while we were yet sinners, Christ died for us. . . . That if thou shalt confess with thy mouth the Lord Jesus, and shalt believe in thine heart that God hath raised him from the dead, thou shalt be saved.

Romans 5:12, 3:10, 3:23, 5:8, 10:9-11. See generally N. ANDERSON, A LAWYER AMONG THE THEOLOGIANS (1973); COMAY, THE TEMPLE OF JERUSALEM (1975); A. EDERSHEIM, THE TEMPLE (1958); L. MORRIS, THE APOSTOLIC PREACHING OF THE CROSS. In clear rebuttal of the above, Humanist Manifesto II states: "Promises of immortal salvation or fear of eternal damnation are both illusory and harmful. They distract humans from present concerns, from self-actualization, and from rectifying social injustices." Humanist Manifestos I and I, supra note 176, at 16.
[94] Humanist Manifesto H states: Using technology wisely, we can control our environment, conquer poverty, mark- edly reduce disease, extend our lifespan, significantly modify our behavior, alter the course of human evolution and cultural development, unlock vast new powers, and provide humankind with unparallel opportunity for achieving an abundant and meaningful life. . . . While there is much that we do not know, humans are responsible for what we are or will become. No deity will save us. Humanist Manifestos I and II, supra note 176, at 14, 16.

controls the destiny of the human race.[95]  If God is non-existent, then there is no revealed word of God from which Man can assert absolutes.  If Man is the master of his own destiny, he can create his own system of absolutes apart from divine revelation.[96]  Therefore, to the humanist, the monstrosities perpetrated upon mankind by Hitler and Stalin, both autonomous men, cannot logically be criticized.  Why? If there are no transcendent absolutes, then each individual is absolute and the sole judge of his own actions.  Any condemnation of these autonomous men's actions by Secular Humanists would deny Man's absolute autonomy and impose an absolute standard upon the actions of Man from a source outside of himself.  To the humanist, such condemnation would be hypocrisy.  Pessimism too is beginning to mar the belief in the tenet of centrality.[97]  Philosopher Os Guinness has noted a "persistent erosion" of Man's view of his centrality and importance.

> The fact that man has made so many significant scientific discov- eries points strongly to the significance of man, yet the content of these same scientific discoveries underscores

---

[95] Humanist Manifesto I proclaims: "Man is at last becoming aware that he is responsible for the realization of the world of his dreams, that he has within himself the power for its achievement." Id. at 10.

[96] Paul Kurtz has said: Although humanists share many principles, there are two basic and minimal princi- ples which especially seem to characterize humanism. First, there is a rejection of any supernatural conception of the universe and a denial that man has a privileged place within nature (belief in a Creator affords man special dignity). Second, there is an affirmation that ethical values are human and have no meaning independent of human experience; thus humanism is an ethical philosophy in which man is central. See KURTZ, supra note 195.

[97] The "Preface" to Humanist Manifesto II in its opening paragraph recognizes the problems inherent in the optimism of Humanist Manifesto I. Humanist Manifestos I and II, supra note 176, at 13. In response to the problems of the century, Humanist Manifesto II states: "As we approach the twenty-first century, however, an affirmative and hopeful vision is needed. Faith, commensurate with advancing knowledge, is also necessary." Id. (emphasis added). Therefore, instead of abject pessimism Humanist Manifesto I takes a leap of faith. Colin Brown highlights the tension evident in Secular Humanism: The gospel of Humanism invites men to make the best of a bad job. The world is ultimately pointless. All we can do is try to give it a few temporary points before we pass into the abyss of nothingness. The ancients said: Eat, drink, and be merry, for tomorrow we die. The Humanism of the sixties has become more sophisticated. It allows man to be serious in his merry-making. The image is new, but the basic

his insignificance. Man finds himself dwarfed bodily by the vast stretches of space and belittled temporally by the long reaches of time. Humanists are caught in a strange dilemma. If they affirm the greatness of man, it is only at the expense of ignoring his aberrations. If they regard human aberrations seriously, they have to escape the dilemma raised, either by blaming the situation on God . . . or by reducing man to the point of insignificance where his aberrations are no longer a problem.[98]

The sixth tenet of Secular Humanism is the belief in the absolutism of evolution.[99] Because of its importance and breadth this tenet will be discussed separately.

### 9. THE TENET OF EVOLUTION

Evolution presumes "that all the living forms in the world have arisen from a single source which itself came from an inorganic form."[100]  The evolutionary theory violently

---

[98] GUINNESS, supra note 201, at 16. See generally M. ADLER, THE DIFFERENCE OF MAN AND THE DIFFERENCE IT MAKES (1967).

[99] *Humanist Manifesto* I declares:
  *First:* Religious humanist regard the universe as self-existing and not created.
  *Second*: Humanism believes that man is part of nature and that he has emerged as the result of a continuous process ...
  *Fourth*: Humanism recognizes that man's religious culture and civilization, as clearly depicted by anthropology and history, are the product of a gradual development....
  *Humanist Manifestos I and II*, supra note 176, at 8.
  *Humanist Manifesto* II professes; Using technology wisely, we can control our environment, [etc.] alter the course of human evolution ...
  *Second*: [S]cience affirms that the human species is an emergence from natural evolutionary forces...
  *Seventh*: We would safeguard, extend, and implement the principles of human freedom evolved from the Magna Cartato Bill of Rights, the Rights of Man, and the Universal Declaration of Human Rights. ...
  *Fourteenth*: The cultivation and conversation of nature is a moral value; we should perceive ourselves as integral to the sources of our being in nature . Id. at 14, 17, 19, and 21-22.
[100] G. KaaKurr, IMPLICATIONS OF EVOLUTION 157 (1960). The "general" theory of evolution must be distinguished from the "special" or "limited" theory, which posits "that many living animals can be observed over the course of time to undergo changes" through genetic variation and limited mutation. Id. One commentator has noted:
  The general theory of evolution, as it is presented by the leading biology textbooks in public secondary schools, embraces several key premises. It proposes origination of the universe and earth through natural processes, and naturalistic development of life from non-life. The general theory involves evolution of present living forms from this organism through mutation and natural selection, and entails evolution of human beings from ancestory with apes. It also postulates uniformitarianism the concept that past physical processes acted much like present

contradicts the basic elements of creationism, a doctrinal tenet of traditional theism.[101]

Creationism "teaches that matter appeared through direct creation by God in the beginning and

that this creation occurred by supernatural plan. . . .[It also teaches that] God created life from

nothing and that life by direct act made [all the] living kinds [including man]."[102]  While

traditional theistic creationism pro- pounds that a Creator through revelation has promulgated

absolute standards upon which the universe operates, evolutionism postulates that "all things owe

their existence to natural causes and chance."[103]  Jacques Monod, French scientist, Nobel Prize

winner and evolutionist, has commented: "Chance alone is at the source of every innovation, of

all creation in the biosphere. Pure chance, absolutely free but blind, [is] at the very root of the

stupendous edifice of evolution...." [104]  In Monod's view evolutionism destroys theism's absolute

---

gradual processes-as the underlying key to the sequence of evolution and to the ages of the earth, life, fossils, and man. Note, Freedom of Religion and Science Instruction in Public Schools, 87 YALE L.J. 515, 521- 22 (1978).

[101] Note, Freedom of Religion and Science Instructionin Public Schools, 87 YALE L.J. 515, 522 n. 33 (1978). Sir Julian Huxley stated that in "the evolutionary pattern of thought there is no longer either need or room for the supernatural. The earth was not created; it evolved." J. Huxley, The Evolutionary Vision, in 3 EVOLUTION AFTER DARWIN 249, 252 (S. Tax and C. Callender eds. 1960). Justice Black has also noted the antagonism between evolution and creationism. *Epperson v. Arkansas*, 393 U.S. 97, 113 (1968).

[102] Note, Freedom of Religion and Science Instruction in Public Schools, 87 YALE L.J. 515, 522 n.31 (1978). A distinction has been made between "religious creationism" and "scientific creationism." Id. at 517, 520. Religious creationism relies on a literal reading of Genesis from the Old Testament of the Bible regarding, for example, the creation of Adam and Eve and the worldwide flood sent by God that destroyed all mankind except Noah and his family. Id. at 520. Scientific creationism, on the other hand, is "a theory of the origin of the earth and life that employs scientific argument and not a sacred text in its challenge of the general theory." Id. at 517. Both forms of creationism assert there was a Creator who designed the universe, and both are in derivation religious as is the theory of evolution. This, of course, does not mean that scientific creationism is no less scientific than evolution.

[103] R. L. WYSONG, THE CREATION-EVOLUTION CONTROVERSY 33 (1976) (hereinafter referred to as WYSONG).

[104] J. MONOD, CHANCE AND NECESSITv 112-13 (1971).

values.[105]  As a result, Monod would argue that man evolved out of chaos and he will remain in

chaos unless society establishes some arbitrary absolutes by which to live.  As a result, Monod

would argue that man evolved out of chaos and he will remain in chaos unless society establishes

some arbitrary absolutes by which to live.[106]

Evidence exists to support the view that the evolutionary theory was not an innovation of

Charles Darwin but was, in fact, a religious doctrine adhered to by ancient civilizations.[107]

---

[105] Now my point of view is that this is impossible, this is a farce. You cannot derive any sort of
"ought" from the "is." If it is true that there is no intention in the universe and if it is true that
man as any other animal species is a pure accident in evolution, it might as well not have
appeared.  *Id.* at 180.

[106] SCHAEFFER, supra note 125, at 224.

[107] The world's oldest cosmogony was unearthed and found recorded on a tablet excavated in
Babylonia a number of years ago and is known as the Enuma Elish. See generally T. Jacobsen,
Enuma Elish The Babylonian Genesis, THEORIES OF THE UNIVERSE (M. K. Munitz, ed.
1957). It is interesting to note that this Babylonian cosmogony is an apparent description of what
is referred to today as the evolutionary theory:

> Specifically, Enurna Elish assumes that all things evolved out of water. This description
> presents the earliest stage of the universe as one of watery chaos. The chaos consisted of
> three intermingled elements: Apsu, who represents the sweet waters; Ti'amat, who
> represents the sea; and Munnu who cannot as yet be identified with certainty but may
> represent cloud banks and mist. These three types of waters were mingled in a large
> undefined mass. . . .Then in the midst of this watery chaos two gods came into existence.

*Id.* at 9. Another account of the ancient origin of evolutionary thought is found in the Tibetan
Book of the Dead. This work was compiled from the teachings of sages over many centuries in
ancient Tibet and was passed down through these early generations by word of mouth. It was
finally written down in approximately the eighth century A.D. One interesting account declares:
"The Osiris, the Scribe Ani, whose word is truth, saith: I flew up out of primeval matter. Icame
into being like the god Khepera. I germinated . . . like the plants.... THE BOOK OF THE DEAD
552 (E. A. Wallis Budge trans. 1960). Dr. Henry M. Morris comments:

> The idea of evolution did not, of course, originate with Darwin. . . but it was a doctrine
> held by many scientists and philosophers before Darwin. Belief in spontaneous generation of life
> from the non-living and in transformations of the species was quite common among the ancients.
> Among the early Greeks, for instance, Anaximander taught that men had evolved from fish and
> Empedocles that animals had been derived from plants. . . .One striking fact emerges from the
> study of all the ancient cosmogonic myths, whether from Babylon, Greece, Egypt, India, or
> wherever. The concept that the universe had originally been created,out of nothing, by an act of
> God, is completely absent. Always there is primeval chaos or a primeval system of some kind,
> upon which the 'gods,' or the forces of nature, begin to work in order to bring the world and its

Contemporary humanists agree with the religious nature of evolution.[108] Sir Julian Huxley, a prominent author on the subject of the evolution- ary theory and a singer of Humanist Manifesto II, believes in the "religion of evolutionary humanism."[109] Huxley regards the evolutionary theory as one of many elements in Secular Humanism.[110]

Contemporary scientists have been candid in expressing their "faith" in the evolutionary theory as the origin of life. For example, Harold C. Urey, a Nobel laureate, said:

> All of us who study the origin of life find that the more we look into it, the more we feel that it is too complex to have evolved anywhere. We all believe as an article of faith that life evolved from dead matter on this planet. It is just that its complexity is so great it is hard for us to imagine that it did.[111]

Similarly, physicist Robert Jastrow, an evolutionist, stated:

> Either life was created on the earth by the will of a being outside the group of scientific understanding; or it evolved on our planet spontaneously, through chemical reactions occurring in nonliving matter lying on the surface of the planet. The first theory is a

---

inhabitants into their present state. Special creation seems to have been a doctrine completely unknown (or, if known, rejected) by the ancients. H. MORRIS, THE TWILIGHT OF EVOLUTION 75-76 (1963). Philosopher Greg Bahnsen views evolutionism as a form of pantheistic belief. He states: "It is now evident that the philosophic successors to Darwinism embody [a] pantheistic theme . . . ionism is a syndrome of beliefs and assumptions, a syndrome inclusive of (or going toward) reducing God to the level of imminent world process or elevating the created order to the status of divinity." Bahnsen, Worshiping the Creature Rather Than the Creator, I JOURNAL OF CHRISTIAN RECONSTRUCTION 116 (No. 1 1974) (hereinafter referred to as Bahnsen). Cf. B. SWYHART, NARRATIVES ABOUT COSMIC AND HUMAN ORIGINS: SELECTED READINGS (1976).

[108] A significant school of Secular Humanists regard their convictions as a religion and, in conjunction therewith, emphasize the need to adhere to the general theory of evolution as a tenet of their religion. Kurtz, Humanism and Religion: A Reply to the Critics of Humanist Manifesto II, HUMANIST, Jan./Feb., 1974, at 4.

[109] Huxley, The Coming New Religion of Humanism, HUMANIST, Jan./Feb., 1962, at 3-5. Huxley was candid in that he admitted his religion was "not based on revelation in the supernatural sense, but on the revelations [of] science." Id. at 5. In fact, Huxley surmised, "all reality is in a perfectly valid sense one universal process of evolution." Id. at 4. Huxley entitled the concluding chapter of one book "Evolutionary Humanism as a Developed Religion." J. HUXLEY, RELIGION WITHOUT REVELATION 203 (rev. ed. 1957).

[110] Huxley, Evolutionary Humanism, HUMANIST, Sept./Oct., 1962, at 201, 206.

[111] Cowen, *Biological Origins: Theories Evolve,* CHRISTIAN SCIENCE MONITOR Jan. 4, 1962, at 4 (emphasis added) (hereinafter referred to as Cowen).

statement of faith in the power of a Supreme Being not subject to the laws of science. The second theory is also an act of faith. The act of faith consists in assuming that the scientific view is correct, without having concrete evidence to support that belief.[112]

---

[112] Los Angeles Times, Nov. 9, 1977, at 1, Pt. IV. See generally R. JASTROW, UNTIL THE SUN DiES (1977). Carl Sagan states:

> Today it is far easier to believe that organisms arose spontaneously on the Earth than to try to account for them in any other way. Nevertheless, this still is a statement of faith rather than of demonstrable scientific fact. Scientists have only sketchy notions of how this evolution might have occurred.

Cowen, supra note 237, at 4 (emphasis added). Dr. George Wald, Nobel prize-winning biologist of Harvard University, stated several years ago: "One only has to contemplate the magnitude of this task to concede that the spontaneous generation of a living organism is impossible. Yet here we are as a result, I believe, of spontaneous generation." H. MORRIS AND J. WHITCOMB, THE GENESIS FLOOD 234 (1971).  Rather than posit special creation as a possibility, Dr. Wald takes a leap of faith and believes in something he admits is "impossible."

Scientific creationists have argued that "creation is as scientific as evolution and ... evolution is just as religious as creation . . . .[B]elief in evolution requires at least as much faith ...as creation." H. MORRIS, INTRODUCING SCIENTIFIC CREATIONISM INTO THE PUBLIC SCHOOLS 1, 11 (1975). W. R. Thompson states that "the concept of organic evolution [is] an object of genuinely religious devotion" in the scientific community. W. THOMPSON, SCIENCE AND COMMON SENSE 229 (1937). One writer, concurring, notes that scientists have "elevated Darwinism to the level of a religious dogma." W. JONEs, 2 A HISTORY OF WESTERN PHILOSOPHY 924 (1952). Allen C. Burton, a former president of the American Physiological Society, states:

> The facts must mold the theories, not the theories the facts. . . .I am most critical of my biologist friends in this matter. It seems to me that they have allowed what is a most useful working hypothesis in a limited field in the whole of biology, to become 'dogma,' in their worship of the principle of natural selection as the only and sufficient operator in evolution. If they have done this, they no longer can act as true scientists when examining evidence that might not fit into this frame of concepts. If you do not believe me, try telling a biologist that, impartially judged along with other accepted theories of science, such as the theory of relativity, it seems to you that the theory of natural selection has a very uncertain, hypothetical status, and watch his reaction. I'll bet you that he gets red in the face. This is 'religion' not 'science' with him.

Burton, The Human Side of the Physiologist, Prejudiceand Poetry, 1 PHYSIOLOGIST 2 (No. 1, 1975).

Darwin himself recognized the religious nature of evolution and its "faith" proposition.[113] He said that "[t]here is grandeur in this view of life . . . having been originally breathed by the Creator into a few forms.[114] Thus, when Charles Darwin began elaborating on his theory of natural selection, he was forced to rely upon "imaginary illustrations," not scientific evidence.[115] It is obvious that "Darwinism, despite its boast of scientific proof, is a theory erected upon a speculative supposition and supported by imaginary evidence; it does not establish historical factuality but merely gives us a 'way of looking' at the world."[116] Any worldview that is "a speculative supposition ... supported by imaginary evidence" is a proposition based on faith and therefore religious."[117]

---

[113] C. DARWIN, THE ORIGIN OF SPECIES BY MEANS OF NATURAL SELECTION OR THE PRESER- VATION OF FAVOURED RACES IN THE STRUGGLES FOR LIFE 759 (L. Valorium ed. 1959). Cf. M. J. SAVAGE, THE RELIGION OF EVOLUTION (1876).

[114] Bahnsen, On Worshipping the Creature Rather than the Creator, 1 JOURNAL OF CHRISTIAN RECONSTRUCTION 98 (No. 1, 1974) (hereinafter referred to as Bahnsen)

[115] Id. at 102. See generally N. MACBETH, DARWIN RETRIED (1971).

[116] Bahnsen, supra note 240, at 102. Two prominent biochemists, D. E. Green and R. F. Goldberger, note the lack of evidence supporting various concepts of evolution:

> There is one step (in the mechanistic concept) that far outweighs the others in enormity: the step from macromolecules to cells. All the other steps are accounted for on theoretical grounds if not correctly, at least elegantly. However, the macromolecule to cell transition is a jump of fantastic dimensions, which lies beyond the range of testable hypothesis. In this area, all is conjecture. The available facts do not provide a basis for postulation that cells arose on this planet. This is not to say that some paraphysical forces were at work. We simply wish to point out that there is no scientific evidence.

Vanderkooi, Evolution as a Scientific Theory, 15 CHRISTIANITY TODAY (No. 16) May 7, 1971, at 13.

[117] Bahnsen, supra note 240, at 102. Dr. W. R. Thompson says in his introduction to a current edition of ORIGIN OF SPECIES: "Personal convictions . . . are presented as if they were proofs." W. THOMPSON, ORIGIN OF SPECIES (Intro. to Everyman edition 1956). Paul Westmeyer states: "Evolution is useful but it is a myth." Westmeyer, Twentieth Century Mythology, CHEMISTRY, Jan., 1956, at 17. Yet evolution continues to be propagated:

> The theories of evolution with which our studious youth have been deceived, constitute actually a dogma that all the world continues to teach; but each in his spe- cialty, the zoologist or the botanist ascertains that none of the explanations furnished are adequate.

The religious presuppositional status of the evolutionary theory is clearly delineated in the thinking of neo-orthodox theologian Pierre Teilhard de Chardin.[118] Teilhard de Chardin posits that even if all the specific content of the evolutionary explanation of life were to be demolished, evolution would still have to be assumed as Man's fundamental vision. Instead of traditional theism's belief in God's revelation to Man through the Bible, the evolutionary theory has become the manner in which one shall see "light." Thus, Teilhard de Chardin confesses his faith in evolution as the "light illuminating all facts, a curve that all lines must follow.[119]

A central thrust of evolution is the eradication of any chance of supernatural intervention into the universe or the affairs of man. For instance, contemporary evolutionists state their aversion to the concept of theistic Deity, yet the "faith" doctrine of evolution emerges in their

---

It results from this summary that the theory of evolution is impossible. . ... But evolution is a sort of dogma which the priests do not believe, but maintain for their people.

[118] P. TEILHARD DE CHARDIN, THE VISION OF THE PAST 123 (J. Cohen trans. 1967). The evolutionary theory, as Teilhard de Chardin explains, has become the unassailable, authoritative, logically primitive standard of truth: "Evolution has long since ceased to be a hypothesis and has become a general epistemological condition . . . which must henceforth be satisfied by every hypothesis." P. SMuLDERs, THE DESIGN OF TEILHARD DE CHARDIN 30 (A. Gibson trans. 1967).

[119] P. TEiLHARD DE CHARDIN, THE PHENOMENON OF MAN 241 (B. Wall trans. 1959). In the New Testament of the Authorized Version of the Bible Teilhard de Chardin's religious "light" is parallel to the "Light" (Jesus Christ).

In the beginning was the Word, and the Word was with God, and the Word was God. The same was in the beginning with God. All things were made by him; and without him was not anything made that was made. In him was life; and the life was the light of men. And the light shineth in darkness; and the darkness comprehendeth it not. . . . That was the true Light, which lighteth every man that cometh into the world.

John 1:1-5, 9. It must be noted that "every culture and religion in history has placed light at the center of its cosmology. 'Receive the light,' 'Seek enlightenment,' 'The mind of light.' 'The luminescent soul.'" J. MANDER, FOUR ARGUMENTS FOR THE ELIMINATION OF TELEVISION 18 (1978). Thus, the adherents to the cult of evolution also have a light in their cosmology.

language."[120]  The basic reason for the humanist aversion to theism is the antithesis formed

between the two faiths regarding the origins of life. George Wald, Harvard biologist, has aptly

perceived the problem when he states, "[t]here are only two possibilities: either life arose by

spontaneous generation . . . or it arose by supernatural creation . . . there is no third position."[121]

The aversion possessed by the Secular Humanist toward traditional theism clearly emerges from

the statements of evolutionary proponents. "[T]here is no rival hypothesis except the outworn

and completely refuted one of special creation, now retained only by the ignorant, the dogmatic,

and the prejudicial." [122]

The relevant factor in the conflict of beliefs in origin is that neither theory of origin,

creationism or evolutionism, is capable of scientific proof.[123]

---

[120]  Dr. N. Heribert-Nilsson, Director of the Botanical Institute at Lund University, Sweden, said: "My attempt to demonstrate evolution by an experiment carried on for more than 40 years has completely failed. . . . The idea of evolution rests on pure belief." Synthetische Artbildung (1953), as cited by H. MORRIS, SCIENTIFIC CREATIONISM 9 (Gen. ed. 1974). "Evolution itself is accepted . . . not because it has been observed to occur . . . or can be proved by logical coherent evidence, but because the only alternative, special creation, is clearly incredible." Watson, Adaptation, 123 NATURE 233 (1929).

[121]  WALD, Theories of the Origin of Life, FRONTIERS OF MODERN BIOLOGY 187 (1962); WALD, The Origin of Life, THE PHYSICS AND CHEMISTRY OF LIFE 5 (1955). Others have commented on the exclusiveness of the two positions regarding origins. For example: "Such explanations tend to fall into one or the other of two broad categories: special creation or evolution. Various admixtures and modifications of these two concepts exist, but it seems impossible to imagine an explanation of origins that lies completely outside the two ideas." P. DAVIS AND E. SOLOMON, THE WORLD OF BIOLOGY 395 (1974). "Either evolutionary change or miraculous divine intervention lies at the back of human intelligence." S. ZUCHERMAN, FUNCTIONAL ACTIVITIES OF MAN, MONKEYS AND APES 155 (1933).

[122]  H. NEWMAN, OUTLINES OF GENERAL ZOOLOGY 407 (1924).

[123]  H. MORRIS, SCIENTIFIC CREATIONISM 4, 5 (1974) (hereinafter referred to as MORRIS). "It must . . . be emphasized that it is impossible to prove scientifically any particular concepts of origin to be true." *Id.*  A leading evolutionist, Theodosius Dobzhansky, has admitted:

The applicability of the experimental method to the study of such unique historical processes is severely restricted before all else by the time intervals involved, which far exceed the lifetime of any human experimenter. And yet, it it just such impossibility that

[I]t must ...be emphasized that it is impossible to prove scientifically any particular concept of origins to betrue. This is obvious from the fact that the essence of the scientific method is experi- mental observation and repeatability. A scientific investigator, be he ever so resourceful and brilliant, can never observe nor repeat origins!

This means that, although it is important to have a philosophy of origins, it can only be achieved by faith, not by sight...

Thus one must believe, at least with respect to ultimate ori- gins. However, for optimally beneficial application of that belief, his faith should be a reasoned faith; not a credulous faith or a prescribed faith.

Both theories of origins suffer from the inability scientifically to prove their hypotheses, and both require an element of "faith."[124]  Therefore, the evolutionary theory, an implied undergirding tenet of Secular Humanism, is religious because of its dependents upon "belief." Moreover, Secular Humanism as a religion is incomprehensible without the evolutionary hypothesis. The evolutionary hypothesis is one tenet, if extracted, that will disembowel Secular Humanism. In fact, the other tenets of Secular Humanism are themselves based on the evolutionary implications of there being no Creator and no revelation from the Creator. If there is no Creator, then man is not dependent upon Diety, because Diety does not exist. Thus man is autonomous. The religion of Secular Humanism, based upon its six tenets, places Man at the center of its worship, and denies the traditional theistic concept of God. The implications of a culture's rejection of traditional theism in exchange for Secular Humanism are far-reaching.

### 10.  THE RAMIFICATIONS AND IMPLICATIONS OF SECULAR HUMANISM

_____

is demanded by anti-evolutionists when they ask for 'proofs' of evolution which they would magnanimously accept as satisfactory.

[124]   Peter Medawar has recognized the problem entailed by the fact that no way exists by which to test evolution. Its acceptance is by leaps of faith. He states: "There are philosophical or methodological objections to evolutionary theory. . . .It is too difficult to imagine or envisage an evolutionary episode which could not be explained by the formulae of neo-Darwinism." P. MEDAWAR, MATHEMATICAL CHALLENGES TO THE NEO-DARWINISM INTERPRETATION OF EVOLUTION XI (1967).

Secular Humanism, as the religion of the modern age, has penetrated virtually all walks

of life and all disciplines, including the law. Renowned evolutionist Julian Huxley noted:

> The whole of evolution was soon extended into other than biological fields. Inorganic subjects such as the life histories of stars and the formation of chemical elements on the one hand, and on the other hand subjects like linguistics, social anthropology, and comparative law and religion, began to be studied from an evolutionary angle, until today we are enabled to see evolution as a universal, all pervading process. . . .Furthermore, with the adoption of the evolutionary approach in non-biological fields, from cosmology to human affairs, we are beginning to realize that biological evolution is only one aspect of evolution in general. . . .Our present knowledge indeed forces us to view that the whole of reality is evolution a single process of self transformation.[125]

Evolutionism has altered the course of history by shifting the base of moral absolutes from

traditional theism to Secular Humanism. "The replacement of 'will' by 'chance' as the mediator of

biological change has transformed our view of man's relation to the universe.[126]  If life came into

existence through natural, materialistic, chance processes, then it is without absolutes, moral

direction or purpose. Without the traditional theistic absolutes revealed by God, Man must

speculatively produce a set of arbitrary absolutes or situational ethics by which he can only hope

to arrive at an orderly society. Therefore, life's answers to the myriad of questions facing Man

emanate from a materialistic religion. "Materialistic philosophy relieves one of responsibility to

anyone, including the supernatural. Atoms have no morals, thus, if they are our progenitors, man

---

[125] HUXLEY, Evolution and Genetics, WHAT IS SCIENcE 272-78 (J. Newman ed. 1955). Elsewhere it has been written:
> The master idea .. .was that of evolution.... Independently of the writings of both Comte and Spencer, there proceeded during the 19th Century, under the influence of the evolutionary concept, a throughgoing transformation of older studies like History, Law and Political Economy; and the creation of new ones like Anthropology, Social Psychology, Comparative Religion, Criminology, Social Geography.

[126] L. ORGEL, THE ORIGINS OF LIFE: MOLECULES AND NATURAL SELECTION 183 (1973).

is amoral.[127] Morality and ethics are, therefore, purely relative to the Secular Humanist who is logical to his faith.[128]

The implications of Secular Humanism and its application to the various facets of life, including political and social philosophy, are clearly seen in the totalitarian regimes of history. Social evolution formed a basis for Fascism and its oppressive racist actions.[129] Benito Mussolini justified war (as did Friedrich Nietzsche) on the basis that it provided the means for evolutionary progress.[130] Adolf Hitler's Mein Kampf expressed his adherence to Secular Humanism, including evolutionism, to justify his world view of genocide, master race, and human-breeding experiments.[131] One anthropologist has said of Hitler: "The German Fuhrer ...

---

[127] WYSONG, supra note 229, at 6

[128] Says one commentator: "An ethical system that bases its premises on absolute pronouncements will not usually be acceptable to those who view human nature by evolutionary criteria." Motulsky, Brave New World, 185 SCIENCE 654 (1974). The danger inherent in moral relativism has been noted:

In the West today, there is a pervasive consent to the notion of moral relativism, a reluctance to admit that absolute evil can and does exist. This makes it especially difficult for some to accept the fact that the Cambodian experience is something far worse than a revolutionary aberration. Rather, it is the deadly logical consequence of an atheistic, man-centered system of values, enforced by fallible human beings with total power, who believe, with Marx, that morality is whatever the powerful define it to be and, with Mao, that power grows from gun barrels. By no coincidence the most humane Marxist societies in Europe today are those that, like Poland or Hungary, permit the dilution of their doctrine by what Solzhenitsyn has called 'the great reserves of mercy and sacrifice' from a Christian tradition.

Time, July 31, 1978, at 40.

[129] WYSONG, supra note 229, at 7.

[130] R. CLARKE, DARWIN: BEFORE AND AFTER 115 (1948) (hereinafter referred to as CLARKE); OSCAR LEVY, THE COMPLETE WORKS OF NIETZSCHE 75 (1930). concerning Il Duce Clarke writes: "Our own generation has lived to see the inevitable result of evolutionary teaching . . . Mussolini's attitude was completely dominated by evolution. In public utterances, he repeatedly used the Darwinian catch words while he mocked at perpetual peace, lest it hinder the evolutionary process." Id.

[131] CLARKE, supra note 258, at 115-17.

consciously sought to make the practice of Germany conform to the theory of evolution."[132]  The

class struggles and atheistic posture of Communism owe their existence to the political and

social philosophy of evolutionary humanism.[133]  As was previously noted, the practice of

unethical capitalism in the United States and England during the late nineteenth and early

twentieth century was based upon evolutionary humanism.[134]  Contemporary psychology and its

offspring, psychoanalysis, especially Sigmund Freud's "sex drive psychology," find their origin

in evolutionary humanism.[135]  No area of life or discipline can avoid the effect of Secular

Humanism and its progeny, evolutionism.  Racism, both modern and ancient, is merely a sequel

to evolutionism.[136]

For years Secular Humanists have used the public school system to teach generations of

school children their doctrine and dogma.[137]  It has gained a dominant foothold in higher

---

[132] A. KEITH, EVOLUTION AND ETHICS 230 (1949). R. Clarke has remarked: "Adolf Hitler's mind was captivated by evolutionary teaching probably since he was a boy. Evolutionary ideas quite undisguised lie at the basis of all that is worst in Mein Kampf (sic) and in his public speeches." CLARKE, supra note 250, at 115. One commentator has written: "Suffice it to mention the so-called Social Darwinism, which often sought to justify the inhumanity of man to man, and the biological racism which furnished a fraudulent scientific sanction for the atrocities committed in Hitler's Germany and elsewhere." Dobzhansky, Evolution at Work, SCIENCE 1091.

[133] J. BERNAL, MARX AND SCIENCE 17 (1952).

[134] See notes 151-159 supra and accompanying text.

[135] Fairbanks, Sigmund Freud, TWENTIETH CENTURY ENCYCLOPEDIA OF RELIGIOUS KNOWLEDGE 446 (L. Loetscher ed. 1955). Cf. R. RUSHDOONY, FREUD (1975); E. FROOM, BEYOND THE CHAINS OF ILLUSION MY ENCOUNTER WITH MARX AND FREUD 33 (1962).

[136] ROSE, The Slow Painful Death of the Race Myth, SOCIETY TODAY AND TOMORROW 194 (E. Hunt and J. Karlin eds. 1961). Cf. J. HALLER, JR., OUTCASTS FROM EVOLUTION: SCIEN- TIFIC ATrITUDES OF RACIAL INFERIORITY (1971).

[137] John Dewey, an evolutionary humanist has had a tremendous impact on education. Dewey's biographer said: "The starting point of his system of thought was biological: he sees man as an organism in an environment, remaking as well as made. Things are to be understood through their origins and functions, without the intrusion of supernatural considerations." Durant, John

education including legal education. The eminent Harvard law dean Roscoe Pound, an

evolutionary humanist, initiated the movement in the United States toward the humanist doctrine

of "sociological jurisprudence."[138]

> Sociological jurisprudence has radically affected, sometimes di- rectly and sometimes
> indirectly, the thinking of American jurists, judges, and lawyers. It had also made itself
> felt throughout the entire international field of Western jurisprudence. Perhaps no other
> man has had so profound an effect on our legal system as Roscoe Pound.[139]

Pound taught "that no current hypothesis is reliable, as ideas and legal philosophies change

radically and frequently from time to time.[140]  Pound's insistence on constant change is merely a

reflection of his belief in Social Darwinism. Traditional theism's doctrine of absolutes was also

rejected by Pound.[141]

---

Dewey, 7 ENCYCLOPEDIA BRITANNICA 297 (1956). Concerning the impact of evolutionary
humanism on traditional theism through the public education system, it has been recognized:

> The evolutionary origin of the universe, of life and of man is taught as scientific fact even
> to elementary school children in probably most public schools, at least by implication.
> The Christian and Biblical record of origins is usually ignored, sometimes allegorized or
> even ridiculed. Such concepts as Creation, the Fall, the Curse, Sin, Redemption,
> etc.-which really are the most important and basic facts of science and history-are taboo.
> Such patronizing references to 'religion' as are allowed at all in the public schools are
> given in a context of comparative religions, of 'world communities,' 'of brotherhood,' of
> 'social progress,' and the like.
> This is a remarkable phenomenon in a nation founded largely on Christianity and the
Bible. Undoubtedly, many factors have contributed to this . . . but it is highly probable that the
introduction of the 19th-century doctrines of evolutionary optimism is back of most of it.
[138] Pound wrote: "It must be borne in mind that 'nature' did not mean to antiquity what it means
to us who are under the influence of the idea of evolution." R. POUND, INTRO- DUCTION TO
PHILOSOPHY 31 (1922).
[139] R. WORMSER, THE STORY OF THE LAW 484 (1962) (hereinafter referred to as
WORMSER). Cf. L. TRIBE, AMERICAN CONSTITUTIONAL LAW 438 (1978).
[140] WORMSER, supra note 268, at 185.
[141]  Id. at 483. Pound said: "I am skeptical as to the possibility of an absolute judg- ment." Id.
Pound's, as well as Dewey's, influence on legal education is still present. John Rawls in
commentating on the Aristotelian principle that, other things being equal, human beings enjoy
the exercise of their realized capacities, writes:

> Now it may be objected that there is no reason to suppose that the Aristotelian
> principle is true. Like the idealist notion of self-realization, to which it bears a certain

Oliver Wendell Holmes, Jr., a contemporary of Pound, applied principles of evolutionism to both life and law.[142] In his most exten- sive and impressive piece of scholarship, The Common Law, Justice Holmes proclaimed: "The life of the law has not been logic; it has been experience."[143] One legal commentator said:

---

resemblance, it may have the ring of a philosopher's principle with little to support it. But it seems to be borne out by many facts of everyday life, and by the behavior of children and some of the higher animals. Moreover, it appears to be susceptible to an evolutionary explanation. Natural selection must have favored creatures of whom this principle is true. Aristotle says men desire to know. Presumably we have acquired this desire by a natural development, and indeed, if the principle is sound, a desire to engage in more complex and demanding activities of any kind as long as they are within our reach...

Id., citing B. G.CAMPBELL, HUMAN EVOLUrION 49-53 (1966); W. H. THORPE, SCIENCE, MAN, AND MORALS 82-92 (1965). For animals, see IREMAUS EIRBL-EIBESFELDT, ETHOLOGY 217-48 (1970); see also J. RAWLS, A THEORY OF JUSTICE 431 (1971). Consider these statements by Rawls:

The theory of evolution would suggest that it is the outcome of natural selection: the capacity for a sense of justice and the moral feelings is an adaptation of man-kind to its place in nature. . . .These patterns of behavior have an evolution exactly as organs and bones do. . . . We can also see how the system of the moral feelings might evolve as inclinations supporting the natural duties and as stabilizing mechanisms for just schemes.

Id. at 503-04. Rawls indicates that man's sense of justice and moral feelings are products of evolution in suggesting a utilitarian approach to justice which is Kantian in nature. Id. at viii.

Lawrence Tribe's recent constitutional treatise emphasizes evolutionism (and thus the necessity of constant change) in constitutional law. He writes: "[The constitution is an intentionally incomplete, often deliberately indeterminate structure for the participatory evolution of political ideals and governmental practices." L. TRIBE, AMERICAN CONSTITUTIONAL LAW iii (1978).

"[T]he highest mission of the Supreme Court, in my view, is not to conserve judicial credibility, but in the Constitution's own phrase, 'to form a more perfect Union' between right and rights within that charter's necessarily evolutionary design." Id. at iv.

[142] G.WHITE, THE AMERICAN JimciL TRADITION 159 (1976) (hereinafter referred to as WHITE). Concerning the nature of man, Holmes remarked:

I see no reason for attributing to man a significance different in kind from that which belongs to a baboon or a grain of sand. I believe that our personality is a cosmic ganglion, just as when certain rays meet and cross there is a white light at the meeting point, but the rays go on after the meeting as they did before, so, when certain other streams of energy cross at the meeting point, the cosmic ganglion can frame a syllogism or wag its tail.

[143] 0. HOLMES,JR., THE COMMON LAW 1 (1881). Lawrence M. Friedman has called this treatise "the most important 19th-century book, from the 20th-century viewpoint.... L. FRIEDMAN, A HISTORY OF AMERICAN LAW 545 (1973).

> In The Common Law the discarded system was nineteenth century "logic," by which Holmes meant the formalistic, religion-based logic that reasoned downward syllogistically from assumed truths about the universe; the proposed counter-system was "experience," the changing "felt necessities" that reflected current social values and were altered by time and circumstances... [This was] merely a fatalistic acceptance that law was not so much the embodiment of reason as a manifestation of dominant beliefs at a given time.[144]

The "nineteenth century logic" of traditional theism which based its source of law on the written revelation of the Bible was an anathema to Holmes. Law could not be seen in absolute terms since law for Holmes "was simply an embodiment of the ends and purposes of a society at a given point in its history."[145] If there are no absolutes that proceed from a Creator who gives meaning to absolutes through Man in the form of inalienable rights, then the will of the State, as Holmes posited, is the law.  Laws under Holmes' view are considered "beliefs that have triumphed" and no more.[146]

---

Max Radin in seeming compliance with Holmes wrote: "We cannot state human experience except in terms of some generality which involves logic." M. RADIN, LAW AS LOGIC AND EXPERIENCE 98 (1940).  Radin's commitment to humanism is apparent:

> [T]he better kind of justice was determined by an irrational sense of human brotherhood, by a concession to humanity which in this case was the same as humaneness ...the justice that just men who are also humane men will apply when they are judges. Just men are men who are so far Kantians that they do not think of other men as a means to their ends, not even when the others are concededly and immeasurably inferior to themselves. . . Humanity is, after all, the business of the law.

Id. at 162-64. Radin's thesis has been criticized: "We can certainly agree with the need for humaneness, but when we reduce the law to humaneness and equate justice with it, then we have replaced justice with pity and substituted sentimentality for law. The logic of Radin's system is that of autonomous man, whose only law is himself." R. RUSHDOONY, POLITICS OF GUILT AND PITY 97-98 (1970).
[144] WHITE, supra note 271, at 157.
[145] *Id.*
[146] THE MIND AND FAITH OF JUSTICE HOLMES: HIS SPEECHES, ESSAYS, LETTERS, AND JUDICIAL COMMENTARY 372, 389, 336-341 (M. Lerner ed. 1943). Cf. C. P. CURTIS, JR., LIARS UNDER THE THRONE: A STUDY OF THE SUPREME COURT OF THE UNITED STATES 25, 281 (1947).

The idea that God endows man with absolute rights, such as life, liberty and the pursuit of happiness are lost within Holmes' rationale. The implications of this philosophy are frightening when executed by someone with despotic power, such as a Hitler, a Stalin, or a Mussolini. Whether that power emanates from an individual or a majoritarian rule, the replacement of relativism for absolutes is alarming.[147]  "Truth," Holmes said, "is the majority vote of that nation that could lick all others."[148] Truth or law is based on experience and, therefore, law to Holmes was "sociological law."[149]  He declared that "when it comes to the development of a corpus juris the ultimate question is what do the dominant forces of the community want and do they want it hard enough to disregard whatever inhibitions may stand in their way."[150]

Holmes' humanistic jurisprudence has had a great influence on the development and thinking of the modern Supreme Court[151] Chief Justice Fred Vinson in 1951 said:

> Nothing is more certain in modern society than the principle that there are no absolutes, that a name, a phrase, a standard has meaning only when associated with the considerations which give birth to nomenclature. To those who would paralyze our

---

[147] In this respect, R. J. Rushdoony has commented:

> Under the impact of relativism, justice, together with law, is made the creature of the state and is thus destroyed. Justice is what Stalin, Hitler, the President, Supreme Court, or people say it is, and no more. However, the relativist rejects the barrenness of this conclusion and insists that justice is in process, a development evolving together with man and his state towards a constantly higher stage or truth. The function of the jurist, in this process, becomes, as it was with Holmes and increasingly with others, the interpretation of that direction and the social mind, a rather mystical jurisprudence as a result. For the skeptical jurist, justice and positive law are inevitably the same; justice is what the state says and does, so that Holmes could feel justified in being 'anti-labor' at one period and 'pro-labor' at another. In every instance, he was 'just' because sensitive to the 'law' behind the law, i.e., the social temper of his day.

R. RUSHDOONY, POLITICS OF GUILT AND PnrY 127 (1970).

[148] SCHAEFFER, supra note 125, at 217.

[149] Id. Cf. WHITE, supra note 271, at 270

[150] SCHAEFFER, supra note 125, at 217.

[151] See WORMSER, supra note 268, at 430. Professor White has written that the "origins of modern liberalism in America coincided with the Supreme Court tenures of Justice Oliver Wendell Holmes and Louis Brandeis." WHITE, supra note 271, at 151.

Government in the face of impeding threat by encasing it in a semantic straitjacket, we must reply that all concepts are relative.[152]

Justice William O. Douglas shared the same humanist philosophy as that held by Holmes.

Douglas associated relativism with liberty, and absolute truth with totalitarianism.

To say . . . that the reason for "truth" is not man's mission may seem to some to be the ultimate sin. But those who construct a political system on the basis of their "truth" create totalitarianism. . . . Truth is not the goal, for in most areas no one knows what truth is.[153]

Douglas' humanistic view ignored any type of transcendent law or absolute. The obvious conclusion is that the traditional theistic base evidenced in the Declaration of Independence and other founding documents has been replaced by the humanistic base of "relativism." Thus, the only "absolute" that remains is the "absolute insistence that there is no absolute."[154]

The closed system of Secular Humanism in effect eradicates the entire basis of early American law.  It severs the roots of law that grew from traditional theistic absolutes and that were expressed in the Declaration of Independence and Blackstone's Commentaries. Once

---

[152] Barrons, June 18, 1951.

[153] W. DOUGLAS, FREEDOM OF THE MIND 35, 36 (1962). Douglas's view on world government paralleled Humanist Manifestos I and II:

We on this continent adopted a federation composed of sovereign nations, and we provided the Supreme Court as the tribunal for settlement of controversies between them. We can inaugurate the beginnings of a like rule of law in the international field by a few simple expedients. President Eisenhower's proposal to submit all disputes under treaties to the International Court with power on its part to render binding decisions is one place to commence. That device can be evolved to include many types of controversies, including territorial problems that now raise the specter of nuclear war. International institutions can be created to control and administer certain common problems. Nuclear energy is one. We must start now to provide specific procedural devices to adjudicate international controversies and to control and administer such crucial problems as the use of nuclear energy, which all nations have in common. We must in other words carry a 'rule of law' beyond the conversation stage and begin to reduce it to specific, concrete forms, if war is to be prevented.

R. RUSHDOONY, POLITICS OF GUILT AND PITY 352 (1970).

[154] SCHAEFFER, supra note 125, at 217.

Secular Humanism began to pervade the American culture and to infuse the educational and

judicial systems, the transformation of constitutional law was merely a matter of course.

Moreover, the transmogrification of the first amendment's concept of "religion" is a clear

example of Secular Humanism's effect upon the Supreme Court's interpretive process.

## 11.  CREATOR, MAN AND LAW: A CONCLUSION

Secular Humanism's decisive impact on society and law has substantially shifted the

religious base of American culture. The transposition of the religious base from traditional

theism to Secular Humanism has intensified the influence that Secular Humanism has exerted on

societal institutions. More important, however, is the impact of Secular Humanism on man's

view of Man. Specifically, Secular Humanism has promoted a mechanistic view of man, as

opposed to theism's humaness view of Man. For example, behaviorist B. F. Skinner, Harvard

professor and signer of Humanist Manifesto II, advocates the abolition of man as an individual:

> His abolition has long been overdue. Autonomous man is a device used to explain what
> we cannot explain in any other way. He has been constructed from our ignorance, and as
> our under standing increases, the very stuff of which he is composed vanishes. . . . To
> man *qua* man we readily say good riddance.[155]

Skinner proposes that Man, the spiritless and materialistic machine, be placed in a highly

manipulative and regulated environment in order to control him." *Id.*   Commenting on modem

Man, it has been aptly noted:

> Modem man feels freer to ask, "What good is it?" The world has become "disenchanted,"
> more "sensate," more "materialistic," less "spiritual," to use terms that have been applied
> to this trend toward secularism. Secularism encourages rationality in social organization.
> Group ways of acting are consciously designed and measured by effectiveness and
> efficiency. . . . Secularism and rationality are associated with impersonality in human

---

[155] B.F. SKINNER, BEYOND FREEDOM AND DIGNITY 200-01 (1971).

relations. With a weakened sense of kinship and with a utilitarian orientation, it is easy to treat people as means rather than as ends.[156]

Dr. Francis Crick, an avowed atheist, who along with James D. Watson, unravelled the DNA

Code, has said:

> [Y]ou must realize that much of the political thinking of this country [the United States] is very difficult to justify biologically. It was valid to say in the period of the American Revolution, when people were oppressed by priests and kings, that all men were created equal. But it doesn't have biological validity. It may have some mystic validity in a religious context, but . . . [it]'s not only biologically not true, it's also biologically undesirable. . . . We all know, I think, or are beginning to realize, that the future is in our own hands, that we can, to some extent, do what we want.[157]

For Crick, man is a "means" for the ends of science; but theologian and philosopher Dr. Francis

Schaeffer has challenged Crick's view:

> If man is what Francis Crick says he is, then he is only the product of the impersonal plus time plus chance; he is nothing more than the energy particle extended. And, therefore, he has no intrinsic worth. Our own generation can thus disregard human life. On the one end we will kill the embryo with abortion-anytime anyone wishes-and on the other end we will introduce euthenasia for the old. The one is here and the other is coming.[158]

Secular Humanism posits that man is no more than a machine or used "junk" that can

be aborted when it is deemed desirable.[159]  However, this contemporary humanistic view of man

contrasts remarkably with the weltanschauung of those who settled and established the

institutions upon which American freedom is based. Jefferson, and the other leaders of his time,

---

[156] L. BROOM AND P. SELZNICK, SOCIOLOGY: A TEXT WITH ADAPTED READINGS 47-48 (4th ed. 1968).
[157] F. SCHAEFFER, BACK TO FREEDOM AND DIGNITY 20 (1974).
[158] Id. at 23.
[159] Schaeffer's comments on the position in which modern man has placed himself are: "[T]he concept [of man's dignity] is gone. We are in the post-Christian world. Man is junk, and man can be treated as junk. If the embryo is in the way, ditch it. If the old person is in the way, ditch him. If you're in the way ... and that's what lies before us." Id.

well understood the relationship between the creature and the "Creator." The creature Creator

relationship transfers to Man not only legal or civil rights, but inalienable absolute rights.

Presupposing an omnipotent Creator, the men who signed the Declaration of Independence "with

firm reliance on the protection of Divine Providence," pledged their lives to the cause.[160]  This

reliance on the creature-Creator relationship posited an absolute value in man. In this respect,

Russian scholar Vadim Borisov has said:

> The American Founding Fathers who many years ago first propounded the "eternal rights of man and the citizen" postulated that every human being bears the form and likeness of God; he therefore has an absolute value, and consequently also the right to be respected by his fellows.
>
> Rationalism, positivism and materialism, developing in oppo-sition to religion, successively destroyed the memory of this absolute source of human rights. The unconditional equality of persons before God was replaced by the conditional equality of human individuals before the law. Deprived of divine authority, the concept of the human personality could now be defined conditionally, and therefore, inevitably arbitrarily. The concrete person became a judicial metaphor, a contentless abstraction, the subject of legal freedoms and restrictions.
>
> And it is here, in the admission of the conditionality of the human personality, that we find the root of its calamitous ordeals in our barbarous world. If the human personality is conditional, then so are its rights. Conditional too is the recognition of its dignity, which comes into painful conflict with surrounding reality. In breaking the link between human personality and the absolute source of rights, and yet affirming them as something to be taken for granted, rationalist humanism has from the very outset been inherently inconsistent, as its more logical successors very quickly understood. Darwin, Marx, Nietzsche and Freud (and many others) resolved the inconsistency each in his own way, leaving not one stone upon another in the edifice of blind faith in man's dignity. . . .These men represented the theoretical, logical cul-mination of mankind's humanist rebellion against God. . . .This century's totalitarianism, trampling the human personality and all its rights, rhinocerous like, under foot, is only the application of this theory of life, or humanism put into practice.[161]

Crick and Skinner teach that man has only relative value and that therefore there is no

creature-Creator relationship, but only a man-Man relationship. Contemporary man's appeal for

---

[160] U. S. DECLARATION OF INDEPENDENCE.
[161] BORISOV, PERSONALITY AND NATIONAL AwARENESS, FROM UNDER THE RUBBLE 194, 200, 201 (M. Scammel trans. 1975).

freedom is, therefore, not to God but to Man in the form of the State. Thus, Man has only the

"relative rights" attributed to him by the State.

Man, as a product of an evolutionary environment, collectivized in and through the

masses, becomes, as Arthur Koeslter posited, the "ghost in the machine."[162]  Unfortunately,

collectivized man loses his individuality within the wheel of technology:

> If "evolution is good," then evolution must be allowed to proceed and the very process of
> change becomes absolutized. . . .But in even more areas, science is reaching the point of
> "destructive returns;" and the attempt to use evolution as a basis for morals and ethics is a
> failure. If evolutionary progress is taken as an axiom, then the trend towards convergence
> (social and evolutionary "unaminization") becomes a value, as suggested by Teilhard de
> Chardin. But this militates against the value of individuality and can be used to support
> totalitarianism.[163]

Man, then, loses the individuality and dignity that emanates from the creature-Creator

relationship. The divine nature of man dissipates, and as man looses his divine character, the law

becomes a creature of the State.[164]  The great danger of Secular Humanism is that it strives to

destroy the old absolute values of traditional theism and replace them with relativistic values.

Modern law is characterized by "existential relativism," and it is now generally recognized "that

no judicial decision is ever 'final.'"[165]  Therefore, the prevailing concept of law is that of

complete judicial relativism.[166]

---

[162] A. KOESTLER, THE GHOST IN THE MACHINE 15 (1967).
[163] 0. GUINNESS, THE DUST OF DEATH 15-16 (1973).
[164] J. ELLUL, THE THEOLOGICAL FOUNDATION OF LAW 34 (1969) (hereinafter referred
to as ELLUL).
[165] T. FRANCK, THE STRUCTURE OF IMPARTIALITY: EXAMINING THE RIDDLE OF
ONE LAW IN A FRAGMENTED WORLD 62, 68-69 (1968).
[166] ELLUL, supra note 295, at 8.

The present danger created by the pervasive influence of Secular Humanism is apparent.
[167] In these circumstances the order of society and the established human rights are in no way protected against arbitrary power, and there is no reason why the discernment of right and wrong should not be given over to an all-powerful State charged with making its own criteria."[168] The chance of an imposed order becoming a reality in the modern technological State is imminent. The tide of totalitarianism can be stemmed by recovering the dignity of Man based in the creature-Creator relationship. Moreover, to prevent an imposed State order, Secular Humanism must be finally recognized as a religious ideology and its unconstitutional establishment within our governmental organs must be prohibited. The future resistance of State dominance, therefore, is dependent upon how we apply the truths of the past.

The key to a rejuvenation of the dignity and absolute value of Man is a return to traditional theism and its tenets as set forth by our forebears in the Declaration of Independence and as announced in Blackstone's Commentaries. This means a return to the "higher law" or "the laws of nature and of nature's God" as the basic corner- stone of law and jurisprudence.[169]

> History . . . including current history, testifies [that] people will not give their allegiance to a philosophy, unless it represents for them a higher, sacred truth. People will desert institutions that do not seem to them to correspond to some transcendent reality in which

---

[167] It must be recognized that in recent years an awareness of the humanistic relativ- ism that undergirds contemporary law has emerged. See, e.g., Brabner-Smith, Contemporary Law: A Case of Contempt, WORLDWIDE CHALLENGE 5 (Aug. 8, 1978). In fact, organizations have been formed to study the biblical foundation of law as it relates to modem law and society at large. For instance, the Christian Law Association of Cleveland, Ohio is an organization of churches, laymen and attorneys that, while providing a source of funds for church-state litigation, provides research and conducts seminars on the biblical foundation of the Ameri- can legal system. The Christian Legal Society, to name another, is a membership association of approximately 1,500 attorneys, that publishes and conducts seminars on Christianity and the law
[168] ELLUL, supra note 295, at 8-9.
[169] See, e.g., J. MONTGOMERY, THE LAW ABOVE THE LAW (1975); Corwin, The "Higher

they believe-believe *in* with their whole beings, and not just believe about, with their minds.[170]

The founders understood that the only ground on which to base resistance against imposed order was upon "Divine Providence," and that freedom is based in the Creator, not in Man or documents. As Alexander Hamilton proclaimed: "The sacred rights of mankind are not to be rummaged for among old parchments or musty records. They are written, as with a sunbeam, in the whole volume of human nature, by the hand of the Divinity itself, and can never be erased or obscured by mortal power."[171]

We declare under the penalty of perjury, pursuant to 28 USC sec 1746 the above statements are true and accurate.

_____
**DR. KENDALL L. BAKER**
**PASTOR AND THEOLOGIAN**

---

[170] H. BERMAN, THE INTERACTION OF LAW AND RELIGION 73 (1974).
[171] A. HAMLTON, 1 WORKS OF ALEXANDER HAMILTON 113 (H. Lodge ed. 1904).

**JOINED BY:**

_____
**PASTOR DALE WALKER**
**TENNESSEE PASTORS NETWORK**

_____
**REVEREND CHARLENE COTHRAN**
**NATIONAL ALLIANCE OF BLACK PASTORS**

_____
**PASTOR JOHN WILLIAMS**

_____
**PASTOR MANNY DE LA CRUZ**

_____
**PASTOR RUBIN ISRAEL**

_____
**MINISTER GREG QUINLAN**
**THE CENTER FOR GARDEN STATE FAMILIES**

_____
**PASTOR RICH PENKOSKI**
**WARRIORS FOR CHRIST**