## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN-WALKER CLINIC, Inc. et. al.** <br> **(Plaintiffs)** <br><br> **V.** <br><br> **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et. al.** <br> **(Defendants)** | **1:20-cv-01630-JEB** |

## DECLARATION OF FORMER GAY ACTIVIST TURNED CHRISTIAN SENIOR PASTOR OF ZION BAPTIST CHURCH CHARLENE E. COTHRAN

I, Charlene E. Cothran, declare under the penalty of perjury, pursuant to 28 USC sec. 1746 as follows:

1. I am over 18 and a resident of Florida.

2. Here are a few of many links to me speaking in videos. The statements that I make in this videos are true and accurate that I now incorporate into this sworn testimonial:

a. My interview with CNB Entitled: Former Gay Activist Charlene Cothran leaves gay lifestyle for Jesus: https://www.youtube.com/watch?v=yionQDpwTlM

b. Pure Passion Interview: Entitled Charlene Cothran - Gay Activist Finds Christ. Charlene Cothran - former gay activist and publisher of Venus Magazine, (a magazine for black lesbians), shares her testimony of being a leader in the world of gay publishing and how Jesus Christ set her free from the bondage and the deception of homosexual confusion.

https://www.youtube.com/watch?v=2r7w-yGyNlM

c. Pastor Charlene Cothran - Testimony before the Civil Justice Subcommittee
https://www.youtube.com/watch?v=s-FhlKbCDJg

d. Ex Lesbian Charlene Cothran Tells her Testimony:
https://www.youtube.com/watch?v=p_wXcCCfE2U&list=PLB0192509974B4210

e. African-American Pastors Decry Gov. Deal's Betrayal on Religious Liberty
http://www1.cbn.com/cbnnews/us/2016/april/african-american-pastors-decry-gov-deals-betrayal-
on-religious-liberty%20?cpid=:ID:-9283-:DT:-2016-04-01-16:32:42-:US:-JG1-:CN:-CP1-:PO:-
GC1-:ME:-SU1-:SO:-FB1-:SP:-NW1-:PF:-%20VI1-

## INTRODUCTION

3. I spent 3 decades as a militant gay rights activist. My entire identity surrounded the implicitly

religious narratives advanced by the LGBT community. I stunned the gay and lesbian

community by announcing that I had become a born again Christian - leaving behind a

dehumanizing and destructive lifestyle that was built on lies and coming into a brand new

identity by embracing the radically transformative and personalized truth offered by the central

figure in the new testament. After I came out of the closest as a born again Christian I kept my

job as the editor of a lesbian magazine that was named after my friend that was murdered by her

lesbian lover. There is no life in the gay ideology and ratifying the agendas that I once stood

behind is not an act of love. It is enabling a lot of destruction and harm. As I look back on my

three decades as a militant gay rights activist, I can see that the devil deceived me and thousands

of others believing that we could be happy buying into the gay religious narrative. The deception

was that it was a happy life filled with pride. None of that is true. It is all lies. For the legislatures

or Judges on the state and federal level to codify this fact ideology is not an act of love but an act

of both fraud and hate. All laws that support gay rights, transgender rights, gay marriage amount

to an insult to the civil rights movement of the 1960s and serve to establish a dehumanizing and

shallow religion that I proactively advanced as a leader, editor, and organizer for over 30 years.

It has to stop for the sake of children. The homosexual community that I was part of is using

government to codify their unproven faith based assumptions with the ultimate hope of bringing

the youth to buy into their lifeless and empty ideology that is a cover for feelings of shame and inadequacy.

### PART I.   30 YEARS OF MILITANT LESBIAN ACTIVISM

### A.   MY LIFE AS AN ORGANIZER, LEADER, AND MILITANT LESBIAN ACTIVIST IN A CRUSADE TO PROSELYTIZE AND BULLY THE NATION INTO ADOPTING THE RELIGION OF MORAL RELATIVISM BY COMPELLING GOVERNMENT TO CODIFY OUR RHETORIC

4.  I had grown up in a Christian home, and had come into the lesbian lifestyle at 19 after several occurrences of childhood sexual abuse. I decided that I did not want anything to do with men anymore after feeling mistreated by them. I went away to college, which was a whole new world. In that world there were many women who were attracted to me and I was attracted to them. These were women who were nurturing, who wanted to get to know who I was intellectually, who were lesbian organizers, who I at first found a lot of comfort in. It felt good, and it felt right.

5.  I began to organized social events for gay and lesbians of color. It started off with me and two other business partners and we were a perfect fit. We would rent restaurants and invite women who self-identified as lesbian to come hang out. And women would come from all over the region. The group was called hospitality Atlanta. It would not be unusual for us to have seven to eight hundred women show up at our events packed into a beautiful restaurant. We hired police to secure the event and to keep all straight men out. No heterosexual men were allowed at our events.  I resented men, and I had nothing to take those feelings of hurt, unforgiveness, and resentment until I met Jesus Christ.  He uprooted the bitterness and resentment, freeing me to trust men who trust in God.

6. From those events we developed softball leagues and major picnics. It was a very lucrative organization. I ran this organization for nearly ten years, and we cultivated a very large mailing list. From that mail list, I decided to launch a magazine.

The gay and lesbian political community began to pay attention that we could bring out and organize large numbers of black lesbians and gay individuals together through the work that we were doing. As soon as the magazine was launched, we were contacted by HRC (Human Rights Campaign), The National Gay and Lesbian Task Force, The Victory Fund, and many of the gay organizations who are doing a lot of the political work. We played a very important role in the early 90s because at that time they were being told by lawmakers and local, regional, and national politician that these other organization only represented rich white men who self-identified as gay. There was no coalition of gay color people until our organization got into the mix. My voice of activism became immensely powerful and persuasive.  Venus Magazine played an important role in demonstrating that there was a large and vibrant multi-racial and socio-economically diverse gay community ran by black gays and lesbians. We became an important part of what gay activist legislative groups were trying to present.

## B. WAR STRATEGY FOR TAKE OVER BASED ON THE ENDS JUSTIFYING THE MEANS AND DISHONEST MISDIRECTION

7.  The strategy of gay activist like myself was to get one little foot in the door. When in fact the plan is to completely take over as much as possible in a power grab in order to put our values on top.  For example, we would start by just trying to get a school board to issue a statement in a publication that they would not fire a gay teacher or that an institution would not be prejudicial towards individuals who self-identified as gay. The fact was that we at all times intended on taking over the entire school system as we see now 15 years later is happening with the transgender bathroom initiatives that is really a public health crisis. The strategy was to just get

in under the wire into different streams of influence, and once we get enough of our people on the inside, then we planned to do some major work to convert others to buying into our ideology and making sure that our religious ideology was on top when it came to policy making.   We were bent on persecuting people of faith if necessary, since their worldview stirred up feelings of shame and inadequacy that we were running from.

8.  I was asked by gay activist organizations to help get the domestic partnership bill passed in Atlanta Georgia, and these organizers helped to train me to speak with councilmen and the mayor. The activist group not only chose people of color but individuals who were landowners, who had a good strong voting record. We would go in under the wire and we were trained to not talk to anyone else about our plans. We were to get in and talk to the lawmakers and not inform the press. After all, we did not want the "church folk" to know that votes on our legislative proposals were coming up. On vote day, we would have auditoriums filled with gay and lesbian landowners to communicate to the politicians that they had to give us what we wanted. Just like with the gay marriage lawsuits, we would use dishonest tactics to get our policies turned into law, even if the intent of these proposals was to use government to validate our religious worldviews on truth, sex, and love - all of which were self-justifying. It gave us a sense of purpose to oppress truth.

9.   Gay activist are well trained bullies who work to get results at all costs in step with the idea that the ends justify the means. Our activists were able to infiltrate media. I look at people who freelanced for or subscribed to my publication and went to work for major media outlets such as Bloomberg, The New York Times, and Conde Nast. It is simply the case that gay and lesbians run major media. They just do. Gay and lesbians are at the forefront of many major media decisions. It is not surprising that just about every sitcom has a gay character in it. Individuals

who self-identify as gay have major talk shows. The reason is because media speaks directly into the minds of young people, and gay activist want to recruit the youth to joining into our world view. We had this belief that if we could get everyone to agree that our lifestyle was not morally repugnant, then it would not be. We were motivated by pride, arrogance, fear, and feelings of inadequacy.

Like porn content creators or tobacco manufacturers, you can get the youth, you can change society. As a former insider gay activist, I can attest that we agreed with Hitler that when he wrote 'Mein Kampf' while serving out a prison sentence at Landsberg, "whoever has the youth has the future." We created sentimental slogans like "love wins" and "love is love" to mask the real intentions of our hearts.

### PART II: RADICAL TRANSFORMATION - ENTERING THE LIGHT

### A. REVELATION: WHISPERS IN THE PARK IN THE MIDST OF A GAY PRIDE PARADE

10. As a gay rights activist, I was never afraid to fight for what I believed in. I was as vocal and in your face as they come. I organized and marched with other lesbians in gay rights parades. I would chair speaking engagements on gay rights issues. I was a priest for moral relativism and the gay ideology.  As editor in chief of Venus magazine, a National Gay and Lesbian publication, I was not about to change until something happened at a gay pride event that I never expected. In 2003, I was in Chicago, at a gay pride event in the middle of Bryant Park. I stopped and took a panoramic view, as far as I could see there were men with men and women with women partying and having a superficial good time. All of a sudden an overwhelming sense of shame fell on me. I felt so out of place in the world. Something spoke in my spirit that "this is that road that leads to destruction and you're on it." I knew, as well as all my fellow gay activists that the entire gay narrative we were mutually perpetuating was built on lies. It took several

years for me to come to terms with this vision that I had been feeding into a religious narrative

that is false, dehumanizing, and destructive. After I had this awakening moment, I still continued

to works as the editor for the Venus magazine, but I could not escape the message that I heard in

2003. I felt that the Loving and Just God of the Bible was chipping away at my heart to bring me

into a relationship with Him.

11. I kept myself busy with activism and publishing, but in the still of the night, when everything

was over there was that still small voice telling me that what I was advancing was out of step

with God's plan for humanity. I knew that I was not right with the Creator that is referred to in

our Bill of Rights who is the central figure of the New Testament Gospel. I longed for peace.

Even in the midst of a long term lesbian relationship, I felt intense loneliness as so many gay and

lesbian individuals do if being honest with themselves.

## B. FACING MORTALITY - CRACKS IN A HEART OF STONE

12. At the top of what I thought would be my permanent career, my mother passed away. That

made me examine my life. At the time, I had been in a 10 year relationship with a woman. We

were living in New York. My life changed in many ways. I had to scale back on some of my gay

activist activities. When I had to burry my mother, I had to really think about eternity. When you

look at your own mortality, it really forces you to think about what's beyond the grave and the

path your own. I had to really think about that. That began to change the way I saw the gay life. I

continued to publish the gay magazine but the flaws in the gay ideology were becoming clear to

me. I could see that no one in the gay community was thinking about things like what happens

when we die. In fact, they avoided such questions. They were only living for the moment.

13. There are some things that we all universally know are wrong. No one has to tell us that

murder is wrong. And we all know that all forms of sex besides the sex between a man and

woman in the confines of marriage are offensive to the truth of our design and the way things are.

I never wanted to go to a gay church because I knew that it wasn't real. Thinking about my own mortality made me think about things that are spiritual. There was something in my soul where I wanted someone to share with me how I could get out of this captivity that the gay life really is. I wanted to be free in my flesh. I wanted to not be able to look at a woman and get attracted.

## C. THE POINT OF CONVERSION - THE AWAKENING - ABANDONING THE GAY NARRATIVE FOR CHRISTIANITY

14. But by 2006, it did not feel right any more. In June of that year a local pastor called me regarding an article in one of my publications. She did not know anything about my life but proceeded to talk to me about God. She challenged me on what I was doing with my life and what direction I was leading it in. She was not judgmental, she did not come at me with a sense of moral superiority, but she knew that I was living the gay lifestyle, and she challenged me to leave it behind because it was fruitless and unfulfilling. She told me that I did not have to stay in this lifestyle even if I had been spearheading parts of the movement. The pastor told me that I could be delivered from the lesbian life - even getting delivered that day, right at that time, and right where I was, no matter what I had done in my past, God would forgive me and take me as His child, if I would repent and surrender my life. At first I thought - how primitive - but I felt something moving in my heart. The gay rights movement was based on feelings of shame and inadequacy. We activist tried to legislate away conviction and force convert others into accepting our dogma no matter the costs. We all knew that something was phony and insincere about our homosexual ideology. It does not involve real love but a shallow and empty feeling that is based on co-dependency and distortion of the truth.

15. The pastor and I spoke at length and she said she could tell that I wanted to come back to God and God's way of living, as set forth in the Bible. She could tell that I felt unworthy, and I did feel unworthy. My lifestyle and activism efforts had amounted to an assault on God's ways and Christianity. I felt that if I dropped the lesbian ideology that entire adult life and work was all a waste of time. I feared that God could never use me because of my past - because I had been marching, and publishing, having been an outspoken lesbian for decades.  That is, to say, I had been so public in my lesbianism, I did not think that God or the church would accept me. But something began to unlock and unravel in me with the words she spoke. The stony ground of my heart began to break up. I was speechless for several minutes. Tears flowed down my face. Her words hit something that was so true. I wanted to be free of this lesbian life.  I heard a still small voice speak to my heart as plain as could be: "today is your day. If you choose me, I will use you for my own glory."

16. The pastor's words convinced me that with Jesus the work was finished on the cross, and all I had to do is accept Him in faith and pursue a love relationship with the God of the Bible in faith, and I could be cleansed and restored. I felt an impression on my heart that God was waiting for me to surrender my life to Him, and that day changed everything for me. I went from living a lifestyle that was ultimately empty to adopting a new identity that was fully of peace and a living hope.  I asked Jesus Christ to come into my heart and to forgive me for conforming to the cultures narratives. It changed everything on the inside.

17. I felt the Holy Spirit well up inside me like I never felt before. Something just churned up inside me. God began to break up some ground in me. The third time the pastor asked me if I would pray the sinner's prayer with her, I said yes. The first two times she asked, I said no because I was thinking about my scheduled speaking engagements and magazine. She was so

persistent, and I am so grateful for that. In opening my heart up for conversion I was aware that my entire debt load was based on the publication, car payments, and house payments, but it did not matter. I wanted out of that false life and away from that dishonest narrative.   I am convinced that the Lord came into my heart that day. I traded one identity void of meaning advanced by the culture to one with a living hope that is real and exploding with peace, healing, and intimacy. I take comfort in the fact that those who have been forgiven much love much. I knew that my conversion was going to turn everything upside down.

### PART III. COMING OUT OF THE CLOSET TO THE LGBT COMMUNITY A SECOND TIME AS A BORN AGAIN CHRISTIAN TO SHARE THE JOY NO MATTER THE COST

#### A. SPEAKING TRUTH IN LOVE TO GAY AND LESBIAN ACTIVIST "THOSE FORGIVEN MUCH, LOVE MUCH"

18.  Two weeks after my conversion experience, I went to the Schomburg Center for Research in Black Culture in New York City because I had previously committed to speaking to gays and lesbians during a gay pride event. I was part of a panel of speakers. I was nervous because I felt convicted to come out of the closet for the second time and discuss my conversion to Christianity and admit that I was leaving the gay life. At the end of the speaking engagement, the moderator asked me where I saw my magazine going, and I knew that I had to tell the truth.  I said that the direction of Venus is going to change 180 degrees, in the opposite direction. Our message up to then have been to encourage gay and lesbians to stand up and be who they are and to come out of the closet - to be proud and let their parents and neighborhoods know. Now I was going to use the magazine to let gays and lesbians know that (1) this is not what God intended; that (2) they were being lied to; that (3) the gay life wasn't God's best for anyone; and that (4) there was no

real freedom in this false gay and lesbian ideology. Venus was now going to focus on how to get out of homosexuality, with the emphasis that a person could not just get out on their own but it takes a committed relationship with the Lord Jesus Christ, and I was going to tell what He had done for me. You could hear a pin drop in that auditorium of gay activists as I made this announcement. It took a while to let the silence break up.

19. Afterwards, there was a reception, and at first, I was thinking that I should immediately make a run for the parking lot, but something spoke to me inside and told me to stay and go to the reception. One by one, gay and lesbian people started coming over to me and saying things like, 'I used to go to church, and I am not happy in this life.' One woman came up to me and said, 'I used to be a minister and I backslide and that is the only reason I am in this life.' People began to come to me and thank me for sharing that and having the courage to speak out in truth and in love in that setting.

20. So many people know that I was in the same life under the same false truth claims, and they can talk to me, and I can relate. I do not speak to them with a sense of moral superiority or condemnation because I was the chief activist amongst them. But I now I am free. The Government's decision to codify this nonsense and false ideology is only proliferating harm, not understanding and freedom.

21. There is a song we sing in church which includes lyrics: "the Lord is in this place, Oh my soul, He is in this place." And it is not talking about a building. It is talking about this place in the soul. In leaving behind the gay identity and putting on the Christian identity, the Lord has filled up this dark and empty place in my soul.

22. I would say to someone who has that empty space - that does not have Christ dwelling in them - there is an empty space. Christ does not force Himself on you. But He will only come into a place where you allow Him to clean. I say that having in mind those who believe that they can be Christian and living the gay lifestyle at the same time. That is one of the lies that Satan keeps people trapped in. The Bible was never designed to be revised. A person cannot cut out parts of the Bible and revise it fit their preferred lifestyle.

23. That is an untruth that the Lord has now commissioned me to tell others about who were lured into the gay and lesbian lifestyle. You cannot be a real Christian and living the gay lifestyle at the same time - those are irreconcilable truth claims that are not equal. Light and darkness cannot persist in the same heart at the same time. The other lie that is advanced by the government's reckless codification of the gay narrative is that people who are in the gay lifestyle can never change or be free; that a lesbian can never stop desiring a woman or that a gay man can never stop desiring a man. That is a total lie from hell as well. I was an ardent gay activist for 29 years, and I have completely and totally left behind that worldview and way of thinking.

24. I was attracted to women for nearly 30 years, but I stand as evidence that the Lord can change you when you give the Lord your whole heart. I tell my gay and lesbian friends that when they pray to ask God to change their whole heart, not to just take the gay or lesbian thing away. It does not work like that. A person has to surrender all of themselves. God can come in and work powerfully, if a person will surrender and open their heart up to Him. God has changed many things in my life, not just the lesbian part. For example, I had an anger problem but by staring into the wonder of the gospel that part of me has been broken up by the transformative blood of Jesus. If a person gives God their whole heart, He will put them back together again in a way that

is marked by freedom and hope.  God will take us however we are, but he is a God of justice, and he will not lets us stay the same. He wants us to be in relationship with him.

25.  I had a lady write me and say, I think you are so wrong, but I applaud your change of life, but I think God loves me just like I am as a lesbian. And I responded back that I agree with you. I think God loves you just like you are, but He loves you enough to not let you stay the same, and if you know God, you'll want to obey - you get to obey. I remember feeling that God love me even when I considered myself a lesbian, but I also knew that I was sinning and preventing God from doing a great work in my life that could give me the joy, peace, and acceptance that I always wanted more than anything. God loves us just like we are, but He is waiting for us to love Him just like He is. He is a certain way. It is Just, not just loving. He is Holy. He has created an order that is woven into the fabric of the universe, and whether we like it or not that is the way things are. For government to disregard transcultural reality and buy into the dishonest unexamined assumption of the superiority of our cultural narratives amounts to a form of political mal practice that cannot be tolerate by proponents of freedom, love, and truth.

26.  When you choose to love God the way he is, treating Him as the King that he is, he will be released to come into your heart and mind and radically transform an individual filling an individual with joy, peace, and fulfillment - that is what I found. Know that I put off the lesbian life and turned to the Christian life. I have a peace that passes understanding to the point that I can't even comprehend it at times. I can attest that I have a peace and a joy that was not there before. The lesbian lifestyle is nothing short of a total lie. I have a peace and a joy that people want, and the good news is that this peace and joy is available to all people. Christianity is inclusive. Everyone is welcome to get to know Jesus. The gay ideology is exclusive insofar as

they welcome converts, but if you stand in their way, they will do anything within their means to crush you.

## B.  PUTTING MY MAGAZINE, REPUTATION, AND LIVELIHOOD ON THE ALTER FOR THE SAKE OF REAL LOVE, TRUTH, AND FREEDOM

27.  I was the editor of a black lesbian magazine and was highly respected in my field and featured prominently in gay activist literature, conferences, and media appearances. I was a role model for young black lesbians around the world. Yet God was not pleased with what I was doing or the lifestyle I was living. I became convicted by the Holy Spirit to turn around from homosexual ideology and give my life to Jesus Christ, surrounding to His will. I then continued to speak at gay events and publishing the Venus magazine for black lesbians only now I was calling them to leave this empty lifestyle and turn to Jesus instead.  In never planned on giving up my gay magazine. It was doing incredibly well. The magazine was on automatic pilot. But I knew that God was calling me to use the magazine to speak the truth in love. I knew that I had to share my conversion experience no matter the cost. I figured if Oprah could be on the cover of her magazine every issue, I could feature my story on the cover of my own magazine.

28.  I stunned the homosexual community by renouncing the gay ideology and becoming a Christian. I now advocate for traditional or natural marriage. I wrote I front page article in my magazine called "Redeemed. 10 Ways to Get Out of the Gay Life, If You Want Out." Here is what I wrote:

Over the past 29 years of my life I have been an aggressive, creative and strategic supporter of gay and lesbian issues. I've organized and participated in countless marches and various lobbying efforts in the fight for equal treatment of gay men and lesbians. I have kept current on the issues and made financial contributions to those organizations doing work about which I was most passionate.

As the publisher of a 13 year old periodical which targets Black gays and lesbians, I have had the opportunity to publicly address thousands, influencing closeted people to 'come out' and stand up for themselves, which is particularly difficult in the African-American community.

But now, I must come out of the closet again. I have recently experienced the power of change that came over me once I completely surrendered to the teachings of Jesus Christ. As a believer of the word of God, I fully accept and have always known that same-sex relationships are not what God intended for us.

I don't expect that this message will be widely received, quite the contrary. But, I do know that there is someone, possibly reading this very article, who is tired and unhappy living this way. Someone, in your heart of hearts, is searching for a way out, but you just can't seem to break free on your own. I am speaking to my gay and lesbian brothers and sisters who want real peace; the kind you've heard about, sung about, read about. It is simpler than you think to acquire it and there is no condemnation once you've entered it.

Although I have lived as a lesbian for my entire adult life, it is without a doubt my soul's purpose to use my gifts to LOVINGLY share the truth about how we got here: how we came to be gay or lesbian, how we came to enjoy our 'lifestyle' and how we came to believe that this was OK with God. [Romans 1:21-28]

Many argue that each individual should determine for themselves what God intends for him or her. This would indicate that we each have a separate set of biblical rules to live by. This is untrue. If you are ready for change and willing to open yourself to the truth, God's love can bring your current belief system in line with His Word. Jesus will cleanse and forgive all confessed sin from a willing heart. Homosexuality is only one of them.

By now you're asking, 'Has she lost her mind?' My answer is NO. I didn't lose it, I gave it away! In fact, I traded it in for a new one! [Romans 12:1-2] ONE TUESDAY MORNING I was minding my own business one fine New Jersey morning when I received a call from a local pastor. I had never spoken to her previously. She was calling to add a statement to an article about her gospel group in another paper we own called the Kitchen Table News.
I don't remember how we got on the subject of salvation but she could not have known how much I had been struggling with trying to reckon my spiritual upbringing with my lesbian lifestyle.

My stiff-necked resistance to the truth arose in me as she ministered. I honestly figured that if I simply mentioned the 'L' word that she'd drop the phone, anoint it with oil and that would be the last I'd hear from her. But that's not what happened. The pastor prophetically confirmed what I've known for years, 'one day you will come out of the world and bring many gay and lesbian souls out with you.' She asked if today was the day that I would choose but I said no. I felt the power of conviction upon me as she spoke but I resisted and hardened my heart against the truth as I had done many times before. I was not willing to hear her or give up my all to God, especially knowing that I had a confirmed speaking engagement scheduled the following week at the Schomburg Center during New York City Gay Pride.

HAVE MERCY

As I blurted out that I was a proud card-carrying lesbian, the pastor reminded me that God's mercy allowed me to survive my experiences as He developed my gifts, all as a part of His plan to lead others to Him, others who will not perhaps hear her or other ministers who have not LIVED this experience.

She could not have had a clue about my encounters with the mercies of God. Mercy had indeed covered me during those dark 1993 days when my good friend Venus Landin, for whom this magazine is named, was shot and killed. I recalled how I went with her to her ex-lover's home to recover her things, how the woman had built a fire using Venus' precious journals as fuel, how she burned her clothes and how the flames and debris had fallen out of the fireplace's box and were ablaze along the carpet.

I remembered the look on the woman's face and in her eyes. I know in my heart that she had intended to murder Venus that night but she did not expect me to arrive with her. There, I stood at the very gates of hell. Given her state of mind, there was no reason for the woman not to have killed us both, then turn the gun on herself as she did Venus a week later. When I received the call that they were both found dead, I knew instantly that mercy had covered me, but why?

I YIELD

The spirit of God spoke directly into my soul and said you will choose this day who you will serve and if you make the wrong choice, I will allow you to drift so far away from me that you will never hear my voice again.

I gave God my heart and soul in the parking lot of the mall, right there in my car. A river of tears flowed as Jesus washed me and forgave me and redeemed me for His work. I intend be just as 'out' about my transformation as I was about my lesbian life. I have given every gift I have back to God, including VENUS Magazine. The target audience will remain the same but the mission has been renewed. Our new mission is to encourage, educate and assist those in the life who want change but can't find a way out. My brother, my sister, please follow me out of this.

1. Establish and accept for yourself that God's Word is true AS-IS. Do not allow gay theology to divorce the Old Testament from the New or the written words of the Apostles from the spoken words of Jesus Christ. This is a good trick, but it's no longer working because God is preparing to bring millions of gays and lesbians back to His feet. He has already chosen many of us for this specific purpose and He is waiting for YOU to accept His call.

2. Seek the truth within the scriptures about homosexuality and it will be revealed to you as you read and pray.

Know that we were NOT born this way. This myth was fashioned by the gay establishment as a basis for changing laws in favor of gay rights.

Again it works for their purposes, but it is biblically UNTRUE. There is no way that anyone, without an agenda, can come away from the Bible with an endorsement by God of the gay

lifestyle. Gay theology starts with an agenda ['let's make the Bible say gay is O.K.'] in order to arrive at its conclusions, but it is a lie.

3. Do not resist God's call on your life. Get alone with God and let Him minister the truth directly to you. That conviction you feel is a gift to keep you near the cross. If you keep resisting Him and hardening your heart, He will eventually stop calling you. You can then have a great time fulfilling all the fantasies of the flesh without feeling a thing, but what awaits you at the end of such a life? [Romans 2:28]

4. Know with certainty that you are loved by God exactly where you are and that your experiences are of great value for kingdom work. I had BEEN tired, but the enemy kept my mind trapped for years by convincing me that I could not be of any real use to God having lived as an openly gay publisher, but that was a lie.

5. Say Yes. That's really all it takes to accept the truth which is accepting Jesus Christ. Pray this prayer of repentance with me now. "Lord, I'm coming to you because I believe your Word and I need your help. I can't change myself, I've tried. Please forgive me for everything I've done that did not glorify you. I believe that you ARE the Word. I believe that Jesus IS your son. I believe that He DIED for my sins, and BECAUSE I believe this, I AM NOW SAVED BY YOUR GRACE. Thank you for saving me! Amen."

6. Make your salvation real. Keeping the good news of your personal salvation a secret is another trick the enemy uses to buy time as he tries to pull you back to your former life. We must believe with our hearts AND confess with our mouths. You don't need to 'out' yourself but clobber the enemy by immediately sharing your testimony with SOMEONE about how the Lord has revealed the truth directly to you; about the level of joy and peace you now have which you could not reach without full repentance; about the welcomed change this brings in your life, and all the wonderful things He has done for you. [Romans 10:9]

7. Experience paradise NOW! Consult God first, then go ahead and live your life! Welcome new friendships, start that new venture, expand your experiences, obtain nice things, just don't put them before God. Enjoy your life to a new degree, without the burden of sin AND with the confidence of ALL of God's promises on your side! It is totally possible to live for God in this present age and enjoy yourself immensely. When I say live for God I mean totally 'sold out' for God. But you cannot be 'sold out' for God and live a gay/lesbian lifestyle at the same time. [Titus 2:11-12]

It's possible to have a BETTER time than you did in the clubs, in the parks, BETTER than all those secret encounters with folks whose names you've long forgotten, BETTER than your long-term relationship, BETTER than all your priceless possessions, BETTER than money! Most of us have experienced some of this AND WE WERE STILL MISERABLE. But thanks to God's mercy and saving grace we don't have to wait years and years to get to heaven to experience paradise. The earth is the Lord's, the fullness thereof, the world, and they that dwell therein. Enjoy God's earth, now. [Psalms 24:1]

8. Walk carefully or 'circumspectly' as the scriptures describe. This is about being careful to keep your spirit clean and fresh. Prayer, along with reading and hearing the Word AND seeking ways to apply it to your daily life is the way to STAY saved and delivered from any sinful habit.

Isn't it interesting that we sometimes give our garments of clothing more care than we give our very souls. When we put on an outfit, we're so careful not to lean against anything that might soil it. We protect it while we're eating so as not to get a spot on it. We sit in such a way to prevent it from wrinkling. Treat your soul's salvation with at least this much care. [Ephesians 5:15-16]

9. Have fellowship with believers. We know that the church has largely failed gays and lesbians by not being a welcoming place for those who have sought spiritual change. The invitation to 'come as you are' seems to be extended to everyone but us. However God has people everywhere who are open, real and willing to walk out with you. Ask the Lord to lead you to a loving, caring, bible-believing fellowship where you can be nurtured, be blessed, grow AND be a blessing. [Hebrews 10:25]

10. Stay in touch. We'd love to hear from you! If this article has helped you, please let us know. Email us at editor@victorymagazine.org or write VICTORY Ministry, Inc., P. O. Box 353378, Palm Coast, FL 32135. Include your day and evening number.

29. When the Lord saved me, I knew that everything would change: all of my editorials, the mission of the magazine, etc. Venus was going to be calling people out of homosexuality into the deeper richer freedom found in the personalized truth of Jesus Christ and the grace based narrative that he offers.

30. The response from the gay and lesbian community from my transformation from the gay religion of moral relativism to Christianity has been fiercely negative and abusive even. But I know that countless gay and lesbians are just as conflicted as I was. In order to fill up this empty space that we all have inside of us, the gay and lesbian activists pretend to put on this wonderful face of how gay and happy they are but at the end of the day homosexuals are incredibly lonesome and empty as ever. That is the real story. There is an underlying shame, discontentment, unfulfillment, and loneliness there which is not talked about and it is real.

31. There has been positive feedback as well. I get lots of emails from people who say that they struggle with homosexuality and want out. I am still on the front lines of the gay rights battle but only now I see it as a spiritual fight to lead others to the freedom that I have found.

32. Our mission now is to educate and to turn people away from the homosexual lifestyle simply by presenting the truth. We simply want people to question what they have learned through the pages of Venus Magazine through the past 13 years.

33. Prior to my conversion Venus circulated about 35,000 copies per issue, which ran four times a year. But after the issue with my testimony, gay activist pressured advertisers to drop the magazine. Gay pride events and college campuses no longer subscribed but I have no regrets about my change and transformation.

34. There is such a joy and a peace that you cannot find in the gay theocracy, in a gay pride parade in a beautiful float. The peace and the joy that I have I wouldn't trade for anything.

## C. THE FALL OUT AND GAY REPRISAL

35. When my testimony first got out there, people wrote some very angry letters. One woman said how dare I harm their community and faith system, since I had financed my career off the backs of gays and lesbians. That same woman two years later wrote me back, and said, "I never thought I would be the one writing you this letter back, but I wanted to let you know that I have decided to come out of lesbianism and give my life to Jesus Christ." And that makes any personal suffering I have endured worth it all.

36. There are no greater bullies in America than the phony tolerant in the LGBT community. They turned on me. Many homosexual activist groups contacted my advertisers and major subscribers, to include college campuses, demanding that they withdraw support. They know the threat that I pose to their effort because I was not just an insider. I was an organizer and leader.

But to not speak the truth is an act of actual hate. I not only want to live my life on the right side of history, I want to live on the right side of reality - pointing people to the truth in love.

## PART IV. BECOMING A CHRISTIAN ACTIVIST TO ADVANCE THE TRUTH IN LOVE

### A. FAKE DISCRIMINATION, FAKE IMMUTABLE TRAIT ARGUMENT

37.  As an African American, I was outraged, even as a gay rights activist and leader, that gays would claim discrimination, when in fact my skin color is immutable. My skin color cannot change. When I wake up and go to sleep, I am an African American whether I like it or not. However, people who self-identify as gay and lesbian do change. I am living proof of that and I have seen it over and over again. To suggest that sexual orientation is based on immutable traits and genetics is absolutely intellectually dishonest.

38.  It angers me greatly to see homosexuals using the discrimination argument in equating their so-called plight to the race plight, when they know that they are absolutely lying. But the guiding principle in the homosexual ideology is that the ends justify the means. It has always caused me to feel outraged that the homosexuals have hijacked the model of the civil rights movement in an attempt to shoehorn homosexual rights into legal validity. To claim that the racial civil rights movement can be used as a valid model for the fake homosexual civil rights movement is totally removed from the truth. The Courts and legislatures must stop hiding behind the homosexuals' talking points when it comes to discrimination because they are outright lying. Also for the record, anger is not the opposite of love. Hate is. And the final form of hate is indifference, and I am not indifferent about the fact that the homosexuals are falsely using the civil rights movement to shoehorn their self-justifying plight into legal legitimacy. The state and federal lawmakers and Judges should share in my indignation if they are actually on the side of the truth, love, and justice.

39.  For any politician to use the gay and lesbian talking points in equating sexual orientation to the immutable traits of skin tone is engaging in a real act of bigotry, animus, and fraud. The Civil Rights movement under the Rev. Dr. Martin Luther King Jr. was based on the truth, and not lies. For politicians and Justices to allow gay and lesbians to falsely compare their plight to the race won is a form of racial discrimination that is depersonalizing, dehumanizing, and downright wrong.

40.  As a former gay activist who has had my eyes open and heart transformed by the truth of Jesus Christ, I can see that in fighting against gay marriage and homosexual rights, I am defending the integrity of the real Civil Rights movement. I call upon any federal and state Judge and Legislature to admit to themselves that the support the phony gay rights movement - which is based on shame and self-justifying religious narratives that are sexually exploitative - that to support gay rights is to threaten the integrity of the Civil Rights movement. My testimony as an ardent gay activist for nearly 30 years - alone - proves these points conclusively. The Country does not have the time for any further intellectual dishonesty in these matters of political correctness which erodes freedom and allows individuals with bad intentions to bully people who stand for the truth.

## B.  FREEDOM COMES FROM THE TRUTH

41.  Throughout the Civil Rights movement, the Rev. Dr. Martin Luther King Jr. was never pushing for the lawmakers to step away from Christianity in passing laws to end segregation. He was pushing the lawmakers to return to a deeper and truer Christianity.  This is because Christianity accords with that which is true period. But the truth claims embodied in Christianity do not fill an individual with a sense of moral superiority, instead, it humbles them. The gay ideology does the exact opposite. And the bottomline is that without the truth there is no

freedom. Freedom comes from the truth. As a gay rights activist, I used to believe the false narrative that in order to be free a person had to get away from the truth; avoid complying with any dogma or directives.  But what I was doing was stepping away from the true religion of Christianity and into the false religion based on gay ideology that is founded in postmodern individual relativism birthed out of the enlightenment tradition. We gay activist were incredible dogmatic about not being dogmatic. We were the worst kind of hypocrite. We were utterly judgmental towards people we thought were judgmental because they had standards, which made us incredibly judgmental.

42.  Sex is powerful, and I want to see the legislatures and Courts help our citizens channel their sexual energy in the right way. I want to see our marriage laws make the objectively "right choice" the "easy choice." Take a fish on the grass. A fish on the grass is not free at all. It is only when the fish is confined to the water that it is able to swim lightening fast and even breathe. So it goes with man. Man must be confined by laws to accord with the truth about our nature because our personal liberty is otherwise subject to suffocation.  Our Democracy and unity is suffocating because our government has refused to see that the gay ideology is a moral code. And our government has traded truth for a lie due to a lack of wisdom and our people - especially the youth - are suffering as a result.

## C.  ENABLING THE TRUTH, NOT DARKNESS
43.  So-called gay marriage matters cannot be compared to one of "black vs white." But it is a matter of "light vs. dark." For the Courts and legislatures to pass gay rights laws is not an act of love whatsoever because it plunges people further into the captivity and darkness that I was held captive in until surrendering that life to the deeper richer freedom of Christianity.

44. Just like a parent who enables their child's heroin addiction is not engaging in an act of love but a crime that makes them a prospective criminal accomplice, for the Government to pass laws that codify gay right religious doctrine enables a destructive self-perpetuating lie and makes the Government an accomplice in proliferation of fraud. Real love does not tolerate all things. Religious concepts that are part of the false homosexual doctrine like "love is love" and "love wins" are naked assertions that amount to whimsical sentimentality and have no relationship to reality.

## D.  EXAMPLE OF FALSE RELIGIOUS TRUTH CLAIMS ASSERTED BY THE GAY COMMUNITY

45.  As a gay activist, organizer, leader, and insider, here are some of the false religious narratives that we advanced in society to get the ends we were seeking (1) "people are born gay;" (2) "there is such thing as gay genes; (3) being gay involves immutable traits; (4) love is love; (5) avoiding the truth is the way to be free; (6) paint all Christians as haters; (7) only tolerate those who agree with our viewpoint; (8) no set of moral truth claims matter as a basis for law except the one that fits our interests; (9) we are the good people who do not set up binaries and assert truth claims, the Christian are the bad people who do; (8) our identity narrative is not a religion. Our lawmakers should not use these false religious premises that are self-justifying in creating laws because there is no room for our people to object to what amounts to implicitly religious assertions. It is especially traumatic for me because it makes me have to pay homage to a false ideology that I spent nearly 30 years of my life as a captive of, only to later see that this religious ideology was destroying me and thousands of people who I care deeply about and still do to this day.

## E.  PRO-TRADITIONAL MARRIAGE LEGISLATION

46.  I and other pastors helped support a bill that allows pastors to refuse to perform so-called

gay weddings which passed in the state of Florida, but not Georgia. I am so glad that legislatures

and the governor here thought it was important to protect pastors and small churches from

having to drop their sound religious convictions and be forced to adopt the dishonest religious

convictions held by the government officials who shoehorned so-called gay marriage into legal

validity on the backs of fraudulent legal arguments. I am thankful to the sponsors and cosponsors

of the bill, and I am most thankful for my Governor Rick Scott who signed the bill into law

immediately. I am thankful to the work that the pastors and lobbyist did in presenting the facts.

This law is a shield to protect pastors from having to abandon their religious views on marriage

to adopt the ones that moral relativist in government feel that they should have.

47.  I see gay activist throwing everything at governors and lawmakers to continue to codify and

advance their fake religious ideology because they are afraid of being exposed as being

completely dishonest. They are afraid of the push back coming from the church that is finally

awakening is about to take place. The gay activist plan is get Hollywood involved and sport

celebrities involved, suggesting that they are being discriminated against. They know - just like

the devil knows - that they are about to be defeated. They know that so this is why they are

coming with everything they have to shut down different initiatives that stop their efforts to use

government to codify their religious narrative. The pushback has begun. The church has finally

awakened, and we can take back our country.

### F.  TO FALSELY CALL A GROUP HATEFUL IN ORDER TO RAILROAD FRAUDULENT AGENDAS ITSELF MAKES GAY ACTIVIST GROUPS HATE GROUPS

48.  It is the homosexual's talking point to suggest that Christians are hateful. Gays have used

social ostracism as a tool. We were taught to use the word hate and social ostracism in advancing

gay rights because no Christian wants to known for being hateful and legalistic. Social ostracism was a great weapon for us. Behind private doors we would laugh at how we were able to use lies to get what we wanted. Now that I have become a Christian it is crystal clear to me that Christians do not hate people, but they do oppose the ideology and doctrines that lead people into lifestyles that are subversive to individual and collective human flourishing. Christians separate the spirit of homosexuality from the person who is being occupied by it. Christians love people who are homosexual, but they do not support and condone that lifestyle because silence in the face of evil is itself an immense act of evil. To not object to wrongdoing is to participate with it. The idea that "Christians are good people and gay people are bad people" is far too simplistic to be correct. People who are under the influence of Christianity by definition admit that they are flawed and broken and in need of a savior as the starting position. The question is not whether gay people are more or less moral than Christians. The question that I am concerned with is whether it is wrongful and unlawful for the government to codify the gay ideology. I submit that doing so will erode freedom and make us less free.

49.  I absolutely love people who self-identify as homosexual. I want the same thing that has happened to me to happen to them. I want them to leave behind that false narrative and come into the healing and restorative waters of Christianity. If a person submits themselves to the Lordship of Jesus Christ and allow themselves to fall under His influence, they will not want to live a lifestyle that is outside of the ones He does not condone. God is no kill joy. He wants what's best for us, and we all are invited to receive the grace, joy, and peace that only Jesus can offer. It is not even that I am trying to over spiritualize these matters. It is simply my observation and experience that nothing else works. Nothing else can take away the pain and provide the fulfillment we all want so badly.

The gay community and the Christian community have this in common - they are both looking for life and happiness, but the Christian community has the answers in the form of a personalized truth.

50.  I believe that I was rescued from a lesbian lifestyle that was not going to produce any life. I want others to have that same freedom. That is why I risked everything. That is why I put my magazine, financial situation, and reputation on the line. None of that matters, compared to the transcending peace that comes from having an authentic and sincere relationship with the God of the Bible through his son Jesus Christ. I hope and pray that the lawmakers and legislatures will use my testimony to stop advancing the gay charade that has more in common with slavery than liberty.

I attest under the penalty of perjury that the above mentioned statements are true and accurate.

Charlene E. Cothran