IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, Inc. d/b/a WHITMAN-WALKER HEALTH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 20-cv-01630-JEB |

MOTION FOR LEAVE TO FILE BRIEF
OF U.S. HOUSE OF REPRESENTATIVES
AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS

Elizabeth B. Wydra
Brianne J. Gorod
Ashwin P. Phatak
CONSTITUTIONAL ACCOUNTABILITY
  CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036-2513
Tel: (202) 296-6889
brianne@theusconstitution.org

Douglas N. Letter
  *General Counsel*
Todd B. Tatelman
Megan Barbero
Josephine Morse
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Tel: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Amicus U.S. House of Representatives*

The U.S. House of Representatives moves for leave to file the attached *amicus curiae* brief in support of Plaintiffs.[1]  Plaintiffs and Defendants consent to the filing of this brief.  No person or entity other than *amicus* and its counsel assisted in or made a monetary contribution to the preparation or submission of this brief.

This Court has "broad discretion" in deciding whether to allow the filing of *amicus curiae* briefs.  *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007) (citing *United States v. Microsoft Corp.*, No. 98-1232, 2002 WL 319366, at *2 (D.D.C. Feb. 28, 2002)).  "The filing of an *amicus* brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'"  *N. Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)); *In re Search of Info. Associated with [redacted]@mac.com*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (same); *Iacangelo v. Georgetown Univ.*, No. 05-2086, 2009 WL 10693231, at *2 n.4 (D.D.C. June 11, 2009) (same).  Courts have permitted third parties to participate as *amici curiae* when they "are of aid to the court and offer insights not available from the parties," *United States v. El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994), and when they have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).  "The primary

---

[1] The Bipartisan Legal Advisory Group (BLAG) of the United States House of Representatives has authorized the filing of an *amicus* brief in this matter.  The BLAG comprises the Honorable Nancy Pelosi, Speaker of the House, the Honorable Steny H. Hoyer, Majority Leader, the Honorable James E. Clyburn, Majority Whip, the Honorable Kevin McCarthy, Republican Leader, and the Honorable Steve Scalise, Republican Whip, and "speaks for, and articulates the institutional position of, the House in all litigation matters."  Rules of the U.S. House of Representatives (116th Cong.), Rule II.8(b), *available at* https://perma.cc/J2SG-ZNDP.  The Republican Leader and Republican Whip dissented.

role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public." *Russell v. Bd. of Plumbing Exam'rs.*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999); *see Nat'l Ass'n of Home Builders*, 519 F. Supp. 2d at 93 (granting leave to file because "the court may benefit from [the *amicus*]'s input"); *Potomac Elec. Power Co.*, 826 F. Supp. 2d at 237 (same); *Microsoft Corp.*, 2002 WL 319366, at *3 (same).

      This motion for leave to file an *amicus* brief by the U.S. House of Representatives should be granted. The Trump Administration has issued a new rule to implement Section 1557 of the Patient Protection and Affordable Care Act, and that new rule withdraws protection against discrimination in health care because of an individual's sexual orientation or gender identity. Proposed *amicus* has a special interest in the subject matter of this case because this case involves the question whether that new rule is consistent with the Act, a law duly enacted by Congress. The House has a strong institutional interest in the effective implementation of the Affordable Care Act and in ensuring that the millions of Americans who have benefited from its reforms and protections continue to do so.

      The proposed *amicus* brief offers the Court the unique perspective of the House regarding the reasons it passed the Affordable Care Act. Specifically, as the proposed *amicus* brief explains, Congress passed the Affordable Care Act after significant study into the problems with then-existing health insurance markets, and the House is thus particularly well suited to explain to the Court why Congress enacted this landmark legislation and how it has helped ensure that all Americans have access to quality, affordable health insurance and care, including through Section 1557's broad prohibition on discrimination in health care. For those reasons, *amicus* has unique knowledge about, and a strong interest in, the question whether the Trump Administration's decision to withdraw certain existing protections against discrimination in

health care for lesbian, gay, bisexual, transgender, and queer individuals is consistent with the plan that Congress put in place when it passed the Affordable Care Act. As *amicus* knows, it is not.

For the foregoing reasons, the House's motion for leave to file the proposed *amicus* brief should be granted. A proposed order is enclosed with this motion.

                                                           Respectfully submitted,

| | |
|---|---|
| | /s/ Douglas N. Letter |
| Elizabeth B. Wydra | Douglas N. Letter |
| Brianne J. Gorod | *General Counsel* |
| Ashwin P. Phatak | Todd B. Tatelman |
| CONSTITUTIONAL ACCOUNTABILITY  CENTER | Megan Barbero |
| | Josephine Morse |
| 1200 18th Street NW, Suite 501 | OFFICE OF GENERAL COUNSEL |
| Washington, D.C. 20036-2513 | U.S. HOUSE OF REPRESENTATIVES |
| Tel: (202) 296-6889 | 219 Cannon House Office Building |
| brianne@theusconstitution.org | Washington, D.C. 20515 |
| | Tel: (202) 225-9700 |
| | douglas.letter@mail.house.gov |

                           *Counsel for Amicus U.S. House of Representatives*

July 15, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system.

Dated: July 15, 2020

/s/ Douglas N. Letter
Douglas N. Letter
