**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-01630-JEB |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, U.S. Department of Health and Human Services, Alex M. Azar, II, in his official capacity as Secretary of Health and Human Services, Roger Severino, in his official capacity as Director, Office for Civil Rights, U.S. Department of Health and Human Services, and Seema Verma, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services, bring this motion requesting an extension of time to respond to plaintiffs' complaint. As of now, defendants' response to the complaint would be due on August 25, 2020. *See* Fed. R. Civ. P. 12(a)(2).

Currently pending before this Court is plaintiffs' Motion for Preliminary Injunction or, in the Alternative, Motion to Stay Pending Judicial Review Pursuant to 5 U.S.C. § 705 (ECF 29). Defendants have been busy drafting briefs in this and related cases, and thus, defendants have not had sufficient time to work on their response to plaintiffs' complaint. In addition, defendants would appreciate the opportunity to review this Court's disposition of plaintiffs' motion before responding to plaintiffs' complaint, as the Court's order may affect defendants' response. To that end, defendants request that their response to the complaint be due twenty-one days from the date of this Court's order resolving plaintiffs' pending motion for a preliminary injunction.

Defendants have conferred with plaintiffs, who indicate that they oppose this motion.  In the event the Court denies this motion, defendants request, in the alternative, that they be given until seven days after any order denying this extension motion in which to respond to plaintiffs' complaint.

Dated: August 21, 2020                          Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ William K. Lane III*
WILLIAM K. LANE III
(D.C. Bar # 1034955)
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-7920
william.lane2@usdoj.gov

JORDAN L. VON BOKERN
LIAM C. HOLLAND
Trial Attorneys, Federal Programs Branch

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2020, I caused the foregoing document to be served on counsel for plaintiffs by filing with the Court's electronic case filing system.


*/s/ William K. Lane III*
William K. Lane III