**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**WHITMAN-WALKER CLINIC, INC.,** *et al.*,

      **Plaintiffs,**

        v.

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*,

      **Defendants.**

Civil Action No. 20-1630 (JEB)

---

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for a Preliminary Injunction or, in the Alternative, a Stay Pending Judicial Review is GRANTED IN PART and DENIED IN PART;

2. Defendants are preliminarily ENJOINED from enforcing the repeal of the definition of discrimination "[o]n the basis of sex" insofar as it includes "discrimination on the basis of . . . sex stereotyping," as previously set forth in 45 C.F.R. § 92.4;

3. Defendants are preliminarily ENJOINED from enforcing the 2020 Rule's incorporation of the religious exemption contained in Title IX, see 45 C.F.R. § 92.6(b); and

4. Plaintiffs' Motion is DENIED in all other respects.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  September 2, 2020