IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-1630 |

## PRAECIPE - CHANGE OF ADDRESS

Please take notice that the address and telephone number of Karen L. Loewy, counsel for plaintiffs (admitted pro hac vice), has changed. The new address and telephone number are:

Lambda Legal Defense and Education Fund, Inc.
1776 K Street, N.W., 8th Floor
Washington, DC  20006-2304
Telephone: 202-804-6245

All other contact information remains unchanged. Ms. Loewy's application for admission to the District of Columbia Bar is pending.

Dated: October 7, 2020                Respectfully submitted,

/s/ Karen L. Loewy
KAREN L. LOEWY
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC  20006-2304
Phone: 202-804-6245

1