## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:20-cv-01630-JEB<br>) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that Defendants U.S. Department of Health and Human Services ("HHS"); Alex M. Azar II, in his official capacity as Secretary of HHS; Roger Severino, in his official capacity as Director, Office for Civil Rights, HHS; and Seema Verma, in her official capacity as Administrator for Centers for Medicare and Medicaid Services, HHS; hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order (ECF No. 55) and memorandum opinion (ECF No. 56) entered in this action on September 2, 2020.

Dated: October 31, 2020   Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883

        Ben Franklin Station
        Washington, D.C. 20009
        Tel.: (202) 514-4964
        Fax: (202) 616-8470
        Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*