## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | |
| *Plaintiff,* | No. 1:20-cv-01630-JEB |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| *Defendants.* | |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Josephine Morse, hereby withdraw as counsel for amicus curiae the United States House of Representatives.  The House will continue to be represented by the other attorney who has entered an appearance in this case.

Respectfully submitted,

*/s/ Josephine Morse*
Josephine Morse (D.C. Bar No. 1531317)
    *Deputy General Counsel*

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
Telephone: (202) 225-9700
Jodie.Morse@mail.house.gov

January 19, 2021