IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
WHITMAN-WALKER              )
CLINIC, INC., *et al.*,             )
                                                  )
    Plaintiffs,                  )
                                                  )
v.                                                  )    Case No. 1:20-cv-01630-JEB
                                                  )
U.S. DEPARTMENT OF HEALTH  )
AND HUMAN SERVICES, *et al.*,  )
                                                  )
    Defendants.                )
_____)

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order dated September 3, 2021, ECF No. 77. Defendants report that, since briefing on Plaintiffs' motion to lift the stay, the United States Department of Health and Human Services ("HHS") Office for Civil Rights has continued its diligent efforts and made further progress in its proceedings reconsidering the challenged rule and promulgating a new Section 1557 Rule. HHS continues to anticipate issuing a Notice of Proposed Rulemaking no later than April 2022. Plaintiffs represent that they have no insight into Defendants' internal process beyond Defendants' representation that they anticipate issuing a Notice of Proposed Rulemaking no later than April 2022.

Consistent with this Court's order in *Chinatown Service Center, et al. v. HHS, et. al.*, the parties request that Defendants be ordered to provide an update on HHS's proposed rulemaking at the end of every other month, with the first update due on January 31, 2022. *See* Memorandum Opinion and Order, *Chinatown Service Center, et al. v. HHS*, No. 21-CV-331-JEB, ECF No. 23 at 4 (D.D.C. Oct. 13, 2021). Defendants do not join Plaintiffs in their argument below.

1

**Plaintiffs' Statement**

The parties' request that Defendants be ordered to provide updates at the end of every other month should not be construed as an agreement by Plaintiffs to an indefinite stay past April 2022. The agreed-upon request is made without prejudice to Plaintiffs' ability to reopen proceedings if the Notice of Proposed Rulemaking fails to address each aspect of the 2020 Revised Rule that Plaintiffs have challenged in the instant case, Defendants fail to meet the above timeline, or changed circumstances warrant it. *See* Mem. & Order on Mot. to Remand, *Bos. All. of Gay, Lesbian, Bisexual & Transgender Youth v. United States Dep't of Health & Hum. Servs.*, No. CV 20-11297-PBS (D. Mass. Oct. 29, 2021) (ECF No. 83), at 2-3 (noting that Defendants "cannot guarantee anything other than that the new final rule '*may* resolve or moot *some* or all of the claims that remain subject to review in this litigation'" and granting stay "until the end of April 2022") (emphasis in original).

-----------------------------------

Dated: November 3, 2021            Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Acting Assistant Attorney General

                                              MICHELLE R. BENNETT
                                              Assistant Director, Federal Programs Branch

                                              */s/ Liam C. Holland*
                                              LIAM C. HOLLAND
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, D.C. 20530
                                              Tel.: (202) 514-4964
                                              Fax: (202) 616-8470
                                              Email: Liam.C.Holland@usdoj.gov

                                              *Attorneys for Defendants*

| | |
|---|---|
| LAMBDA LEGAL DEFENSE<br>AND EDUCATION FUND, INC.<br><br>By:   /s/ *Omar Gonzalez-Pagan*<br>OMAR GONZALEZ-PAGAN*<br>*ogonzalez-pagan@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE<br>AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY  10005<br>Phone: (212) 809-8585<br>Fax:    (212) 809-0055<br><br>KAREN LOEWY<br>(D.C. Bar No. 1722185)<br>*kloewy@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE<br>AND EDUCATION FUND, INC.<br>1776 K Street, N.W., 8th Floor<br>Washington, DC  20006-2304<br>Phone: (202) 804-6245<br><br>CARL S. CHARLES*<br>*ccharles@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE<br>AND EDUCATION FUND, INC.<br>1 West Court Square, Suite 105<br>Decatur, GA  30330<br>Phone: (404) 897-1880<br>Fax:    (404) 506-9320<br><br>* Admitted *pro hac vice.*<br><br>** *Application for admission to U.S. District Court for the District of Columbia forthcoming* | JENNER & BLOCK LLP<br><br>By:   /s/ *Laurie Edelstein*<br>LAURA (LAURIE) J. EDELSTEIN*<br>*LEdelstein@jenner.com*<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, CA  94105<br>Phone: (628) 267-6800<br>Fax:    (628) 267-6859<br><br>STEPTOE & JOHNSON LLP<br><br>By:   /s/ *Johanna Dennehy*<br>JOHANNA DENNEHY<br>(D.C. Bar No. 1008090)<br>*jdennehy@steptoe.com*<br>LAURA LANE-STEELE**<br>*llanesteele@steptoe.com*<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC  20036<br>Phone: (202) 429-3000<br>Fax:    (202) 429-3902<br><br>MICHAEL VATIS<br>(D.C. Bar No. 422141)<br>*mvatis@steptoe.com*<br>KHRISTOPH A. BECKER*<br>*kbecker@steptoe.com*<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Phone: (212) 506-3900<br>Fax:    (212) 506-3950 |

*Attorneys for Plaintiffs*