# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5331**  September Term, 2021

1:20-cv-01630-JEB

Filed On: November 19, 2021 [1923225]

Whitman-Walker Clinic, Inc., doing business as Whitman-Walker Health, et al.,

    Appellees

    v.

United States Department of Health and Human Services, et al.,

    Appellants

## M A N D A T E

In accordance with the order of November 19, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Shawntel R. Jackson
Deputy Clerk

Link to the order filed November 19, 2021