# United States Court of Appeals
**For The District of Columbia Circuit**

---

**No. 20-5331**  **September Term, 2021**

**1:20-cv-01630-JEB**

**Filed On:** November 19, 2021

Whitman-Walker Clinic, Inc., doing business as Whitman-Walker Health, et al.,

    Appellees

    v.

United States Department of Health and Human Services, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Shawntel R. Jackson
    Deputy Clerk