**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                              )
WHITMAN-WALKER                                )
CLINIC, INC., *et al.*,                             )
                                                              )
          Plaintiffs,                                   )
                                                              )
v.                                                             )          Case No. 1:20-cv-01630-JEB
                                                              )
U.S. DEPARTMENT OF HEALTH        )
AND HUMAN SERVICES, *et al.*,          )
                                                              )
          Defendants.                                 )
_____)

**UPDATE ON STATUS OF PROPOSED RULEMAKING**

Pursuant to this Court's Minute Order dated August 3, 2022, Defendants submit this update

on the status of the proposed rulemaking. On August 4, 2022, a proposed regulation implementing

Section 1557 of the Affordable Care Act was published in the Federal Register. Nondiscrimination

in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022). The United States

Department of Health and Human Services is seeking comment on all issues raised by the proposed

regulation. The comment period closes on October 3, 2022.

Dated: September 30, 2022                           Respectfully submitted,

BRIAN M. BOYNTON                                  /s/ *Liam C. Holland*
Principal Deputy Assistant Attorney General       LIAM C. HOLLAND
                                                                       Trial Attorney
MICHELLE R. BENNETT                              United States Department of Justice
Assistant Director, Federal Programs Branch       Civil Division, Federal Programs Branch
                                                                       1100 L Street, N.W.
                                                                       Washington, DC 20005
                                                                       Tel: (202) 514-4964
                                                                       Fax: (202) 616-8470
                                                                       Email: Liam.C.Holland@usdoj.gov

                                                                       *Attorneys for Defendants*

1