IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
WHITMAN-WALKER                                )
CLINIC, INC., *et al.*,                       )
                                              )
     Plaintiffs,                            )
                                              )
v.                                            )  Case No. 1:20-cv-01630-JEB
                                              )
U.S. DEPARTMENT OF HEALTH                     )
AND HUMAN SERVICES, *et al.*,                 )
                                              )
     Defendants.                            )
_____ )

**UPDATE ON STATUS OF PROPOSED RULEMAKING**

Pursuant to this Court's Minute Orders dated August 3, 2022, and November 30, 2022, Defendants submit this update on the status of the proposed rulemaking. The United States Department of Health and Human Services Office for Civil Rights is considering public comments on a proposed regulation implementing Section 1557 of the Affordable Care Act that was published in the Federal Register on August 4, 2022, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022).

Dated: January 31, 2023                       Respectfully submitted,

BRIAN M. BOYNTON                              /s/ *Liam C. Holland*
Principal Deputy Assistant Attorney General   LIAM C. HOLLAND
                                              Trial Attorney
MICHELLE R. BENNETT                           United States Department of Justice
Assistant Director, Federal Programs Branch   Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, DC 20005
                                              Tel: (202) 514-4964
                                              Fax: (202) 616-8470
                                              Email: Liam.C.Holland@usdoj.gov

                                              *Attorneys for Defendants*