IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:20-cv-01630-JEB |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### **UPDATE ON STATUS OF PROPOSED RULEMAKING**

Pursuant to this Court's Minute Orders dated August 3, 2022, and November 30, 2022, Defendants submit this update on the status of the proposed rulemaking. The United States Department of Health and Human Services ("HHS") Office for Civil Rights has published a proposed rule implementing Section 1557 of the Affordable Care Act, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022), and has submitted a draft of the final rule to the Office of Management and Budget Office of Information and Regulatory Affairs. HHS plans to issue a final rule in April 2024.

Dated: March 29, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

Respectfully submitted,

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*