IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-01630-JEB |

### UPDATE ON STATUS OF PROPOSED RULEMAKING

Pursuant to this Court's Minute Orders dated August 3, 2022, and November 30, 2022, Defendants submit this update on the status of the proposed rulemaking. A Final Rule implementing Section 1557 of the Affordable Care Act was made available for public inspection on April 26, 2024, and was published in the Federal Register on May 6, 2024. *Nondiscrimination in Health Programs and Activities*, 89 Fed. Reg. 37,522 (May 6, 2024).

Dated: May 31, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

Respectfully submitted,

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*