IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:20-cv-01630-JEB ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order dated October 1, 2024. Plaintiffs desire to have conversations with Defendants about a resolution of this case without further litigation. To accommodate these conversations, avoid unnecessary further litigation or briefing, and provide time for Plaintiffs' counsel to confer with each of the Plaintiffs, Plaintiffs request an extension of three weeks until October 29, 2024, to provide this Court with their response as to whether further litigation is required or if the case may be dismissed. While Defendants believe the case to be moot, Defendants consent to the requested extension.

1

Dated: October 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*

LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.

By:   /s/ *Omar Gonzalez-Pagan*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585

KAREN LOEWY
(D.C. Bar No. 1722185)
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: (202) 804-6245

* Admitted *pro hac vice.*

JENNER & BLOCK LLP


By:   /s/ *Laurie Edelstein*
LAURA (LAURIE) J. EDELSTEIN*
*LEdelstein@jenner.com*
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
Phone: (628) 267-6800
Fax:   (628) 267-6859


STEPTOE & JOHNSON LLP

By:   /s/ *Johanna Dennehy*
JOHANNA DENNEHY
(D.C. Bar No. 1008090)
*jdennehy@steptoe.com*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:   (202) 429-3902

*Attorneys for Plaintiffs*