**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-01630-JEB |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order dated October 9, 2024.  The parties have discussed possible resolution of this case to no avail.  The parties set forth their respective positions below:

**Defendants' Position:**

Defendants believe the case is moot and are prepared to provide briefing on the issue of mootness as directed by the Court.

**Plaintiffs' Position:**

Plaintiffs ask that the Court grant a further three-week extension to file a final status report as to "whether Plaintiffs wish to pursue further litigation or if the case can now be dismissed," as the outcome of the general election scheduled to take place on Tuesday, November 5, 2024 may be determinative of that question.

1

Dated: October 29, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

Respectfully submitted,

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*

LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.

By:    /s/ *Omar Gonzalez-Pagan*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585

KAREN LOEWY
(D.C. Bar No. 1722185)
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
111 K Street NE, 7th Floor
Washington, DC 20002
Phone: (202) 804-6245

* Admitted *pro hac vice.*

JENNER & BLOCK LLP

By:    /s/ *Laurie Edelstein*
LAURA (LAURIE) J. EDELSTEIN*
*LEdelstein@jenner.com*
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Phone: (628) 267-6800
Fax:    (628) 267-6859

STEPTOE LLP

By:    /s/ *Johanna Dennehy*
JOHANNA DENNEHY
(D.C. Bar No. 1008090)
*jdennehy@steptoe.com*
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902

*Attorneys for Plaintiffs*

2