**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WHITMAN-WALKER CLINIC, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-01630-JEB |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: November 18, 2024                              Respectfully submitted,

| | |
|---|---|
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | JENNER & BLOCK LLP |
| By:  /s/ *Omar Gonzalez-Pagan* | By:  /s/ *Laura J. Edelstein* |
| OMAR GONZALEZ-PAGAN* | LAURA (LAURIE) J. EDELSTEIN* |
| *ogonzalez-pagan@lambdalegal.org* | *LEdelstein@jenner.com* |
| LAMBDA LEGAL DEFENSE | JENNER & BLOCK LLP |
| AND EDUCATION FUND, INC. | 525 Market Street, 29th Floor |
| 120 Wall Street, 19th Floor | San Francisco, CA  94105 |
| New York, NY  10005 | Phone: (628) 267-6800 |
| Phone: (212) 809-8585 | Fax:    (628) 267-6859 |

1

2

KAREN L. LOEWY
(D.C. Bar No. 1722185)
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
111 K Street, N.E., 7th Floor
Washington, DC  20002-8105
Phone: (202) 804-6245


* Admitted *pro hac vice.*

STEPTOE LLP

By:  ___/s/ *Johanna Dennehy*___
JOHANNA DENNEHY
(D.C. Bar No. 1008090)
*jdennehy@steptoe.com*
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC  20036
Phone: (202) 429-3000
Fax:    (202) 429-3902

*Attorneys for Plaintiffs*